**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SOLAR BIOTECH, INC., *et al.*,[1] | Case No. 24-11402 (LSS) |
| Debtors. | (Jointly Administered) |

**SCHEDULES OF ASSETS AND LIABILITIES FOR
SOLAR BIOTECH, INC
(CASE NO. 24-11402)**

---

[1]The Debtors in these Chapter 11 Cases are Solar Biotech, Inc. and Noblegen Inc. The location of Debtors' principal place of business is 5516 Industrial Park Rd, Norton, VA 24273, Attn: Alex Berlin.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SOLAR BIOTECH, INC., *et al.*,[1] | Case No. 24-11402 (LSS) |
| Debtors. | (Jointly Administered) |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS
AND METHODOLOGY REGARDING THE DEBTORS' SCHEDULES OF
ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

The above-captioned debtors and debtors in possession (each, a "Debtor," and collectively, the "Debtors") are filing their respective Schedules of Assets and Liabilities (collectively, the "Schedules") and Statements of Financial Affairs (collectively, the "Statements," and together with the Schedules, collectively, the "Schedules and Statements") in the United States Bankruptcy Court for the District of Delaware (the "Court"). The Debtors, with the assistance of their professional advisors, prepared the Schedules and Statements in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These Global Notes and Statement of Limitations and Methodology Regarding the Debtors' Schedules and Statements (the "Global Notes") are incorporated by reference in, and comprise an integral part of, all of the Schedules and Statements, and should be referred to and considered in connection with any review of the Schedules and Statements.[2]

The Debtors have used commercially reasonable efforts to ensure the accuracy and completeness of the information and data used in preparing the Schedules and Statements. Inadvertent errors, omissions or inaccuracies may exist in the Schedules and Statements. The Debtors and their estates reserve all rights to amend or supplement the Schedules and Statements as may be necessary and appropriate.

## I.    Notes Applicable to all Schedules and Statements

**Note 1: Reporting Date**. All asset and liability information, except where otherwise noted, is provided as of June 23, 2024 (the "Petition Date").

---

[1] The Debtors in these Chapter 11 Cases are Solar Biotech, Inc. and Noblegen Inc. The location of Debtors' principal place of business is 5516 Industrial Park Rd, Norton, VA 24273, Attn: Alex Berlin.

[2] These Global Notes supplement and are in addition to any specific notes contained in each Debtor's Schedules or Statements. The fact that the Debtors have prepared a Global Note with respect to any of the individual Debtor's Schedules and Statements and not to those of another should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Note to any of the Debtors' other Schedules and Statements, as appropriate.

**Note 2: Currency**. Unless otherwise indicated, all amounts are reflected in U.S. dollars.  To the extent any amounts had to be converted to U.S. dollars, the conversion rate used was as of June 23, 2024.

**Note 3: Signatory**. Alex Berlin has signed each set of Schedules and Statements.  Mr. Berlin serves as Chief Executive Officer and is an authorized signatory for each of the Debtors in these chapter 11 cases.  In reviewing and signing the Schedules and Statements, Mr. Berlin has necessarily relied upon the efforts, statements, advice, and representations of personnel of the Debtors and their legal and financial advisors.  Mr. Berlin has not personally verified and could not personally verify the accuracy of each such statement and representation, but believes them to be true, correct and accurate as of the date he signed the Schedules and Statements.

**Note 4: Basis of Presentation**. The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled to the financial statements of each Debtor.  The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.  The Schedules and Statements reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.  These Schedules and Statements were not filed with the United States Securities and Exchange Commission (the "SEC") or any other authority, and neither the SEC nor any state authority has passed upon the accuracy or adequacy of the Schedules and Statements or upon the merits of the Schedules and Statements.

**Note 5: Estimates and Assumptions**. The preparation of the Schedules and Statements required the Debtors to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and Statements, and the reported amounts of revenues and expenses during the applicable reporting periods.  Actual results could differ from such estimates.

**Note 6: Totals**. All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are undetermined amounts, the actual total may be different from the listed total.

**Note 7: Confidential Information**. There are instances in the Schedules and Statements where the Debtors deemed it necessary and appropriate to redact from the public record information such as addresses.  The Debtors have used this approach for the protection of sensitive commercial information or for the privacy of the applicable individual.  The alterations are limited to only what is necessary to protect the Debtors or the applicable third party.

**Note 8: Causes of Action**. Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets.  The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment,

account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

**Note 9: Claim Designation**. Any failure to designate a claim in the Schedules and Statements as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtors that such claim or amount is not "contingent," "unliquidated," or "disputed." The Debtors reserve all of their rights to dispute, or to assert offsets or defenses to, any claim reflected on their Schedules or Statements on any grounds, including, but not limited to, amount, liability, priority, status, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed." Moreover, the Debtors reserve all of their rights to amend their Schedules and Statements as necessary and appropriate. Listing a claim does not constitute an admission of liability by the Debtors.

**Note 10: Fiscal Year**. Each Debtor's fiscal year ends on or about December 31.

**Note 11: Unliquidated Claim Amounts**. Claim amounts that could not be readily quantified by the Debtors are scheduled as "unliquidated."

**Note 12: Undetermined Amounts.** The description of an amount as "undetermined" is not intended to reflect upon the materiality of such amount.

**Note 13: Credits and Adjustments**. The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

**Note 14: Insiders**. For purposes of the Schedules and Statements, the Debtors define "insiders" to include the following: (a) directors; (b) officers; (c) holders of interests in excess of 20% of the voting interests of one of the Debtor entities (whether directly or indirectly); (d) relatives of directors, officers, or shareholders of the Debtors (to the extent known by the Debtors); and (e) Debtor/non-Debtor affiliates.

Persons listed as "insiders" have been included for informational purposes only. The Debtors do not take any position with respect to: (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.

**Note 15: Payments**. Prior to the Petition Date, the Debtors maintained a cash management and disbursement system in the ordinary course of their business (the "Cash Management System") (as described in the Debtors' *Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to*

*(A) Continue to Operate Their Cash Management System, (B) Maintain Current Bank Accounts, (C) Honor Certain Prepetition Obligations Related Thereto, and (D) Maintain Existing Business Forms; and (II) Granting Related Relief* [Docket No. 8]) (the "Cash Management Motion"). Although efforts have been made to attribute open payable amounts to the correct legal entity, the Debtors reserve the right to modify or amend their Schedules and Statements to attribute such payment to a different legal entity, if appropriate.

**Note 16: Reservation of Rights**. In preparing the Schedules and Statements, the Debtors relied on unaudited financial data derived from their books and records that was available at the time of their preparation. Although the Debtors have made every reasonable effort to ensure the accuracy and completeness of the Schedules and Statements, inadvertent errors or omissions might exist and subsequent information or discovery might result in material changes or modification to the Schedules and Statements that require the Debtors to file amended Schedules and Statements. **The Debtors reserve all rights under Bankruptcy Rule 1009 to amend or modify any of the Schedules and Statements, including with respect to the treatment, characterization, classification, amount, omission, or inclusion of any claims, assets, liabilities, or executory contracts, and to the extent necessary to advance positions in these chapter 11 cases that might conflict with the Schedules and Statements.**

## II.    Notes to Schedules of Assets and Liabilities

*1.*    ***Schedule A/B – Assets***. The Debtors have potentially excluded the following categories of assets from the Schedules and Statements: deferred tax assets; certain intangibles; deferred revenue accounts; or goodwill.  Other immaterial assets may also have been excluded.

***Schedule A/B, Part 1 – Cash.*** The cash and cash equivalents listed in the Schedules reflect values as of June 23, 2024.

***Schedule A/B, Part 11 – All Other Assets.***  Except where otherwise noted, the value of all assets listed on Schedule A/B are calculated as of June 23, 2024.

***Schedule A/B, Part 8 – Other Machinery, fixtures, and equipment (excluding farm machinery and equipment).*** The values provided are based on Debtor Solar Biotech's installation cost of such equipment listed.  The Debtors will attempt to obtain the fair market value of the equipment listed through the sale process in the Chapter 11.

***Other Contingent and Unliquidated Claims or Causes of Action of Every Nature, including Counterclaims of the Debtors and Rights to Setoff Claims.*** In the ordinary course of their business, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-claims, cross-claims, setoffs, credits, rebates, or refunds with their customers, insurance agencies, or insurance carriers.  In addition, the Debtors believe that they may possess certain claims and causes of action against various parties.  Accordingly, certain of the Debtors may become party to litigation in which such Debtor may assert claims as a plaintiff or counterclaims and/or crossclaims as a defendant.  Because such claims are unknown to the Debtors and not quantifiable as of the Petition Date, they are not listed on Schedule A/B, Part 11.

**2.**    ***Schedule D – Creditors Who Have Claims Secured by Property.***

Except as otherwise agreed pursuant to a stipulation or order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D of any Debtor.  Moreover, although the Debtors have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim, subject to the Debtors' rights pursuant to any applicable court order.  By listing an "amount of claim" in Schedule D, the Debtors are not admitting or waiving any rights to assert that all or any portion of such claim is wholly unsecured.  Further, the listing of a claim as secured is not an admission as to the validity of any lien.

The descriptions provided in Schedule D are intended only to be a summary.  In certain instances, a Debtor may be a co-obligor, or guarantor with respect to scheduled claims of other Debtors, and no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities.  Nothing in Schedule D and/or the Notes shall be deemed a modification or interpretation of the terms of such agreements.

Detailed descriptions of the Debtors' prepetition debt structure and descriptions of collateral relating to the debt contained on Schedule D are contained in the *Declaration of Alex Berlin in Support of Debtors' Chapter 11 Petitions and First Day Motion*s [Docket No. 3] (the "First Day Declaration").

Except as specifically stated, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D.  The Debtors reserve all rights, claims, and causes of action with respect to claims associated with any contracts and agreements listed on Schedule D or Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, document or instrument (including any intercompany agreement) related to a creditor's claim.  Nothing herein shall be construed as an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' right to recharacterize or reclassify such claim or contract.

**3.**    ***Schedule E/F – Creditors Who Have Unsecured Claims.***  The Debtors allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  Some of the scheduled liabilities are unknown, contingent and/or unliquidated at this time.  In such cases, the amounts are listed as "Undetermined."  Accordingly, the Schedules and the Statements may not equal the aggregate value of the Debtors' total liabilities as noted on any previously issued financial statements.

***Paid Claims.***  The Debtors have authority to pay certain outstanding prepetition liabilities pursuant to the Bankruptcy Court's first day orders (collectively, the "First Day Orders").  As such, certain liabilities listed in these Schedules and Statements may have been subsequently reduced or satisfied pursuant to the First Day Orders notwithstanding the

fact that the Debtors have listed claims and payables as of the Petition Date in these Schedules and Statements.

***Excluded Liabilities.*** The Debtors have potentially excluded the following categories of liabilities from the Schedules and Statements: deferred tax liabilities; and certain accrued liabilities including salaries and employee benefits.  Other immaterial liabilities may also have been excluded.

***Part 1 – Creditors with Priority Unsecured Claims***. The listing of a claim on Schedule E/F, Part 1, does not constitute an admission by the Debtors that such claim or any portion thereof is entitled to priority treatment under section 507 of the Bankruptcy Code.

Pursuant to the *Interim Order (I) Authorizing Debtors to (A) Pay Prepetition Wages, Reimbursable Expenses, Employee Benefit Obligations and Other Compensation and (B) Continue Compensation and Employee Benefits Programs and Pay Related Administrative Obligations; and (II) Granting Related Relief* [Docket No. 43] (the "Employee Wage Order"), the Debtors received authority to pay certain prepetition obligations, including certain employee wages and other employee benefits in the ordinary course of business. The Debtors believe that (but cannot guarantee that) such claims will be satisfied in the ordinary course during the chapter 11 cases pursuant to the authority granted in the Employee Wage Order or other order that may be entered by the Bankruptcy Court. Additionally, claims against the Debtors on account of wage or wage-related obligations may maintain priority under section 507 of the Bankruptcy Code, but are subject to the priority cap imposed under subsections (a)(4) and (a)(5) of section 507 of the Bankruptcy Code.

***Part 2 – Creditors with Nonpriority Unsecured Claims.*** The liabilities identified in Schedule E/F, Part 2, are derived from the Debtors' books and records.  The Debtors made reasonable attempts to set forth their unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented on Schedule E/F, Part 2.  The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.  The amounts listed on schedule E/F may not reflect any right of setoff or recoupment, and the Debtors reserve any such setoff or recoupment rights.  Additionally, certain creditors may assert mechanics', materialman's, or other similar liens against the Debtors for amounts listed in Schedule E/F.

Schedule E/F, Part 2, reflects certain prepetition amounts owing to counterparties to executory contracts and unexpired leases.  Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease.  In addition, Schedule E/F, Part 2, does not include claims that may arise in connection with the rejection of any executory contracts and unexpired leases, if any, that may be or have been rejected by the Debtors.

In many cases, the claims listed on Schedule E/F, Part 2, arose, accrued, or were incurred on various dates or on a date or dates that are unknown to the Debtors or are subject to dispute.  Where the determination of the date on which a claim arose, accrued, or was

incurred would be unduly burdensome and costly to the Debtors' estates, the Debtors have not listed a specific date or dates for such claim.

As of the time of filing of the Schedules and Statements, the Debtors may not have received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date. Accordingly, the information contained in Schedules D and E/F may be incomplete. The Debtors reserve their rights to amend Schedules D and E/F if, or when, the Debtors receive such invoices.

***Trade Payables.*** To the extent that goods were delivered under purchase orders prior to the Petition Date, vendors' claims with respect to such delivered goods are included on Schedule E/F.

4.      ***Schedule G – Executory Contracts and Unexpired Leases.*** Although reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions or over inclusions may have occurred. The Debtors hereby reserve all rights to dispute the validity, status or enforceability of any contract or other agreement set forth in Schedule G that may have expired or may have been modified, amended and supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, and other document, instruments and agreements which may not be listed therein. Also, Schedule G is intended to contain all of the Debtors' contracts and agreements as of the Petition Date. It is possible that some of the contracts or agreements listed on Schedule G have expired or otherwise terminated pursuant to their terms since the Petition Date or have been rejected by the Debtors. The presence of a contract or agreement on Schedule G does not constitute an admission by the Debtors that such contract or agreement is an executory contract or unexpired lease.

Certain of the executory contracts and unexpired leases listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, right to lease additional space, and other miscellaneous rights. These rights, powers, duties, and obligations are not set forth separately on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as easements, rights of way, subordination, nondisturbance, and atonement agreements, supplemental agreements, amendments/letter agreements, and title agreements. To the extent that such documents constitute executory contracts, the documents may have been omitted.

In the ordinary course of business, the Debtors have entered into numerous contracts or agreements, some of which may be oral. While the Debtors have made every effort to reflect the current agreements, to the extent such contracts or agreements constitute executory contracts, certain of these contracts and agreements may not be listed individually on Schedule G.

**III.**    **Notes to Statements of Financial Affairs**

*1.*    ***Statements, Part 1, Questions 1 and 2 – Income and Non-business Revenue.*** Revenue for 2024 has been provided through June 23, 2024, on a prorated basis when indicated below.

*2.*    ***Statements, Part 13, Question 26 – Books, Records, and Financial Statements.*** The Debtors provided financial statements in the ordinary course of business to certain parties for business, statutory, credit, financing and other reasons.  Recipients include, among others, regulatory agencies, financial institutions, investment banks, equity holders, debtholders and their legal and financial advisors.  Financial statements have also been provided to other parties as requested, subject to customary non-disclosure requirements where applicable.  In the event such financial statements are provided, the Debtors do not maintain complete lists or other records tracking such disclosures.  Therefore, the Debtors have not provided full lists of these parties in their response to Statement Question 26d.

*3.*    ***Statements, Part 13, Question 28 – Controlling Interest Holders.*** For purposes of the Schedules and Statements, the Debtors define "controlling interest holders" to include entities that directly hold in excess of 20% of the voting interests of the applicable Debtor entity.

*4.*    ***Statements, Part 13, Question 30 – Payments, Distributions, or Withdrawals Credited or Given to Insiders.*** Certain directors and executive officers of Debtor Solar Biotech, Inc. are also directors and executive officers of Debtor Noblegen Inc.  To the extent payments to such individuals are not listed in the response to Questions 3 and 4 on the Statements for such Debtor entities, they did not receive payment for their services as directors or executive officers of these entities.

In the circumstance where the Schedules and Statements require information regarding "insiders," the Debtors have included information with respect to certain individuals who the Debtors believe may be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods.  As detailed herein, the listing of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact, right, claim, or defense, and all such rights, claims, and defenses are hereby expressly reserved. Information regarding the individuals listed as insiders in the Schedules and Statements has been included for informational purposes only and such information may not be used for (1) the purposes of determining (i) control of the Debtors, (ii) the extent to which any individual exercised management responsibilities or functions or corporate decision-making authority over the Debtors, or (iii) whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or (2) any other purpose.

* * * * *

**Fill in this information to identify the case:**

Debtor    Solar Biotech, Inc.

United States Bankruptcy Court for the:    District of Delaware

Case number    24-11402
(if known)

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:**    **Summary of Assets**

---

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| |
|---|
| $2,330,900.00 |

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| |
|---|
| $16,618,364.10 |

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| |
|---|
| $18,949,264.10 |

---

**Part 2:**    **Summary of Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .

| |
|---|
| $11,649,215.29 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

   3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . . .

| |
|---|
| $2,538.00 |

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F . . . . . . . . . . . . .

| | |
|---|---|
| + | $7,101,982.86 |

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   Lines 2 + 3a + 3b

| |
|---|
| $18,753,736.15 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Solar Biotech, Inc. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 24-11402 |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | CASH AND CASH EQUIVALENTS |
|---|---|

**1. DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | Current value of debtor's interest |
|---|---|---|---|

**2. CASH ON HAND**

NONE

**3. CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS**
*(IDENTIFY ALL)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | WELLS FARGO BANK, N.A. | CHECKING | 4776 | $306.23 |
| 3.2. | WELLS FARGO BANK, N.A. | SAVINGS | 4728 | $1,148.21 |

**4. OTHER CASH EQUIVALENTS**

NONE

**5 Total of Part 1.**
ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE TOTAL TO LINE 80. | $1,454.44

| Part 2: | DEPOSITS AND PREPAYMENTS |
|---|---|

**6. DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7. DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS**

DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT

| Debtor | Solar Biotech, Inc. | Case number (if known) | 24-11402 |

(Name)

| | | Current value of debtor's interest |

**8.** PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT

DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT

**9** Total of Part 2.
ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81.

NOT APPLICABLE

## Part 3: ACCOUNTS RECEIVABLE

**10.** DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?

☒ No. Go to Part 4.
☐ Yes. Fill in the information below.

| | | Current value of debtor's interest |

**11.** ACCOUNTS RECEIVABLE

**12** Total of Part 3.
CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82.

NOT APPLICABLE

## Part 4: INVESTMENTS

**13.** DOES THE DEBTOR OWN ANY INVESTMENTS?

☒ No. Go to Part 5.
☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14.** MUTUAL FUNDS OR PUBLICLY TRADED STOCKS NOT INCLUDED IN PART 1 | | |
| NAME OF FUND OR STOCK: | | |
| **15.** NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE | | |
| **16.** GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1 | | |
| DESCRIBE: | | |

**17** Total of Part 4.
ADD LINES 14 THROUGH 16. COPY THE TOTAL TO LINE 83.

NOT APPLICABLE

## Part 5: INVENTORY, EXCLUDING AGRICULTURE ASSETS

**18.** DOES THE DEBTOR OWN ANY INVENTORY (EXCLUDING AGRICULTURE ASSETS)?

☒ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** RAW MATERIALS | | | | |
| **20.** WORK IN PROGRESS | | | | |

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 21. | FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE | | | | |
| 22. | OTHER INVENTORY OR SUPPLIES | | | | |
| 23 | Total of Part 5. ADD LINES 19 THROUGH 22. COPY THE TOTAL TO LINE 84. | | | | NOT APPLICABLE |

**24.** Is any of the property listed in Part 5 perishable?
☒ No
☐ Yes

**25.** Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?
☒ No
☐ Yes    Book value _____    Valuation method _____    Current value _____

**26.** Has any of the property listed in Part 5 been appraised by a professional within the last year?
☒ No
☐ Yes

**Part 6:    FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)**

**27.** DOES THE DEBTOR OWN OR LEASE ANY FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)?
☒ No. Go to Part 7.
☐ Yes. Fill in the information below.

| | General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 28. | CROPS—EITHER PLANTED OR HARVESTED | | | | |
| 29. | FARM ANIMALS EXAMPLES: LIVESTOCK, POULTRY, FARM-RAISED FISH *EXAMPLES:* LIVESTOCK, POULTRY, FARM-RAISED FISH | | | | |
| 30. | FARM MACHINERY AND EQUIPMENT  (OTHER THAN TITLED MOTOR VEHICLES)  (OTHER THAN TITLED MOTOR VEHICLES) | | | | |
| 31. | FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED | | | | |
| 32. | OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6 | | | | |
| 33 | Total of Part 6. ADD LINES 28 THROUGH 32. COPY THE TOTAL TO LINE 85. | | | | NOT APPLICABLE |

**34.** Is the debtor a member of an agricultural cooperative?
☒ No
☐ Yes.  Is any of the debtor's property stored at the cooperative ?
　　☐ No
　　☐ Yes

**35.** Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?
☒ No
☐ Yes

**36.** Is a depreciation schedule available for any of the property listed in Part 6?
☒ No
☐ Yes

**37.** Has any of the property listed in Part 6 been appraised by a professional within the last year?
☒ No
☐ Yes

Debtor    Solar Biotech, Inc.

(Name)

Case number (if known)    24-11402

| Part 7: | OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES |
| --- | --- |

**38.  DOES THE DEBTOR OWN OR LEASE ANY OFFICE FURNITURE, FIXTURES, EQUIPMENT, OR COLLECTIBLES?**

☒ No. Go to Part 8.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **39.  OFFICE FURNITURE** | | | |
| **40.  OFFICE FIXTURES** | | | |
| **41.  OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE** | | | |
| **42.  COLLECTIBLES** *EXAMPLES:* ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES | | | |

**43  Total of Part 7.**
ADD LINES 39 THROUGH 42. COPY THE TOTAL TO LINE 86.

NOT APPLICABLE

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 8: | MACHINERY, EQUIPMENT, AND VEHICLES |
| --- | --- |

**46.  DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES?**

☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **47.  AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES**<br>**NONE** | | | |
| **48.  WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES**  EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS<br>**NONE** | | | |
| **49.  AIRCRAFT AND ACCESSORIES**<br>**NONE** | | | |
| **50.  OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | | |
| 50.1.    1000 GAL BIOREACTOR #2 | UNKNOWN | INSTALLATION COST | $1,000,000.00 |
| 50.2.    1000 GAL BIOREACTOR #3 | UNKNOWN | INSTALLATION COST | $1,000,000.00 |
| 50.3.    10KL SPLIT JACKET BIOREACTOR | UNKNOWN | INSTALLATION COST | $2,000,000.00 |
| 50.4.    1550 GALLON AIR RECEIVER | UNKNOWN | INSTALLATION COST | $12,000.00 |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **50.** | **OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | |
| 50.5. | 20 X 6KL SS PHARMA-GRADE FERMENTER TANKS | UNKNOWN | INSTALLATION COST | $1,300,000.00 |
| 50.6. | 200 HP BOILER AND BOILER FEED TANK | UNKNOWN | INSTALLATION COST | $72,000.00 |
| 50.7. | 2500 GALLON INDUSTRIAL HDPE MIXING TANK | UNKNOWN | INSTALLATION COST | $4,000.00 |
| 50.8. | 3 REACTOR SKID ELECTRICAL SERVICES | UNKNOWN | INSTALLATION COST | $33,500.00 |
| 50.9. | 3 REACTOR SKID INSTRUMENT HOOKUP SERVICES | UNKNOWN | INSTALLATION COST | $11,000.00 |
| 50.10. | 3 REACTOR SKID VFD CABINET AND INSTALLATION | UNKNOWN | INSTALLATION COST | $27,737.64 |
| 50.11. | 3000-L CSTR TANK | UNKNOWN | INSTALLATION COST | $45,000.00 |
| 50.12. | 301 AREA ACTUATED VALVES | UNKNOWN | INSTALLATION COST | $14,812.08 |
| 50.13. | 301 AREA ACTUATED VALVES | UNKNOWN | INSTALLATION COST | $6,837.04 |
| 50.14. | 301 AREA ACTUATED VALVES | UNKNOWN | INSTALLATION COST | $2,913.70 |
| 50.15. | 302 AREA ACTUATED VALVES | UNKNOWN | INSTALLATION COST | $12,960.57 |
| 50.16. | 302 AREA ACTUATED VALVES | UNKNOWN | INSTALLATION COST | $3,423.70 |
| 50.17. | 302 AREA ACTUATED VALVES | UNKNOWN | INSTALLATION COST | $3,291.00 |
| 50.18. | 303 AREA ACTUATED VALVES | UNKNOWN | INSTALLATION COST | $12,960.57 |
| 50.19. | 303 AREA ACTUATED VALVES | UNKNOWN | INSTALLATION COST | $3,423.70 |
| 50.20. | 303 AREA ACTUATED VALVES | UNKNOWN | INSTALLATION COST | $3,291.00 |
| 50.21. | 40-L X 6 BIOLAFFITE SIP/CIP BIOREACTORS UPGRADED WITH C-BIO SOFTWARE | UNKNOWN | INSTALLATION COST | $1,050,000.00 |
| 50.22. | 48 IN X 48 IN SCALES X8 | UNKNOWN | INSTALLATION COST | $5,000.00 |
| 50.23. | 5000 GALLON INDUSTRIAL HDPE MIXING TANK | UNKNOWN | INSTALLATION COST | $6,000.00 |
| 50.24. | 5000 GALLON INDUSTRIAL HDPE MIXING TANK | UNKNOWN | INSTALLATION COST | $6,000.00 |
| 50.25. | 5000 GALLON INDUSTRIAL HDPE MIXING TANK | UNKNOWN | INSTALLATION COST | $6,000.00 |
| 50.26. | 50-L BUCHI ROTARY EVAPORATOR | UNKNOWN | INSTALLATION COST | $10,000.00 |
| 50.27. | 7L JACKETED REACTION VESSEL | UNKNOWN | INSTALLATION COST | $85,745.40 |
| 50.28. | 800-LX8 & 200-LX2 AUTOMATED AEROBIC FERMENTATION SKID | UNKNOWN | INSTALLATION COST | $2,880,000.00 |
| 50.29. | 8-TON CHILLER | UNKNOWN | INSTALLATION COST | $8,000.00 |
| 50.30. | ABEC 30-L STAINLESS STEEL BIOREACTOR WITH CONTROLLER | UNKNOWN | INSTALLATION COST | $150,000.00 |
| 50.31. | AIR COMPRESSOR #1 200 HP | UNKNOWN | INSTALLATION COST | $160,000.00 |
| 50.32. | AIR COMPRESSOR #1 DRYER 1000 CFM | UNKNOWN | INSTALLATION COST | $8,000.00 |
| 50.33. | AIR COMPRESSOR #1 STERILE FILTER | UNKNOWN | INSTALLATION COST | $4,210.00 |
| 50.34. | AMERSHAM BIOTECH 3.5L BPG CHOMATOGRAPHIC COLUMN | UNKNOWN | INSTALLATION COST | $5,756.80 |
| 50.35. | AMINEX-HPX-87H COLUMN 300 X 7.8 MM (RPLACEMENT) | UNKNOWN | INSTALLATION COST | $1,765.00 |
| 50.36. | APPLIKON BIOREACTOR (MULTIPLE CONTROL UNITS) | UNKNOWN | INSTALLATION COST | $1,495.00 |
| 50.37. | APPLIKON BROADLEY JAMES BIOREACTOR | UNKNOWN | INSTALLATION COST | $8,000.00 |
| 50.38. | APPLIKON FERMENTATION EZ CONTROL BIOREACTOR | UNKNOWN | INSTALLATION COST | $8,083.20 |
| 50.39. | ATC2000 BINOCULAR MICROSCOPE | UNKNOWN | INSTALLATION COST | $3,000.00 |
| 50.40. | AUTOCLAVE TABLE TOP | UNKNOWN | INSTALLATION COST | $3,500.00 |
| 50.41. | BECKMAN COULTER JS-4.2A SWINGING BUCKET ROTOR 6X1L & CENTRIFUGE | UNKNOWN | INSTALLATION COST | $22,342.40 |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **50.** | **OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | |
| 50.42.  BECKMAN COULTER JS-4.2A SWINGING BUCKET ROTOR 6X1L & CENTRIFUGE | UNKNOWN | INSTALLATION COST | $13,964.00 |
| 50.43.  BENCHSCALE VACCUM EVAPORATOR | UNKNOWN | INSTALLATION COST | $2,500.00 |
| 50.44.  BENCHTOP CENTRIFUGE | UNKNOWN | INSTALLATION COST | $15,000.00 |
| 50.45.  BIOPHARMA GRADE 3 X 80-L CHROMATOGRAPHIC COLUMNS | UNKNOWN | INSTALLATION COST | $51,000.00 |
| 50.46.  BIO-RAD BIOLOIGC FPLC SYSTEMS | UNKNOWN | INSTALLATION COST | $6,302.40 |
| 50.47.  BIOREACTOR #1 BR-301 AGITATOR | UNKNOWN | INSTALLATION COST | $69,771.00 |
| 50.48.  BIOREACTOR #2 BR-302 AGITATOR | UNKNOWN | INSTALLATION COST | $38,503.00 |
| 50.49.  BIOREACTOR #3 BR-303 AGITATOR | UNKNOWN | INSTALLATION COST | $38,503.00 |
| 50.50.  BOX CUTTER | UNKNOWN | INSTALLATION COST | $35.00 |
| 50.51.  BR-301 AIR CONTROL VALVE | UNKNOWN | INSTALLATION COST | $7,149.14 |
| 50.52.  BR-301 AIR FLOW TRANSMITTER | UNKNOWN | INSTALLATION COST | $5,119.38 |
| 50.53.  BR-301 EXTERNAL VENT CONDENSER | UNKNOWN | INSTALLATION COST | $17,739.00 |
| 50.54.  BR-301 INLET AIR FILTER | UNKNOWN | INSTALLATION COST | $7,823.40 |
| 50.55.  BR-301 LEVEL TRANSMITTER | UNKNOWN | INSTALLATION COST | $4,785.46 |
| 50.56.  BR-301 OFFGAS FILTER | UNKNOWN | INSTALLATION COST | $7,823.00 |
| 50.57.  BR-301 OXYGEN CONTROL VALVE | UNKNOWN | INSTALLATION COST | $7,466.12 |
| 50.58.  BR-301 PRESSURE | UNKNOWN | INSTALLATION COST | $8,177.74 |
| 50.59.  BR-301 PRESSURE TRANSMITTER | UNKNOWN | INSTALLATION COST | $3,631.80 |
| 50.60.  BR-301 SPRAY BALLS | UNKNOWN | INSTALLATION COST | $3,000.00 |
| 50.61.  BR-301 TEMPERATURE CONTROL VALVE | UNKNOWN | INSTALLATION COST | $8,416.76 |
| 50.62.  BR-302 AIR AND O2 FLOW TRANSMITTER | UNKNOWN | INSTALLATION COST | $5,119.38 |
| 50.63.  BR-302 AIR CONTROL VALVE | UNKNOWN | INSTALLATION COST | $6,910.12 |
| 50.64.  BR-302 EXTERNAL VENT CONDENSER | UNKNOWN | INSTALLATION COST | $14,881.00 |
| 50.65.  BR-302 INLET AIR FILTER | UNKNOWN | INSTALLATION COST | $5,333.75 |
| 50.66.  BR-302 LEVEL | UNKNOWN | INSTALLATION COST | $7,227.40 |
| 50.67.  BR-302 OFFGAS FILTER | UNKNOWN | INSTALLATION COST | $5,333.75 |
| 50.68.  BR-302 OXYGEN CONTROL VALVE | UNKNOWN | INSTALLATION COST | $6,910.12 |
| 50.69.  BR-302 PRESSURE CONTROL VALVE | UNKNOWN | INSTALLATION COST | $6,910.12 |
| 50.70.  BR-302 SPRAY BALLS | UNKNOWN | INSTALLATION COST | $3,000.00 |
| 50.71.  BR-302 TEMPERATURE CONTROL VALVE | UNKNOWN | INSTALLATION COST | $7,149.14 |
| 50.72.  BR-303 AIR AND O2 FLOW TRANSMITTER | UNKNOWN | INSTALLATION COST | $4,907.43 |
| 50.73.  BR-303 AIR CONTROL VALVE | UNKNOWN | INSTALLATION COST | $6,910.12 |
| 50.74.  BR-303 EXTERNAL VENT CONDENSER | UNKNOWN | INSTALLATION COST | $15,652.00 |
| 50.75.  BR-303 INLET AIR FILTER | UNKNOWN | INSTALLATION COST | $5,333.75 |
| 50.76.  BR-303 OFFGAS FILTER | UNKNOWN | INSTALLATION COST | $5,333.75 |
| 50.77.  BR-303 OXYGEN CONTROL VALVE | UNKNOWN | INSTALLATION COST | $6,910.12 |
| 50.78.  BR-303 PRESSURE CONTROL VALVE | UNKNOWN | INSTALLATION COST | $6,910.12 |
| 50.79.  BR-303 SPRAY BALLS | UNKNOWN | INSTALLATION COST | $3,000.00 |
| 50.80.  BR-303 TEMPERATURE CONTROL VALVE | UNKNOWN | INSTALLATION COST | $7,149.14 |
| 50.81.  BR-30301 LEVEL | UNKNOWN | INSTALLATION COST | $5,401.92 |

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **50.** | **OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | | |
| 50.82. | BR-30301 PRESSURE | UNKNOWN | INSTALLATION COST | $2,575.25 |
| 50.83. | CARRIER 40TON A/C | UNKNOWN | INSTALLATION COST | $7,500.00 |
| 50.84. | CARRIER A/C UNITS 3TON  X6 | UNKNOWN | INSTALLATION COST | $7,500.00 |
| 50.85. | CHEMICAL HOODS (3) | UNKNOWN | INSTALLATION COST | $15,000.00 |
| 50.86. | CHILLER | UNKNOWN | INSTALLATION COST | $2,500.00 |
| 50.87. | CHROMATOGRAPHIC MEDIA | UNKNOWN | INSTALLATION COST | $14,073.60 |
| 50.88. | CHROMATOGRAPHIC SKID (70-LX3) | UNKNOWN | INSTALLATION COST | $56,000.00 |
| 50.89. | CIP MIX TANK TRANSFER PUMP | UNKNOWN | INSTALLATION COST | $8,272.00 |
| 50.90. | CIP SOLUTION AGITATOR | UNKNOWN | INSTALLATION COST | $8,000.00 |
| 50.91. | CIP SOLUTION TANK | UNKNOWN | INSTALLATION COST | $85,000.00 |
| 50.92. | CLARA 20 DISK STACK CENTRIFUGE | UNKNOWN | INSTALLATION COST | $71,500.00 |
| 50.93. | CLEAN IN PLACE SKID | UNKNOWN | INSTALLATION COST | $15,000.00 |
| 50.94. | COMPRESSED AIR INLET AIR FILTER #1 | UNKNOWN | INSTALLATION COST | $5,333.75 |
| 50.95. | CONDUCTIVITY METER | UNKNOWN | INSTALLATION COST | $52.00 |
| 50.96. | CONSOLIDATED AUTOCLAVE | UNKNOWN | INSTALLATION COST | $113,100.00 |
| 50.97. | COOLING MACHINE | UNKNOWN | INSTALLATION COST | $2,500.00 |
| 50.98. | DELTAV COMMISIONING AND STARTUP | UNKNOWN | INSTALLATION COST | $16,683.00 |
| 50.99. | DELTAV PROCESS CONTROL SYSTEM | UNKNOWN | INSTALLATION COST | $217,410.03 |
| 50.100. | DELTAV PROCESS CONTROL SYSTEM - ADDONS - HISTORIANS, SERVERS | UNKNOWN | INSTALLATION COST | $20,197.37 |
| 50.101. | DESSICATOR | UNKNOWN | INSTALLATION COST | $2,662.40 |
| 50.102. | DISK STACK CENTRIFUGES - GEA WESTFALIA SEPARATOR AG, TYPE: CSA 1 | UNKNOWN | INSTALLATION COST | $48,111.40 |
| 50.103. | DISK STACK CENTRIFUGES - GEA WESTFALIA SEPARATOR AG, TYPE: CSA 8 | UNKNOWN | INSTALLATION COST | $92,507.70 |
| 50.104. | DISSOLVER W/ 150 HP MOTOR AND PWM INVERTER 3.5" DIA. SS SHAFT, 72" LONG SHAFT W/ 22" DISPERSION BLADE | UNKNOWN | INSTALLATION COST | $35,000.00 |
| 50.105. | DOUBLE DRUM DRYER | UNKNOWN | INSTALLATION COST | $107,900.00 |
| 50.106. | EC820 PRECISION BECNHTOP CONDUCTIVITY METER KIT | UNKNOWN | INSTALLATION COST | $1,232.00 |
| 50.107. | FERMENTATION SKID (1000-L, 850-L, 250-L, MEDIA TANK WITH PLC) | UNKNOWN | INSTALLATION COST | $450,000.00 |
| 50.108. | FEUX 510 ALFA LAVAL | UNKNOWN | INSTALLATION COST | $750,000.00 |
| 50.109. | FEUX 510 ALFA LAVAL | UNKNOWN | INSTALLATION COST | $353,600.00 |
| 50.110. | FILTER PRESS | UNKNOWN | INSTALLATION COST | $50,000.00 |
| 50.111. | FILTER PRESS | UNKNOWN | INSTALLATION COST | $3,000.00 |
| 50.112. | FORKLIFT | UNKNOWN | INSTALLATION COST | $5,000.00 |
| 50.113. | FREEZER -80 OC | UNKNOWN | INSTALLATION COST | $2,500.00 |
| 50.114. | FUNCTIONAL IT NETWORK EQUIPMENT | UNKNOWN | INSTALLATION COST | $169,992.03 |
| 50.115. | GLYCEROL FEED TANK #1 | UNKNOWN | INSTALLATION COST | $105,000.00 |
| 50.116. | GLYCEROL TRANSFER PUMP #1 | UNKNOWN | INSTALLATION COST | $8,272.00 |
| 50.117. | GRANT WATERBATH | UNKNOWN | INSTALLATION COST | $1,328.00 |
| 50.118. | HARVEST CENTRATE TANK #1 | UNKNOWN | INSTALLATION COST | $120,000.00 |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **50. OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | | |
| 50.119. HARVEST HOLD TANK #1 | UNKNOWN | INSTALLATION COST | $120,000.00 |
| 50.120. HARVEST HOLD TANK #2 | UNKNOWN | INSTALLATION COST | $120,000.00 |
| 50.121. HARVEST HOLD TANK #3 | UNKNOWN | INSTALLATION COST | $120,000.00 |
| 50.122. HEAVY DUTY MIXER W/15 HP ELECTRIC MOTOR 2.5" DIA. SS SHAFT, 126" LONG SHAFT, (2)3 BLADE IMPELLERS 6.5" W X 18" L X 5/8" THICK | UNKNOWN | INSTALLATION COST | $15,000.00 |
| 50.123. HEAVY DUTY MIXER W/15 HP ELECTRIC MOTOR 2.5" DIA. SS SHAFT, 126" LONG SHAFT, (2)3 BLADE IMPELLERS 6.5" W X 18" L X 5/8" THICK | UNKNOWN | INSTALLATION COST | $15,000.00 |
| 50.124. HEAVY DUTY MIXER W/15 HP ELECTRIC MOTOR 2.5" DIA. SS SHAFT, 126" LONG SHAFT, (2)3 BLADE IMPELLERS 6.5" W X 18" L X 5/8" THICK | UNKNOWN | INSTALLATION COST | $15,000.00 |
| 50.125. HEAVY DUTY MIXER W/15 HP ELECTRIC MOTOR 2.5" DIA. SS SHAFT, 126" LONG SHAFT, (2)3 BLADE IMPELLERS 6.5" W X 18" L X 5/8" THICK | UNKNOWN | INSTALLATION COST | $15,000.00 |
| 50.126. HEAVY DUTY MIXER W/15 HP ELECTRIC MOTOR 2.5" DIA. SS SHAFT, 126" LONG SHAFT, (2)3 BLADE IMPELLERS 6.5" W X 18" L X 5/8" THICK | UNKNOWN | INSTALLATION COST | $15,000.00 |
| 50.127. HIGH PRESSURE WATER PUMPS (QTY = 6) | UNKNOWN | INSTALLATION COST | $11,019.00 |
| 50.128. HPLC AGILENT 1100/1200 | UNKNOWN | INSTALLATION COST | $37,248.00 |
| 50.129. HYDRAMOTION GV5-902-TI5-TT GOVISC 500 PRECISION ONLINE VISCOMETER | UNKNOWN | INSTALLATION COST | $5,280.00 |
| 50.130. IR 1000 SCFM COMPRESSOR | UNKNOWN | INSTALLATION COST | $170,000.00 |
| 50.131. IR AIR COMPRESSOR WITH RECEIVER AND DRYER | UNKNOWN | INSTALLATION COST | $15,000.00 |
| 50.132. KD280 BEAD MILL | UNKNOWN | INSTALLATION COST | $474,500.00 |
| 50.133. KD60 PILOT BEAD MILL | UNKNOWN | INSTALLATION COST | $112,961.25 |
| 50.134. KDL BENCH SCALE BEAD MILLS (3 UNITS) | UNKNOWN | INSTALLATION COST | $47,116.80 |
| 50.135. LAB ACCESSORIES | UNKNOWN | INSTALLATION COST | $769.00 |
| 50.136. LAB ACCESSORIES | UNKNOWN | INSTALLATION COST | $623.00 |
| 50.137. LAB ACCESSORIES | UNKNOWN | INSTALLATION COST | $471.00 |
| 50.138. LAB ACCESSORIES | UNKNOWN | INSTALLATION COST | $454.00 |
| 50.139. LAB COATS | UNKNOWN | INSTALLATION COST | $101.00 |
| 50.140. LABEL PRINTER | UNKNOWN | INSTALLATION COST | $355.00 |
| 50.141. LAMINAR FLOW CABINET | UNKNOWN | INSTALLATION COST | $5,000.00 |
| 50.142. LAMPS | UNKNOWN | INSTALLATION COST | $210.00 |
| 50.143. LAMPS | UNKNOWN | INSTALLATION COST | $140.00 |
| 50.144. LAPTOPS (30 UNITS) | UNKNOWN | INSTALLATION COST | $5,600.00 |
| 50.145. LITTLE FORD MIXER | UNKNOWN | INSTALLATION COST | $18,500.00 |
| 50.146. LOW-PRESSURE VACUUM EVAPORATOR | UNKNOWN | INSTALLATION COST | $15,000.00 |
| 50.147. LYNX 6000 CENTRIFUGE WITH ROTORS | UNKNOWN | INSTALLATION COST | $59,374.60 |
| 50.148. LYSATE PRODUCT TANK #1 | UNKNOWN | INSTALLATION COST | $120,000.00 |
| 50.149. LYSATE TANK #1 | UNKNOWN | INSTALLATION COST | $120,000.00 |
| 50.150. MASTERCYCLER EP GRADIENT | UNKNOWN | INSTALLATION COST | $2,587.20 |
| 50.151. MEDIA MIX TANK | UNKNOWN | INSTALLATION COST | $85,000.00 |
| 50.152. MEDIA PREP KETTLES | UNKNOWN | INSTALLATION COST | $1,166.10 |
| 50.153. METHANOL TANK #1 | UNKNOWN | INSTALLATION COST | $105,000.00 |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **50.** | **OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | | |
| 50.154. MICROFILTRATION & ULTRAFILTRATION SKID (2X8" + 6X2.5") | UNKNOWN | INSTALLATION COST | $35,000.00 |
| 50.155. MICROSCOPE ECHO REVEL | UNKNOWN | INSTALLATION COST | $9,000.00 |
| 50.156. MIXED MEDIA TANK AGITATOR | UNKNOWN | INSTALLATION COST | $8,000.00 |
| 50.157. MODINE 15TON A/C | UNKNOWN | INSTALLATION COST | $7,500.00 |
| 50.158. OFFICE AND LABORATORY FURNITURE | UNKNOWN | INSTALLATION COST | $5,000.00 |
| 50.159. OXYGEN AND CHEMICAL TANKS & DEPLOYMENT COSTS | UNKNOWN | INSTALLATION COST | $93,000.00 |
| 50.160. PANTONE COLOR CABINET | UNKNOWN | INSTALLATION COST | $84.50 |
| 50.161. PH AND OXYGEN SENSORS AND HOUSINGS (12 UNITS) | UNKNOWN | INSTALLATION COST | $51,427.20 |
| 50.162. PH AND OXYGEN SENSORS AND HOUSINGS (20 UNITS) | UNKNOWN | INSTALLATION COST | $77,920.00 |
| 50.163. PIPETTES (20 UNITS) | UNKNOWN | INSTALLATION COST | $2,000.00 |
| 50.164. PLANETARY MIXER | UNKNOWN | INSTALLATION COST | $25,000.00 |
| 50.165. PLASTIC BUCKETS LIDS | UNKNOWN | INSTALLATION COST | $6.00 |
| 50.166. POSITIVE DISPLACEMENT PUMPS (10) | UNKNOWN | INSTALLATION COST | $10,000.00 |
| 50.167. PROCESS VENT AIR FILTER #1 | UNKNOWN | INSTALLATION COST | $5,333.75 |
| 50.168. QIAGEN TISSUELYZER ACCESSORIES | UNKNOWN | INSTALLATION COST | $5,197.40 |
| 50.169. RO WATER TANK | UNKNOWN | INSTALLATION COST | $7,040.00 |
| 50.170. SCALE | UNKNOWN | INSTALLATION COST | $53.00 |
| 50.171. SCALE | UNKNOWN | INSTALLATION COST | $53.00 |
| 50.172. SCISSOR LIFT | UNKNOWN | INSTALLATION COST | $8,000.00 |
| 50.173. SPECTRAMAX PLUS 384 MICROPLATE READER (2 UNITS) | UNKNOWN | INSTALLATION COST | $3,500.00 |
| 50.174. SS MORTAR | UNKNOWN | INSTALLATION COST | $54.60 |
| 50.175. SS SCOOP | UNKNOWN | INSTALLATION COST | $23.00 |
| 50.176. SS WASHING STATIONS | UNKNOWN | INSTALLATION COST | $12,000.00 |
| 50.177. STAINLESS AND CARBON STEEL WELDING EQUIPMENT | UNKNOWN | INSTALLATION COST | $45,634.00 |
| 50.178. STANDALONE AUTOCLAVE | UNKNOWN | INSTALLATION COST | $19,896.50 |
| 50.179. STEAM HEADER CULINARY FILTER #1 | UNKNOWN | INSTALLATION COST | $8,180.40 |
| 50.180. STRUCTURAL SUPPORT FOR VESSELS | UNKNOWN | INSTALLATION COST | $130,000.00 |
| 50.181. TANGENTIAL FLOW FILTRATION SYSTEM | UNKNOWN | INSTALLATION COST | $45,000.00 |
| 50.182. THERMO FISHER SORVALL R6 PLUS REFRIGERATED FLOOR CENTRIFUGES AND ROTORS | UNKNOWN | INSTALLATION COST | $18,783.00 |
| 50.183. THERMO FISHER SORVALL R6 PLUS REFRIGERATED ROTORS | UNKNOWN | INSTALLATION COST | $2,160.00 |
| 50.184. THERMO ULTIMATE WPS-3000TXRS RAPID SEPARATION WELL PLATE AUTOSAMPLER | UNKNOWN | INSTALLATION COST | $5,600.00 |
| 50.185. TK-10201 GLYCEROL TANK #1 LEVEL | UNKNOWN | INSTALLATION COST | $3,789.89 |
| 50.186. TK-103 METHANOL FEED TO BR-301 PUMP | UNKNOWN | INSTALLATION COST | $6,768.00 |
| 50.187. TK-103 METHANOL FEED TO BR-302 PUMP | UNKNOWN | INSTALLATION COST | $4,737.00 |
| 50.188. TK-103 METHANOL FEED TO BR-303 PUMP | UNKNOWN | INSTALLATION COST | $4,737.00 |
| 50.189. TK-10301 METHANOL TANK #1 LEVEL | UNKNOWN | INSTALLATION COST | $5,653.18 |
| 50.190. TK-10401 AMMONIUM HYDROXIDE TANK #1 LEVEL | UNKNOWN | INSTALLATION COST | $3,789.89 |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **50. OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | | |
| 50.191. TK-10401, 02 AMMONIUM HYDROXIDE FEED TO BR-301 PUMP | UNKNOWN | INSTALLATION COST | $3,695.00 |
| 50.192. TK-10401, 02 AMMONIUM HYDROXIDE FEED TO BR-301 PUMP | UNKNOWN | INSTALLATION COST | $3,695.00 |
| 50.193. TK-10401, 02 AMMONIUM HYDROXIDE FEED TO BR-301 PUMP | UNKNOWN | INSTALLATION COST | $3,695.00 |
| 50.194. TK-10402 AMMONIUM HYDROXIDE TANK #2 LEVEL | UNKNOWN | INSTALLATION COST | $3,789.89 |
| 50.195. TK-10501 PHOSPHORIC ACID FEED TO BR-301 PUMP | UNKNOWN | INSTALLATION COST | $3,695.00 |
| 50.196. TK-10501 PHOSPHORIC ACID FEED TO BR-302 PUMP | UNKNOWN | INSTALLATION COST | $3,695.00 |
| 50.197. TK-10501 PHOSPHORIC ACID FEED TO BR-303 PUMP | UNKNOWN | INSTALLATION COST | $3,695.00 |
| 50.198. TK-10501 PHOSPHORIC ACID LEVEL | UNKNOWN | INSTALLATION COST | $3,789.89 |
| 50.199. TK-10601 PERACETIC ACID LEVEL | UNKNOWN | INSTALLATION COST | $3,789.89 |
| 50.200. TK-10601 PERACETIC ACID TRANSFER PUMP | UNKNOWN | INSTALLATION COST | $3,695.00 |
| 50.201. TK-10701 ANTIFOAM TANK LEVEL | UNKNOWN | INSTALLATION COST | $3,789.89 |
| 50.202. TK-10701 ANTIFOAM TRANSFER PUMP | UNKNOWN | INSTALLATION COST | $3,695.00 |
| 50.203. TK-10801 CAUSTIC TANK #1 LEVEL | UNKNOWN | INSTALLATION COST | $2,960.96 |
| 50.204. TK-10801 CONCENTRATED CAUSTIC TRANSFER PUMP | UNKNOWN | INSTALLATION COST | $3,695.00 |
| 50.205. TK-20101 MEDIA MIX TANK FEED TO BR-301 | UNKNOWN | INSTALLATION COST | $6,768.00 |
| 50.206. TK-20101 MEDIA MIX TANK FEED TO BR-302 | UNKNOWN | INSTALLATION COST | $4,737.00 |
| 50.207. TK-20101 MEDIA MIX TANK FEED TO BR-303 | UNKNOWN | INSTALLATION COST | $4,737.00 |
| 50.208. TK-20101 MEDIA TANK #1 LEVEL | UNKNOWN | INSTALLATION COST | $4,569.56 |
| 50.209. TK-20201 CIP TANK #1 LEVEL | UNKNOWN | INSTALLATION COST | $4,569.56 |
| 50.210. TK-55101 RO WATER PUMP | UNKNOWN | INSTALLATION COST | $8,272.00 |
| 50.211. TRANSFORMER | UNKNOWN | INSTALLATION COST | $199.00 |
| 50.212. TRU VIU RDPD W/TOWER AND 2 L FERMENTATION VESSEL, CONTROLS AND PROBES | UNKNOWN | INSTALLATION COST | $15,000.00 |
| 50.213. UF PRODUCT TANK #1 | UNKNOWN | INSTALLATION COST | $120,000.00 |
| 50.214. UF, MF, NF SPIRAL FILTRATION SKIDS | UNKNOWN | INSTALLATION COST | $165,000.00 |
| 50.215. ULTIMATE 3000 HPLC WITH RI AND DAD DETECTOR AND CHROMELEON 7.3 SOFTWARE | UNKNOWN | INSTALLATION COST | $85,000.00 |
| 50.216. ULTRASONIC CLEANER | UNKNOWN | INSTALLATION COST | $328.90 |
| 50.217. VACCUM OVENS (3) | UNKNOWN | INSTALLATION COST | $4,000.00 |
| 50.218. VARIOUS LABORATORY EQUIPMENT | UNKNOWN | INSTALLATION COST | $25,495.60 |
| 50.219. VARIOUS LABORATORY EQUIPMENT | UNKNOWN | INSTALLATION COST | $22,382.10 |
| 50.220. VARIOUS LABORATORY EQUIPMENT | UNKNOWN | INSTALLATION COST | $19,656.00 |
| 50.221. VARIOUS LABORATORY EQUIPMENT | UNKNOWN | INSTALLATION COST | $9,064.90 |
| 50.222. VARIOUS LABORATORY EQUIPMENT | UNKNOWN | INSTALLATION COST | $3,529.50 |
| 50.223. VARIOUS LABORATORY EQUIPMENT | UNKNOWN | INSTALLATION COST | $1,821.30 |
| 50.224. VARIOUS LABORATORY EQUIPMENT | UNKNOWN | INSTALLATION COST | $148.20 |
| 50.225. VERTICAL LAMINAR FLOW STATION | UNKNOWN | INSTALLATION COST | $14,441.60 |
| 50.226. VERTICAL LAMINAR FLOW UNIT & ACCESSORIES | UNKNOWN | INSTALLATION COST | $5,072.00 |
| 50.227. WALK-IN FREEZER | UNKNOWN | INSTALLATION COST | $20,000.00 |
| 50.228. WALK-IN FRIDGE | UNKNOWN | INSTALLATION COST | $20,000.00 |

Debtor    Solar Biotech, Inc.
(Name)

Case number (if known) 24-11402

| General description | | Net book value of debtor's interest | Valuation method used | Current value of |
| --- | --- | --- | --- | --- |
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | | (Where available) | for current value | debtor's interest |

**50.  OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)**

| | | | | |
| --- | --- | --- | --- | --- |
| 50.229. | WINE PRESS | UNKNOWN | INSTALLATION COST | $5,000.00 |
| 50.230. | YSI BIOCHEMICAL ANALYZER (2 UNITS) | UNKNOWN | INSTALLATION COST | $48,000.00 |

| 51 | Total of Part 8. ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87. | $16,616,909.66 |
| --- | --- | --- |

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 9:    REAL PROPERTY**

**54.  DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY?**
☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

**55.  ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- | --- |
| 55.1. | 5516 INDUSTRIAL PARK RD, NORTON, VA 24273 | OWNER OF REAL PROPERTY | $2,080,000.00 | APPRAISAL | $2,080,000.00 |
| 55.2. | 5537 INDUSTRIAL PARK ROAD, NORTON, VA 24273 | OWNER OF REAL PROPERTY | $250,900.00 | ASSESSMENT | $250,900.00 |

| 56 | Total of Part 9. ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88. | $2,330,900.00 |
| --- | --- | --- |

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☒ Yes

**Part 10:    INTANGIBLES AND INTELLECTUAL PROPERTY**

**59.  DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY?**
☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |

**60.  PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS**

| | | | | |
| --- | --- | --- | --- | --- |
| 60.1. | TRADEMARK - CELLS NEVER SLEEP - 103 - APP. NO.: 97511119 - US + EP | | N/A | UNKNOWN |
| 60.2. | TRADEMARK - LOGO - LONG VERSION - APP. NO.: 97511116 - US + EP | | N/A | UNKNOWN |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.3. | TRADEMARK - LOGO - SQUARE VERSION - APP. NO.: 97511117 - US + EP | | N/A | UNKNOWN |
| 60.4. | TRADEMARK - SOLAR BIOTECH 101 - APP. NO. 88958940 - US & EP | | N/A | UNKNOWN |
| 60.5. | TRADEMARK - SOLAR BIOTECH 101 - APP. NO.: 88958940 - US + EP | | N/A | UNKNOWN |
| 60.6. | TRADEMARK - SOLAR BIOTECH 101DIV - APP. NO.: 88984731 - US | | N/A | UNKNOWN |
| 60.7. | TRADEMARK - THE TOTAL SUSTAINABLE BIOMANUFACTURING SOLUTIONS COMPANY 107 - APP. NO.: 97898954 - US (MAYBE CA, EP) | | N/A | UNKNOWN |
| 60.8. | TRADEMARK - WISE 102 - APP. NO.: 97511121 - US + EP | | N/A | UNKNOWN |

| | | | |
|---|---|---|---|
| **61.** | **INTERNET DOMAIN NAMES AND WEBSITES** | | |
| 61.1. | WWW.SOLARBIOTECH.COM | N/A | UNKNOWN |

**62.    LICENSES, FRANCHISES, AND ROYALTIES**

**63.    CUSTOMER LISTS, MAILING LISTS, OR OTHER COMPILATIONS**

**64.    OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY**

**65.    GOODWILL**

| | |
|---|---|
| **66** | **Total of Part 10.** ADD LINES 60 THROUGH 65. COPY THE TOTAL TO LINE 89. | UNDETERMINED |

**67.**    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☒ No
☐ Yes

**68.**    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

**69.**    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 11:    ALL OTHER ASSETS**

**70.**    **DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM?**
INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **71.    NOTES RECEIVABLE** | |
| DESCRIPTION (INCLUDE NAME OF OBLIGOR) | |
| **72.    TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)** | |
| DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL) | |
| **73.    INTERESTS IN INSURANCE POLICIES OR ANNUITIES** | |

| Debtor | Solar Biotech, Inc. | | | Case number (if known) | 24-11402 |
|---|---|---|---|---|---|
| | (Name) | | | | |

| | | Current value of debtor's interest |
|---|---|---|

**74. CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)**

74.1. POTENTIAL CLAIM AGAINST ARZEDA

**Nature of claim**     POTENTIAL LITIGATION CLAIM

**Amount requested**     $1,303,000.00

**75. OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS**

**76. TRUSTS, EQUITABLE OR FUTURE INTERESTS IN PROPERTY**

**77. OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED  EXAMPLES: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP** *EXAMPLES:* SEASON TICKETS, COUNTRY CLUB MEMBERSHIP

**78 Total of Part 11.**
ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90.        | UNDETERMINED |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 12:     Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $1,454.44 | |
| **81. Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| **82. Accounts receivable.** *Copy line 12, Part 3.* | | |
| **83. Investments.** *Copy line 17, Part 4.* | | |
| **84. Inventory.** *Copy line 23, Part 5.* | | |
| **85. Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | |
| **87. Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $16,616,909.66 | |
| **88. Real property.** *Copy line 56, Part 9.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ➔ | | $2,330,900.00 |
| **89. Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNDETERMINED | |
| **90. All other assets.** *Copy line 78, Part 11.*                                + | UNDETERMINED | |
| **91. Total.** Add lines 80 through 90 for each column . . . . . . . . . 91a. | $16,618,364.10 | + 91b.  $2,330,900.00 |

| | | |
|---|---|---|
| **92.** | **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $18,949,264.10 |

| Fill in this information to identify the case: |
| --- |

| Debtor | Solar Biotech, Inc. |
| --- | --- |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 24-11402 |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| **Part 1:** | **List All Creditors with Secured Claims** |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  |  | **Column A** **Amount of claim** *Do not deduct the value of collateral.* | **Column B** **Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1** | **Creditor's name** INDUSTRIAL DEVELOPMENT AUTHORITY OF WISE COUNTY **Creditor's mailing address** ATTN: KAREN MULLINS, WISE COUNTY ATTORNEY 206 EAST MAIN STREET, ROOM 223 WISE, VA 24293 **Creditor's email address** **Date or dates debt was incurred** **Last 4 digits of account number:** **Do multiple creditors have an interest in the same property?** ☐ No ☑ Yes    Specify each creditor, including this    creditor, and its relative priority.    POWELL VALLEY NATIONAL BANK | **Describe debtor's property that is subject to a lien** 5516 INDUSTRIAL PARK RD, NORTON, VA 24273 **Describe the lien** MORTGAGE **Is the creditor an insider or related party?** ☑ No ☐ Yes **Is anyone else liable on this claim?** ☑ No ☐ Yes **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $100,000.00 | UNKNOWN |
| **2.2** | **Creditor's name** INGREDION INCORPORATED **Creditor's mailing address** 5 WESTBROOK CORPORATE CENTER WESTCHESTER, IL 60154 **Creditor's email address** **Date or dates debt was incurred** **Last 4 digits of account number:** **Do multiple creditors have an interest in the same property?** ☐ No ☑ Yes    Specify each creditor, including this    creditor, and its relative priority.    YOUNG AMERICA CAPITAL, LLC | **Describe debtor's property that is subject to a lien** ALL ASSETS OF THE DEBTOR **Describe the lien** UCC1 **Is the creditor an insider or related party?** ☑ No ☐ Yes **Is anyone else liable on this claim?** ☐ No ☑ Yes **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $10,000,000.00 | UNKNOWN |

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | **Column A**<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | **Column B**<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- | --- |
| 2.3 | **Creditor's name**<br>POWELL VALLEY NATIONAL BANK<br><br>**Creditor's mailing address**<br>5430 WEST MAIN STREET<br>WISE, VA  24293<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes<br>　Specify each creditor, including this creditor, and its relative priority.<br>　INDUSTRIAL DEVELOPMENT AUTHORITY OF WISE COUNTY | **Describe debtor's property that is subject to a lien**<br>5516 INDUSTRIAL PARK RD, NORTON, VA 24273<br><br>**Describe the lien**<br>DEED<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,500,000.00 | UNKNOWN |
| 2.4 | **Creditor's name**<br>YOUNG AMERICA CAPITAL, LLC<br><br>**Creditor's mailing address**<br>141 EAST BOSTON POST RD.<br>MAMORONECK, NY  10504<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes<br>　Specify each creditor, including this creditor, and its relative priority.<br>　INGREDION INCORPORATED | **Describe debtor's property that is subject to a lien**<br>PROPERTY AND BANK ACCOUNTS OF THE DEBTOR<br><br>**Describe the lien**<br>UCC1<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $49,215.29 | UNKNOWN |
| **3.** | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** |  | $11,649,215.29 |  |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and Address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for ths entity |
|---|---|---|
| INGREDION INC C/O HOGAN LOVELLS LLP<br>ATTN: CHRISTOPHER R. BRYANT<br>390 MADISON AVENUE<br>NEW YORK<br>NY, 10017 | Line 2.2 | |
| INGREDION INC C/O HOGAN LOVELLS LLP<br>ATTN: CHRISTOPHER R. DONOHO III<br>390 MADISON AVENUE<br>NEW YORK<br>NY, 10017 | Line 2.2 | |
| INGREDION INC C/O POTTER ANDERSON & CORROON LLP<br>ATTN: BLAKE CLEARY<br>HERCULES PLAZA, 1313 NORTH MARKET STREET<br>6TH FLOOR<br>WILMINGTON<br>DE, 19801 | Line 2.2 | |
| POWELL VALLEY NATIONAL BANK<br>ATTN: MATTHEW EADES<br>24495 LEE HIGHWAY<br>ABINGDON<br>VA, 24211 | Line 2.3 | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Solar Biotech, Inc. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 24-11402 |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
|---|---|

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.
☒ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>AMELIA ROSE CLARK<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAGES - NOTICE ONLY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $0.00 | $0.00 |
| **2.2** | **Priority creditor's name and mailing address**<br>CHAD ALAN JENNINGS<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAGES - NOTICE ONLY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $0.00 | $0.00 |
| **2.3** | **Priority creditor's name and mailing address**<br>CHRISTOPHER MCFALL<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAGES - NOTICE ONLY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $0.00 | $0.00 |

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.4 | **Priority creditor's name and mailing address**<br><br>CRAGIN K HARRIS<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAGES - NOTICE ONLY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $0.00 | $0.00 |
| 2.5 | **Priority creditor's name and mailing address**<br><br>DAVID ALLEN KILGORE<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAGES - NOTICE ONLY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $0.00 | $0.00 |
| 2.6 | **Priority creditor's name and mailing address**<br><br>DELAWARE DIVISION OF CORPORATIONS<br>DIVISION OF CORPORATIONS<br>JOHN G. TOWNSEND BLDG<br>401 FEDERAL STREET – SUITE 4<br>DOVER, DE  19901<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXING AUTHORITY - NOTICE ONLY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.7 | **Priority creditor's name and mailing address**<br><br>DELAWARE DIVISION OF CORPORATIONS<br>DIVISION OF CORPORATIONS<br>P.O. BOX 898<br>DOVER, DE  19903<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXING AUTHORITY - NOTICE ONLY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.8 | **Priority creditor's name and mailing address**<br><br>DEVIN MCNEW<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAGES - NOTICE ONLY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $0.00 | $0.00 |

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.9** **Priority creditor's name and mailing address**
DYLAN POWERS
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES - NOTICE ONLY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $0.00    Priority amount $0.00

---

**2.10** **Priority creditor's name and mailing address**
GABRIEL JACOB DUPREE
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES - NOTICE ONLY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $0.00    Priority amount $0.00

---

**2.11** **Priority creditor's name and mailing address**
JAMES K GILLEY JR
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES - NOTICE ONLY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $0.00    Priority amount $0.00

---

**2.12** **Priority creditor's name and mailing address**
JIMMY ROSE
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES - NOTICE ONLY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $0.00    Priority amount $0.00

---

**2.13** **Priority creditor's name and mailing address**
JOSEPH A PETERS
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES - NOTICE ONLY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $0.00    Priority amount $0.00

| Part 1: | Additional Page |
|---|---|

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|

**2.14** | **Priority creditor's name and mailing address**

KIEU PHUNG LE-HAIRSTON
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES - NOTICE ONLY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $0.00    Priority amount $0.00

---

**2.15** | **Priority creditor's name and mailing address**

MADELINE PAIGE CLARK
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES - NOTICE ONLY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $0.00    Priority amount $0.00

---

**2.16** | **Priority creditor's name and mailing address**

MARIO ALEX UGALDES ALCAVIL SR
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES - NOTICE ONLY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $0.00    Priority amount $0.00

---

**2.17** | **Priority creditor's name and mailing address**

MICHAEL BRIAN GILLIAM
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES - NOTICE ONLY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $0.00    Priority amount $0.00

---

**2.18** | **Priority creditor's name and mailing address**

MICHAEL MEALER
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES - NOTICE ONLY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $0.00    Priority amount $0.00

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.19** | **Priority creditor's name and mailing address** — NADESHDA GERASIMCHUK, ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES - NOTICE ONLY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $0.00    Priority amount $0.00

---

**2.20** | **Priority creditor's name and mailing address** — NATHAN DAVID TANOA BROWN, ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES - NOTICE ONLY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $0.00    Priority amount $0.00

---

**2.21** | **Priority creditor's name and mailing address** — PETER LE, ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES - NOTICE ONLY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $0.00    Priority amount $0.00

---

**2.22** | **Priority creditor's name and mailing address** — SEAN PAUL COPE, ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES - NOTICE ONLY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $0.00    Priority amount $0.00

---

**2.23** | **Priority creditor's name and mailing address** — SERHII KOVALOV, ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES - NOTICE ONLY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $0.00    Priority amount $0.00

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.24** | **Priority creditor's name and mailing address**

SHAUN ALAN CHRISTIAN
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES - NOTICE ONLY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $0.00    Priority amount $0.00

---

**2.25** | **Priority creditor's name and mailing address**

STATE CORPORATION COMMISSION OF
VIRGINIA
1300 E. MAIN ST.
RICHMOND, VA  23219

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXING AUTHORITY - NOTICE ONLY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim UNKNOWN    Priority amount UNKNOWN

---

**2.26** | **Priority creditor's name and mailing address**

TATYANA BELENKAYA
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES - NOTICE ONLY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $0.00    Priority amount $0.00

---

**2.27** | **Priority creditor's name and mailing address**

THAWDAR ZIN
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES - NOTICE ONLY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $0.00    Priority amount $0.00

---

**2.28** | **Priority creditor's name and mailing address**

TIFFANY VANLENGEN
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES - NOTICE ONLY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $0.00    Priority amount $0.00

| Part 1: | Additional Page | | | Total claim | Priority amount |
|---|---|---|---|---|---|

**2.29** | **Priority creditor's name and mailing address**
VENKAT KOTTE
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES

**Is the claim subject to offset?**
☒ No
☐ Yes

| | | Total claim | Priority amount |
|---|---|---|---|
| | | $2,538.00 | $2,538.00 |

**2.30** | **Priority creditor's name and mailing address**
VERA MAXIMENKO GUTMAN
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES - NOTICE ONLY

**Is the claim subject to offset?**
☒ No
☐ Yes

| | | Total claim | Priority amount |
|---|---|---|---|
| | | $0.00 | $0.00 |

**2.31** | **Priority creditor's name and mailing address**
VIRGINIA DEPARTMENT OF TAXATION
1957 WESTMORELAND STREET
RICHMOND, VA 23230

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXING AUTHORITY - NOTICE ONLY

**Is the claim subject to offset?**
☒ No
☐ Yes

| | | Total claim | Priority amount |
|---|---|---|---|
| | | UNKNOWN | UNKNOWN |

**2.32** | **Priority creditor's name and mailing address**
WISE COUNTY
P.O. BOX 1308
WISE, VA 24293

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXING AUTHORITY - NOTICE ONLY

**Is the claim subject to offset?**
☒ No
☐ Yes

| | | Total claim | Priority amount |
|---|---|---|---|
| | | UNKNOWN | UNKNOWN |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Do any creditors have nonpriority unsecured claims?** (See 11 U.S.C. § 507).
☐ No.
☒ Yes.

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

Debtor    Solar Biotech, Inc.

(Name)

Case number (if known)   24-11402

| **Part 2:** | Additional Page |

| | Amount of claim |
| --- | --- |

### 3.1

**Nonpriority creditor's name and mailing address**

AEROTEK, INC.
P.O. BOX 198531
ATLANTA, GA  30384

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$24,039.70

---

### 3.2

**Nonpriority creditor's name and mailing address**

AGGREKO
4610 WEST ADMIRAL DOYLE DRIVE
NEW IBERIA, LA  70560

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$62,692.71

---

### 3.3

**Nonpriority creditor's name and mailing address**

AIR PRODUCTS AND CHEMICALS, INC.
MAIL CODE 5701
P.O. BOX 71200
CHARLOTTE, NC  28272-1200

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,171.19

---

### 3.4

**Nonpriority creditor's name and mailing address**

ALEX BERLIN
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LOAN

**Is the claim subject to offset?**
☒ No
☐ Yes

$179,605.01

---

### 3.5

**Nonpriority creditor's name and mailing address**

AMAZON BUSINESS USA (PUNCHOUT)
410 TERRY AVE.
SEATTLE, WA  98109

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,773.58

| Part 2: | Additional Page |
| --- | --- |

|  | | Amount of claim |
| --- | --- | --- |

**3.6**    **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**     $0.00

APPALACHIAN NATURAL GAS
391 CLYDESWAY DR
LEBANON, VA 24266

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UTILITY COMPANY - NOTICE ONLY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.7**    **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**     $1,800,000.00

ARZEDA CORP.
C/O DON MACPHERSON
3421 THORNDYKE AVE W
SEATTLE, WA 98119

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
DISPUTED CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.8**    **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**     $305.00

AUTOMATIONDIRECT.COM INC
3505 HUTCHINSON RD.
CUMMING, GA 30040

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.9**    **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**     $2,100.00

BEST CLEAN
115 7TH STREET NORTHEAST
NORTON, VA 24273

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.10**    **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**     $274,680.00

BIOFORS LLC
2915 OGLETOWN ROAD
NEWARK, DE 19713

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,916.31

BIO-RAD LABORATORIES, INC.
1000 ALFRED NOBEL DRIVE
HERCULES, CA  94547

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,153.75

BOONE DOMINION PROCESS COMPANY
1598 GILMER BRANCH RD
BOONES MILL, VA  24065

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14,781.17

CAROTEK, INC.
700 SAM NEWELL RD.
MATTHEWS, NC  28105

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $18,459.98

CARTER MACHINERY COMPANY, INCORPORATED
P.O.BOX 751053
CHARLOTTE, NC  28275

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $68,454.81

CHRISTIAN DOPPLER FORSCHUNGSGESELLSCHAFT
BOLTZMANNGASSE 20
WIEN OSTERREICH  1090
AUSTRIA

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.16 | **Nonpriority creditor's name and mailing address**<br><br>CINTAS CORPORATION<br>P.O. BOX 630921<br>CINCINNATI, OH 45263<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,280.01 |
|---|---|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF NORTON UTILITIES<br>618 VIRGINIA AVENUE NW<br>P.O. BOX 618<br>NORTON, VA 24273<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE - NOTICE ONLY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $0.00 |
| 3.18 | **Nonpriority creditor's name and mailing address**<br><br>C-LECTA GMBH<br>PERLICKSTR. 5<br>LEIPZIG 4103<br>GERMANY<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,500.00 |
| 3.19 | **Nonpriority creditor's name and mailing address**<br><br>CLIFTONLARSONALLEN LLP (CLA)<br>220 S 6TH ST.<br>SUITE 300<br>MINNEAPOLIS, MN 55402<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $45,151.60 |
| 3.20 | **Nonpriority creditor's name and mailing address**<br><br>COMCAST<br>2605 CIRCLE 75 PKWY SE<br>ATLANTA, GA 30339-4268<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UTILITY COMPANY - NOTICE ONLY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $0.00 |

| **Part 2:** | Additional Page |

| | | Amount of claim |

**3.21** **Nonpriority creditor's name and mailing address**

COMFORT SYSTEMS USA
294 BLEVINS BLVD.
BRISTOL, VA 24203

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,928.36

---

**3.22** **Nonpriority creditor's name and mailing address**

COMPASS RESOURCES, LLC.
2726 FAIRGROUND ROAD
#104
GOOCHLAND, VA 23063

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,579.78

---

**3.23** **Nonpriority creditor's name and mailing address**

CROSS COMPANY-PROCESS SOLUTIONS GROUP
4400 PIEDMONT PARKWAY
GREENSBORO, NC 27410

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$862.97

---

**3.24** **Nonpriority creditor's name and mailing address**

DASSAULT SYSTEMES AMERICAS CORP
175 WYMAN STREET
WALTHAM, MA 2451

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,220.00

---

**3.25** **Nonpriority creditor's name and mailing address**

DHL EXPRESS-USA
16855 NORTHCHASE DR.
SUITE 400
HOUSTON, TX 77060

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$920.72

---

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | ---: |

**3.26** | **Nonpriority creditor's name and mailing address**

ENVIRONMENTAL MONITORING INC
5730 INDUSTRIAL PARK RD
NORTON, VA 24273

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$417.00

---

**3.27** | **Nonpriority creditor's name and mailing address**

FEDEX
P.O. BOX 371461
PITTSBURGH, PA 15250

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,185.06

---

**3.28** | **Nonpriority creditor's name and mailing address**

FEDEX FREIGHT
P.O. BOX 223125
PITTSBURGH, PA 15251

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$482.22

---

**3.29** | **Nonpriority creditor's name and mailing address**

FISHER SCIENTIFIC CO.
P.O. BOX 404705
ATLANTA, GA 30384

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,550.96

---

**3.30** | **Nonpriority creditor's name and mailing address**

GLACIER TANKS, LLC
1301 NORTHEAST 144TH STREET
SUITE 125
VANCOUVER, WA 98685

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,218.80

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $334,073.00 |
| | GLOBAL PROCESS CONCEPT SAS | *Check all that apply.* | |
| | 2915 OGLETOWN ROAD #3679 | ☐ Contingent | |
| | NEWARK, DE 19713 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $500,000.00 |
| | GOOD PROTEIN FUND VCC | *Check all that apply.* | |
| | C/O JAYESH ARVIND PAREKH | ☒ Contingent | |
| | 16 RAFFLES QUAY, #20-03 | ☐ Unliquidated | |
| | SINGAPORE 048581 | ☐ Disputed | |
| | SINGAPORE | **Basis for the claim:** | |
| | **Date or dates debt was incurred** | SAFE NOTE | |
| | | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number:** | ☒ No | |
| | | ☐ Yes | |

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $19,454.78 |
| | HAMILTON | *Check all that apply.* | |
| | P.O. BOX 10030 | ☐ Contingent | |
| | RENO, NV 89520 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,651.07 |
| | HAWKINS, INC. | *Check all that apply.* | |
| | 2381 ROSEGATE | ☐ Contingent | |
| | ROSEVILLE, MN 55113 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $153.75 |
| | HCE SYSTEMS, INC. | *Check all that apply.* | |
| | 440 HAWTHORNE DRIVE NORTHEAST | ☐ Contingent | |
| | NORTON, VA 24273 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | Solar Biotech, Inc. | | Case number (if known) | 24-11402 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.36** | **Nonpriority creditor's name and mailing address**

HOLSTON GASES, INC.
545 W BAXTER AVENUE
KNOXVILLE, TN 37921

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,844.41

---

**3.37** | **Nonpriority creditor's name and mailing address**

HYGIENA LLC
1801 W OLYMPIC BLVD
PASADENA, CA 91199

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,952.32

---

**3.38** | **Nonpriority creditor's name and mailing address**

INGERSOLL-RAND INDUSTRIAL U.S., INC.
6000 GENERAL COMMERCE DRIVE
CHARLOTTE, NC 28213

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,776.52

---

**3.39** | **Nonpriority creditor's name and mailing address**

KENTUCKY UTILITIES
P.O. BOX 771670
ST. LOUIS, MO 63177-1670

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITY COMPANY - NOTICE ONLY

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.40** | **Nonpriority creditor's name and mailing address**

M4 KNICK LLC
55 W. TECHNE CENTER DRIVE
SUITE C
MILFORD, OH 45150

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,493.00

---

| Debtor | Solar Biotech, Inc. | Case number (if known) | 24-11402 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.41 | **Nonpriority creditor's name and mailing address**<br><br>MARAT KHODOUN<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $226,000.00 |

| 3.42 | **Nonpriority creditor's name and mailing address**<br><br>MIRROR POLISHING & PLATING COMPANY INC.<br>346 HUNTINGDON AVENUE<br>WATERBURY, CT  6708<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $15,656.50 |

| 3.43 | **Nonpriority creditor's name and mailing address**<br><br>MOTIF FOODWORKS<br>C/O BRIAN BRAZEAU<br>27 DRYDOCK AVE<br>BOSTON, MA  02210<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>SAFE NOTE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,600,000.00 |

| 3.44 | **Nonpriority creditor's name and mailing address**<br><br>NANDKUMAR NANDU NAYAR<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $43,500.00 |

| 3.45 | **Nonpriority creditor's name and mailing address**<br><br>NEOGEN<br>620 LESHER PLACE<br>LANSING, MI  48912<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,561.19 |

| Part 2: | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,268.50 |
|---|---|---|---|

NEW RIVER VALLEY IP LAW PC
2200 KRAFT DR.
SUITE 1050 NO. 308
BLACKSBURG, VA  24060

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,328.34 |
|---|---|---|---|

OHLY AMERICAS
1258 NELSON DRIVE
BOYCEVILLE, WI  54725

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

ORKIN
2000 HIGHWAY 75
BLOUNTVILLE, TN  37617-5837

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITY COMPANY - NOTICE ONLY

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,827.83 |
|---|---|---|---|

OTC INDUSTRIAL
1900 JETWAY BLVD.
COLUMBUS, OH  43219

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $281.35 |
|---|---|---|---|

PICK HEATERS, INC.
730 S INDIANA AVE.
WEST BEND, WI  53095

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.51** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00

POINT BROADBAND
P.O. BOX 429
BRISTOL, VA  24203-0429

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE - NOTICE ONLY

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.52** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,757.00

PORTABULL STORAGE, LLC.
16 OFFICE PARK DRIVE
SUITE 5
HATTIESBURG, MS  39402

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $117.00

QBO KEEPER LLC
1425 BROADWAY
20-7136
SEATTLE, WA  98122

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $926.02

QUALITY ROLLOFF SERVICES, INC.
5458 INDUSTRIAL PARK RD.
NORTON, VA  24273

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,189.65

RAIN FOR RENT
3404 STATE ROAD
BAKERSFIELD, CA  93308

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.56** | **Nonpriority creditor's name and mailing address**

REGISTERED AGENT SOLUTIONS, INC. (RASI)
P.O. BOX 7410517
DEPT. 5021
CHICAGO, IL  60674

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$315.00

---

**3.57** | **Nonpriority creditor's name and mailing address**

REVOLUTION LAW
C/O HENRY KOPF
140 TOWERVIEW COURT
SUITE 111
CARY, NC  27513

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,386.50

---

**3.58** | **Nonpriority creditor's name and mailing address**

RJM SALES, INC.
12H WORLDS FAIR DR
SOMERSET, NJ  08873

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,113.94

---

**3.59** | **Nonpriority creditor's name and mailing address**

RONALD MORRIS
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$24,507.92

---

**3.60** | **Nonpriority creditor's name and mailing address**

ROSEMOUNT INC.
6021 INNOVATION BLVD.
SHAKOPEE, MN  55379

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,831.21

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.61**

**Nonpriority creditor's name and mailing address**

RP CONSTRUCTION INC
P.O. BOX 2042
WISE, VA  24293

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,880.00

---

**3.62**

**Nonpriority creditor's name and mailing address**

SAFE FOODS CHEMICAL INNOVATIONS
3729 PEDDLE HOLLOW ROAD
KIELER, WI  53812

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,759.70

---

**3.63**

**Nonpriority creditor's name and mailing address**

SAFE, INC.
1350 N WELLS ST.
SUITE E102
CHICAGO, IL  60610

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$123,040.00

---

**3.64**

**Nonpriority creditor's name and mailing address**

SANITARY FITTINGS, LLC
W210S8357 FIRESIDE COURT
MUSKEGO, WI  53150

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,873.99

---

**3.65**

**Nonpriority creditor's name and mailing address**

SCOTT COUNTY PUBLIC SERVICE AUTHORITY
156 LEGION ST
WEBER CITY, VA  24290

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITY COMPANY - NOTICE ONLY

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.66** | **Nonpriority creditor's name and mailing address**

SEPARATION EQUIPMENT COMPANY, INC.
P.O. BOX 1560
BRANDON, FL  33509

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,000.00

---

**3.67** | **Nonpriority creditor's name and mailing address**

SEPARATION GURU, LLC.
105 REDHILL ROAD
HOLLY SPRINGS, NC  27540

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONSULTANT

**Is the claim subject to offset?**
☒ No
☐ Yes

$49,096.50

---

**3.68** | **Nonpriority creditor's name and mailing address**

SIDDHI CAPITAL FUND II, L.P.
C/O STEVEN FINN
1775 W. STATE STREET, #388
BOISE, ID  83702

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SAFE NOTE

**Is the claim subject to offset?**
☒ No
☐ Yes

$500,000.00

---

**3.69** | **Nonpriority creditor's name and mailing address**

SIDDHI FOODTECH SCOUT FUND I, L.P.
C/O STEVEN FINN
1775 W. STATE STREET, #388
BOISE, ID  83702

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SAFE NOTE

**Is the claim subject to offset?**
☒ No
☐ Yes

$250,000.00

---

**3.70** | **Nonpriority creditor's name and mailing address**

SOLIDIFY LLC
2212 BOILING SPRINGS RD
BOILING SPRINGS, SC  29316

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$60,000.00

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.71**

**Nonpriority creditor's name and mailing address**

SOLINOX (AES)
150 CHEVREFILS
SAINT-RÉMI, QB  J0L 2L0
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$247,759.00

---

**3.72**

**Nonpriority creditor's name and mailing address**

SOUTHWEST TOOL RENTAL INC.
1675 PARK AVENUE NORTHWEST
NORTON, VA  24273

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,534.95

---

**3.73**

**Nonpriority creditor's name and mailing address**

TAX AND ACCOUNTING SERVICES/TDX CONSULTING LLC
1425 BROADWAY
#20-7136
SEATTLE, WA  98122

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,155.17

---

**3.74**

**Nonpriority creditor's name and mailing address**

TF RESEARCH AND DEVELOPMENT, INC.
840 KATAHDIN WAY
CARY, NC  27519

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$101,500.00

---

**3.75**

**Nonpriority creditor's name and mailing address**

THE ASTRAL CONSULTING GROUP
4801 GLENWOOD AVE.
SUITE 200
RALEIGH, NC  27612

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,563.00

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|

**3.76** | **Nonpriority creditor's name and mailing address**

THE KENDALL GROUP INC
5101 S. SPRINKLE RD
PORTAGE, MI 49002-2049

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$28,849.44

---

**3.77** | **Nonpriority creditor's name and mailing address**

THERMO ELECTRON NORTH AMERICA LLC
P.O. BOX 742775
ATLANTA, GA 30374

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,740.00

---

**3.78** | **Nonpriority creditor's name and mailing address**

TIMOTHY ERISMAN
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,500.00

---

**3.79** | **Nonpriority creditor's name and mailing address**

TOTAL QUALITY LOGISTICS, LLC
4289 IVY POINTE BLVD.
CINCINNATI, OH 45245

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$96.24

---

**3.80** | **Nonpriority creditor's name and mailing address**

TRINET III, INC.
1 PARK PLACE, SUITE 600
DUBLIN, CA 94568-7983

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE - NOTICE ONLY

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.81** **Nonpriority creditor's name and mailing address**

U.S. SMALL BUSINESS ADMINISTRATION
ATTN: DISTRICT COUNSEL
660 AMERICAN AVENUE, SUITE 301
KING OF PRUSSIA, PA 19406

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LOAN

**Is the claim subject to offset?**
☒ No
☐ Yes

$24,000.00

---

**3.82** **Nonpriority creditor's name and mailing address**

ULINE, INC
P.O. BOX 88741
CHICAGO, IL 60680

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,337.87

---

**3.83** **Nonpriority creditor's name and mailing address**

UNITED STATES PLASTIC CORP.
1390 NEUBRECHT ROAD
LIMA, OH 45801

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$326.52

---

**3.84** **Nonpriority creditor's name and mailing address**

VWR INTERNATIONAL
100 MATSONFORD RD.
WAYNE, PA 19087

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,643.60

---

**3.85** **Nonpriority creditor's name and mailing address**

WAUGH LAWN CARE
5921 POLE BRIDGE RD.
WISE, VA 24293

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$675.00

| Debtor | Solar Biotech, Inc. | | Case number (if known) | 24-11402 |
| | (Name) | | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.86**

**Nonpriority creditor's name and mailing address**

WELLS FARGO
P.O. BOX 3072
CEDAR RAPIDS, IA  52406-3072

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEASE LOAN FOR AIR COMPRESSOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$100,000.00

---

**3.87**

**Nonpriority creditor's name and mailing address**

WELLS FARGO EQUIPMENT FINANCE, INC.
P.O. BOX 3072
CEDAR RAPIDS, IA  52406-3072

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$41,115.34

---

**3.88**

**Nonpriority creditor's name and mailing address**

WISE COUNTY PUBLIC SERVICE AUTHORITY
P.O. BOX 3388
WISE, VA  24293

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITY COMPANY - NOTICE ONLY

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.89**

**Nonpriority creditor's name and mailing address**

WISE FIRE EQUIPMENT & SUPPLY CO. INC.
202 EAST PARK AVE. NE
WISE, VA  24293

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$468.59

---

**3.90**

**Nonpriority creditor's name and mailing address**

WOLSELEY INDUSTRIAL GROUP
12500 JEFFERSON AVENUE
NEWPORT NEWS, VA  23602

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$100.00

| Debtor | Solar Biotech, Inc. | Case number (if known) | 24-11402 |
|--------|---------------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  |  | **Amount of claim** |
|---|---|---|

**3.91**  **Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is:                    $42,964.88

YOUNG AMERICA CAPITAL
141 EAST BOSTON POST ROAD
MAMARONECK, NY  10543

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.92**  **Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is:                    $1,605.58

YSI, INC.
1700/1725 BRANNUM LANE
YELLOW SPRINGS, OH  45387

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.**   Add the amounts of priority and nonpriority unsecured claims.

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| **5a.** | Total claims from Part 1 | **5a.** | $2,538.00 |
| **5b.** | Total claims from Part 2 | **5b.** + | $7,101,982.86 |
| **5c.** | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | **5c.** | $7,104,520.86 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Solar Biotech, Inc. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 24-11402 |

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules . There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT | AEROTEK, INC.<br>P.O. BOX 198531<br>ATLANTA, GA  30384 |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CHILLER RENTAL AGREEMENT | AGGREKO, LLC<br>4610 WEST ADMIRAL DOYLE DRIVE<br>NEW IBERIA, LA  70560 |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OXYGEN & TANK RENTAL AGREEMENT | AIR PRODUCTS AND CHEMICALS, INC.<br>MAIL CODE 5701<br>P.O. BOX 71200<br>CHARLOTTE, NC  28272-1200 |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOFTWARE SUBSCRIPTION AGREEMENT | CARTA<br>333 BUSH STREET<br>FLOOR 23, STE. 2300<br>SAN FRANCISCO, CA  94104 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BOILER & COLLER SERVICE AGREEMENT | COMFORT SYSTEMS USA<br>294 BLEVINS BLVD.<br>BRISTOL, VA  24203 |
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INSURANCE POLICY (POLICY NUMBER MKLV7PLS000413) | EVANSTON INSURANCE COMPANY<br>10275 W HIGGINS RD, STE 750<br>ROSEMONT, IL  60018 |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INTERNET AGREEMENT | POINT BROADBAND<br>P.O. BOX 429<br>BRISTOL, VA  24203-0429 |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LEGAL AGREEMENT | REVOLUTION LAW<br>7501 FALLS OF NEUSE ROAD<br>SUITE 200<br>RALEIGH, NC  27615 |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONSTRUCTION AGREEMENT | SAFE, INC.<br>1350 N WELLS ST.<br>SUITE E102<br>CHICAGO, IL  60610 |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INSURANCE POLICY (POLICY NUMBER EKS3517519) | SCOTTSDALE INSURANCE COMPANY<br>18700 N HAYDEN RD, STE 150<br>SCOTTSDALE, AZ  85255 |

Debtor    Solar Biotech, Inc.                                        Case number (if known)    24-11402

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTING AGREEMENT | THE ASTRAL CONSULTING GROUP LLC<br>4801 GLENWOOD AVE.<br>SUITE 200<br>RALEIGH, NC  27612 |
|  | **State the term remaining** | | |
|  | **List the contract number of any government contract** | | |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | RESEARCH AGREEMENT | UNIVERSITY OF CINCINNATI RESEARCH INSTITUTE<br>UNIVERSITY HALL, STE 240<br>51 GOODMAN DR<br>CINCINNATI, OH  45221-0663 |
|  | **State the term remaining** | | |
|  | **List the contract number of any government contract** | | |
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | COMPRESSOR AGREEEMENT | WELLS FARGO LEASE<br>P.O. BOX 3072<br>CEDAR RAPIDS, IA  52406-3072 |
|  | **State the term remaining** | | |
|  | **List the contract number of any government contract** | | |
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTING AGREEMENT | YOUNG AMERICA CAPITAL<br>141 EAST BOSTON P.O.ST ROAD<br>MAMARONECK, NY  10543 |
|  | **State the term remaining** | | |
|  | **List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Solar Biotech, Inc. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 24-11402 |

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1.    Does the debtor have any codebtors?**

☐  No.  Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑  Yes.

**2.    In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.1    ALEX BERLIN | 5516 INDUSTRIAL PARK ROAD NORTON, VA  24273 | WELLS FARGO | ☐ D ☑ E/F ☐ G |
| 2.2    NOBLEGEN INC. | 5516 INDUSTRIAL PARK ROAD NORTON, VA  24273 | INGREDION INCORPORATED | ☑ D ☐ E/F ☐ G |
| 2.3    RONALD MORRIS | 5516 INDUSTRIAL PARK ROAD NORTON, VA  24273 | WELLS FARGO | ☐ D ☑ E/F ☐ G |

| Fill in this information to identify the case: | |
|---|---|
| Debtor | Solar Biotech, Inc. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 24-11402 |

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Delcaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/29/2024
            MM / DD / YYYY

**X** _____
Signature of individual signing on behalf of debtor

Alex Berlin
Printed name

Chief Executive Officer
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor    Solar Biotech, Inc.

United States Bankruptcy Court for the:    District of Delaware

Case number    24-11402
(if known)

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

### Part 1:    Income

1. **Gross revenue from business**

   ☑ None

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

---

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/1/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None

   SEE ATTACHED

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/1/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None

   SEE ATTACHED

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

---

### Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity-within 1 year before filing this case.

   ☑ None

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or |
|---|---|---|---|
| NEWPOINT ADVISORS CORPORATION<br>1320 TOWER RD<br>SCHAUMBURG, IL  60173<br><br>**Email or website address** |  | 6/20/2024 | $10,000.00 |
| PORZIO, BROMBERG & NEWMAN, P.C.<br>100 SOUTHGATE PARKWAY<br>MORRISTOWN, NJ  07962<br><br>**Email or website address** |  | 6/23/2024 | $125,000.00 |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.
Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for :
—    diagnosing or treating injury, deformity, or disease, or
—    providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

| Part 9: | Personal Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes.  State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No.  Go to Part 10.

☑ Yes.  Does the debtor serve as plan administrator?

    ☑ No.

    ☐ Yes.  Fill in below.

| Name of plan | Employer identification number of the plan |
|---|---|
| TRINET HR III, INC., EMPLOYEE BENEFIT PLAN | 48-1304650 |

    Has the plan been terminated?

    ☑ No

    ☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name , or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes.  Provide details below.

---

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☐ No
☒ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| 5516 INDUSTRIAL PARK ROAD NORTON, VA 24273 | VIRGINIA OCCUPATIONAL SAFETY AND HEALTH VIRGINIA DEPARTMENT OF LABOR AND INDUSTRY 6606 WEST BROAD STREET RICHMOND, VA 23230 | UNKNOWN | 04/10/2024 |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No
☐ Yes. Provide details below.

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| NOBLEGEN, INC. 5516 INDUSTRIAL PARK ROAD NORTON, VA 24273 | BIOTECHNOLOGY COMPANY | 84864 6378 RC0001 **Date business existed** From: 2023        To: PRESENT |

**26. Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service | |
|---|---|---|
| ASPEN AXELMAN, FRACTIONAL CONTROLLER CLA CHARLOTTE , 227 WEST TRADE STREET, 8TH FLOOR CHARLOTTE, NC 28202-1675 | From  NA | To  NA |
| CARRIE WARREN, CLA CLA CHARLOTTE , 227 WEST TRADE STREET, 8TH FLOOR CHARLOTTE, NC 28202-1675 | From  NA | To  NA |
| TATIANA DUDLEY, TAX ACCOUNTANT TDX CONSULTING LLC 1425 BROADWAY #20-7136 SEATTLE, WA 98122 | From  NA | To  CURRENT |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service | |
|---|---|---|
| CLA CHARLOTTE 227 WEST TRADE STREET, 8TH FLOOR CHARLOTTE, NS 28202-1675 | From  NA | To  NA |

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed .

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| TATIANA DUDLEY TDX CONSULTING LLC 1425 BROADWAY #20-7136 SEATTLE, WA 98122 | |

---

26d.    List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ None

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

☐ None

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| ALEX BERLIN | 5516 INDUSTRIAL PARK ROAD NORTON, VA 24273 | CHAIRMAN, CEO AND CTO | 75% |
| RONALD L. MORRIS | 5516 INDUSTRIAL PARK ROAD NORTON, VA 24273 | DIRECTOR | 25% |
| VERA MAXIMENKO | 5516 INDUSTRIAL PARK ROAD NORTON, VA 24273 | DIRECTOR & SENIOR VICE PRESIDENT OF OPERATIONS | |
| ZSOLT POPSE | 5516 INDUSTRIAL PARK ROAD NORTON, VA 24273 | CHIEF ENGINEERING OFFICER | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ None

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ None

    SEE RESPONSE TO QUESTION 4

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ None

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ None

Debtor    Solar Biotech, Inc. _____    Case number (if known)    24-11402
         (Name)

| Part 14: | Signature and Declaration |

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07/29/2024.

✖ _____        Alex Berlin
Signature of individual signing on behalf of the debtor     Printed Name

Chief Executive Officer
Position or relationship to debtor

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

In re Solar Biotech, Inc.
Case No.: 24-11402

Attachment 3
Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name | Address 1 | Address 2 | City | State | Zip | Date | Amount | Reason for Payment |
|---|---|---|---|---|---|---|---|---|
| Apollo IT Services | 13359 N. Hwy 183 | Suite 406-248 | Austin | TX | 78750 | 4/11/2024 | $8,546.04 | Services |
| Appalachian Natural Gas | 391 Clydesway Dr | | Lebanon | VA | 24266 | 4/12/2024 | $10,757.58 | Utility |
| Brex | 153 Townsend St. | | San Francisco | CA | 94107 | 4/1/2024 | $27,655.09 | Credit Card Payment |
| Brex | 153 Townsend St. | | San Francisco | CA | 94107 | 5/1/2024 | $22,093.11 | Credit Card Payment |
| City of Norton Utilities | 618 Virginia Avenue NW | P. O. Box 618 | Norton | VA | 24273 | 6/17/2024 | $261.52 | Utility |
| City of Norton Utilities | 618 Virginia Avenue NW | P. O. Box 618 | Norton | VA | 24273 | 4/15/2024 | $285.12 | Utility |
| City of Norton Utilities | 618 Virginia Avenue NW | P. O. Box 618 | Norton | VA | 24273 | 4/15/2024 | $3,320.70 | Utility |
| City of Norton Utilities | 618 Virginia Avenue NW | P. O. Box 618 | Norton | VA | 24273 | 5/15/2024 | $8,306.64 | Utility |
| FCCI Insurance | c/o South-West Insurance A | 220 Wood Aven | Big Stone Gap | VA | 24219 | 5/6/2024 | $5,614.85 | Services |
| FCCI Insurance | c/o South-West Insurance A | 221 Wood Aven | Big Stone Gap | VA | 24220 | 6/6/2024 | $5,614.85 | Services |
| FCCI Insurance | c/o South-West Insurance A | 222 Wood Aven | Big Stone Gap | VA | 24221 | 4/5/2024 | $24,314.35 | Services |
| Kentucky Utilities | PO Box 771670 | | St. Louis | MO | 63177-1670 | 5/6/2024 | $369.65 | Utility |
| Kentucky Utilities | PO Box 771670 | | St. Louis | MO | 63177-1670 | 4/8/2024 | $436.30 | Utility |
| Kentucky Utilities | PO Box 771670 | | St. Louis | MO | 63177-1670 | 5/20/2024 | $15,087.55 | Utility |
| Kentucky Utilities | PO Box 771670 | | St. Louis | MO | 63177-1670 | 4/17/2024 | $15,877.69 | Utility |
| Powell Valley National Bank | 5430 West Main Street | | Wise | VA | 24293 | 5/1/2024 | $8,568.49 | Rent |
| Powell Valley National Bank | 5430 West Main Street | | Wise | VA | 24293 | 4/1/2024 | $8,854.10 | Rent |

In re Solar Biotech, Inc.
Case No.: 24-11402

Attachment 4
Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Creditor Name | Address | Date | Amount | Relationship to Debtor |
|---|---|---|---|---|
| Alex Berlin | Address on File | 6/23/2023 | $1,375.87 | Chairman, CEO and CTO |
| Alex Berlin | Address on File | 7/21/2023 | $1,277.20 | Chairman, CEO and CTO |
| Alex Berlin | Address on File | 7/25/2023 | $1,569.35 | Chairman, CEO and CTO |
| Alex Berlin | Address on File | 8/4/2023 | $2,084.71 | Chairman, CEO and CTO |
| Alex Berlin | Address on File | 8/18/2023 | $5,821.48 | Chairman, CEO and CTO |
| Alex Berlin | Address on File | 9/1/2023 | $5,992.55 | Chairman, CEO and CTO |
| Alex Berlin | Address on File | 9/15/2023 | $5,992.53 | Chairman, CEO and CTO |
| Alex Berlin | Address on File | 9/29/2023 | $5,917.05 | Chairman, CEO and CTO |
| Alex Berlin | Address on File | 10/13/2023 | $5,917.06 | Chairman, CEO and CTO |
| Alex Berlin | Address on File | 10/27/2023 | $5,917.05 | Chairman, CEO and CTO |
| Alex Berlin | Address on File | 11/9/2023 | $5,917.04 | Chairman, CEO and CTO |
| Alex Berlin | Address on File | 11/22/2023 | $5,917.05 | Chairman, CEO and CTO |
| Alex Berlin | Address on File | 12/8/2023 | $5,917.06 | Chairman, CEO and CTO |
| Alex Berlin | Address on File | 12/22/2023 | $5,917.04 | Chairman, CEO and CTO |
| Alex Berlin | Address on File | 1/5/2024 | $3,800.73 | Chairman, CEO and CTO |
| Alex Berlin | Address on File | 1/19/2024 | $5,937.74 | Chairman, CEO and CTO |
| Alex Berlin | Address on File | 2/2/2024 | $5,937.73 | Chairman, CEO and CTO |
| Alex Berlin | Address on File | 2/16/2024 | $1,897.21 | Chairman, CEO and CTO |
| Alex Berlin | Address on File | 3/1/2024 | $5,937.73 | Chairman, CEO and CTO |
| Alex Berlin | Address on File | 3/15/2024 | $5,358.17 | Chairman, CEO and CTO |
| Alex Berlin | Address on File | 3/29/2024 | $93.86 | Chairman, CEO and CTO |

| | | | | |
|---|---|---|---|---|
| Alex Berlin | Address on File | 4/12/2024 | $605.77 | Chairman, CEO and CTO |
| Alex Berlin | Address on File | 4/26/2024 | $6,610.29 | Chairman, CEO and CTO |
| Alex Berlin | Address on File | 6/7/2024 | $594.30 | Chairman, CEO and CTO |
| Alex Berlin | Address on File | 6/20/2024 | $12,174.61 | Chairman, CEO and CTO |
| Alex Berlin | Address on File | 6/21/2024 | $3,346.25 | Chairman, CEO and CTO |
| | | | **$117,827.43** | |
| | | | | |
| Ronald Morris | Address on File | 10/31/2023 | $10,000.00 | Director |
| Ronald Morris | Address on File | 1/12/2024 | $18,000.00 | Director |
| | | | **$28,000.00** | |
| | | | | |
| Vera Maximenko Gutman | Address on File | 6/23/2023 | $1,264.77 | Director and Senior Vice President of Operations |
| Vera Maximenko Gutman | Address on File | 7/21/2023 | $2,089.86 | Director and Senior Vice President of Operations |
| Vera Maximenko Gutman | Address on File | 7/25/2023 | $2,268.27 | Director and Senior Vice President of Operations |
| Vera Maximenko Gutman | Address on File | 8/4/2023 | $1,351.10 | Director and Senior Vice President of Operations |
| Vera Maximenko Gutman | Address on File | 8/18/2023 | $3,085.28 | Director and Senior Vice President of Operations |
| Vera Maximenko Gutman | Address on File | 9/1/2023 | $7,264.61 | Director and Senior Vice President of Operations |
| Vera Maximenko Gutman | Address on File | 9/15/2023 | $7,264.61 | Director and Senior Vice President of Operations |
| Vera Maximenko Gutman | Address on File | 9/29/2023 | $7,264.60 | Director and Senior Vice President of Operations |
| Vera Maximenko Gutman | Address on File | 10/13/2023 | $7,264.61 | Director and Senior Vice President of Operations |
| Vera Maximenko Gutman | Address on File | 10/27/2023 | $7,264.61 | Director and Senior Vice President of Operations |

| | | | | |
|---|---|---|---|---|
| Vera Maximenko Gutman | Address on File | 11/9/2023 | $7,863.04 | Director and Senior Vice President of Operations |
| Vera Maximenko Gutman | Address on File | 11/22/2023 | $8,183.68 | Director and Senior Vice President of Operations |
| Vera Maximenko Gutman | Address on File | 12/8/2023 | $8,183.68 | Director and Senior Vice President of Operations |
| Vera Maximenko Gutman | Address on File | 12/22/2023 | $8,054.76 | Director and Senior Vice President of Operations |
| Vera Maximenko Gutman | Address on File | 1/5/2024 | $2,176.00 | Director and Senior Vice President of Operations |
| Vera Maximenko Gutman | Address on File | 1/19/2024 | $7,369.16 | Director and Senior Vice President of Operations |
| Vera Maximenko Gutman | Address on File | 2/2/2024 | $7,369.17 | Director and Senior Vice President of Operations |
| Vera Maximenko Gutman | Address on File | 2/16/2024 | $170.72 | Director and Senior Vice President of Operations |
| Vera Maximenko Gutman | Address on File | 3/1/2024 | $7,369.16 | Director and Senior Vice President of Operations |
| Vera Maximenko Gutman | Address on File | 3/15/2024 | $4,242.76 | Director and Senior Vice President of Operations |
| Vera Maximenko Gutman | Address on File | 4/26/2024 | $5,524.85 | Director and Senior Vice President of Operations |
| Vera Maximenko Gutman | Address on File | 6/20/2024 | $15,316.08 | Director and Senior Vice President of Operations |
| Vera Maximenko Gutman | Address on File | 6/21/2024 | $1,865.32 | Director and Senior Vice President of Operations |
| | | | **$130,070.70** | |
| | | | | |
| Zsolts Popse | Address on File | 1/12/2024 | $2,375.51 | Chief Engineering Officer |
| Zsolts Popse | Address on File | 1/12/2024 | $2,445.36 | Chief Engineering Officer |
| | | | **$4,820.87** | |