**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SOLAR BIOTECH, INC., *et al.*,[1] | Case No. 24-11402 (LSS) |
| Debtors. | (Jointly Administered) |

**SCHEDULES OF ASSETS AND LIABILITIES FOR**
**NOBLEGEN INC.**
**(CASE NO. 24-11403)**

---

[1] The Debtors in these Chapter 11 Cases are Solar Biotech, Inc. and Noblegen Inc. The location of Debtors' principal place of business is 5516 Industrial Park Rd, Norton, VA 24273, Attn: Alex Berlin.

7768680

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SOLAR BIOTECH, INC., *et al.*,[1] | Case No. 24-11402 (LSS) |
| Debtors. | (Jointly Administered) |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS
AND METHODOLOGY REGARDING THE DEBTORS' SCHEDULES OF
ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

The above-captioned debtors and debtors in possession (each, a "Debtor," and collectively, the "Debtors") are filing their respective Schedules of Assets and Liabilities (collectively, the "Schedules") and Statements of Financial Affairs (collectively, the "Statements," and together with the Schedules, collectively, the "Schedules and Statements") in the United States Bankruptcy Court for the District of Delaware (the "Court"). The Debtors, with the assistance of their professional advisors, prepared the Schedules and Statements in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These Global Notes and Statement of Limitations and Methodology Regarding the Debtors' Schedules and Statements (the "Global Notes") are incorporated by reference in, and comprise an integral part of, all of the Schedules and Statements, and should be referred to and considered in connection with any review of the Schedules and Statements.[2]

The Debtors have used commercially reasonable efforts to ensure the accuracy and completeness of the information and data used in preparing the Schedules and Statements. Inadvertent errors, omissions or inaccuracies may exist in the Schedules and Statements. The Debtors and their estates reserve all rights to amend or supplement the Schedules and Statements as may be necessary and appropriate.

**I.     Notes Applicable to all Schedules and Statements**

**Note 1: Reporting Date**. All asset and liability information, except where otherwise noted, is provided as of June 23, 2024 (the "Petition Date").

---

[1] The Debtors in these Chapter 11 Cases are Solar Biotech, Inc. and Noblegen Inc. The location of Debtors' principal place of business is 5516 Industrial Park Rd, Norton, VA 24273, Attn: Alex Berlin.

[2] These Global Notes supplement and are in addition to any specific notes contained in each Debtor's Schedules or Statements. The fact that the Debtors have prepared a Global Note with respect to any of the individual Debtor's Schedules and Statements and not to those of another should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Note to any of the Debtors' other Schedules and Statements, as appropriate.

**Note 2: Currency**. Unless otherwise indicated, all amounts are reflected in U.S. dollars. To the extent any amounts had to be converted to U.S. dollars, the conversion rate used was as of June 23, 2024.

**Note 3: Signatory**. Alex Berlin has signed each set of Schedules and Statements. Mr. Berlin serves as Chief Executive Officer and is an authorized signatory for each of the Debtors in these chapter 11 cases. In reviewing and signing the Schedules and Statements, Mr. Berlin has necessarily relied upon the efforts, statements, advice, and representations of personnel of the Debtors and their legal and financial advisors. Mr. Berlin has not personally verified and could not personally verify the accuracy of each such statement and representation, but believes them to be true, correct and accurate as of the date he signed the Schedules and Statements.

**Note 4: Basis of Presentation**. The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled to the financial statements of each Debtor. The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment. The Schedules and Statements reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis. These Schedules and Statements were not filed with the United States Securities and Exchange Commission (the "SEC") or any other authority, and neither the SEC nor any state authority has passed upon the accuracy or adequacy of the Schedules and Statements or upon the merits of the Schedules and Statements.

**Note 5: Estimates and Assumptions**. The preparation of the Schedules and Statements required the Debtors to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and Statements, and the reported amounts of revenues and expenses during the applicable reporting periods. Actual results could differ from such estimates.

**Note 6: Totals**. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are undetermined amounts, the actual total may be different from the listed total.

**Note 7: Confidential Information**. There are instances in the Schedules and Statements where the Debtors deemed it necessary and appropriate to redact from the public record information such as addresses. The Debtors have used this approach for the protection of sensitive commercial information or for the privacy of the applicable individual. The alterations are limited to only what is necessary to protect the Debtors or the applicable third party.

**Note 8: Causes of Action**. Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment,

account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

**Note 9: Claim Designation**. Any failure to designate a claim in the Schedules and Statements as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtors that such claim or amount is not "contingent," "unliquidated," or "disputed." The Debtors reserve all of their rights to dispute, or to assert offsets or defenses to, any claim reflected on their Schedules or Statements on any grounds, including, but not limited to, amount, liability, priority, status, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed." Moreover, the Debtors reserve all of their rights to amend their Schedules and Statements as necessary and appropriate. Listing a claim does not constitute an admission of liability by the Debtors.

**Note 10: Fiscal Year**. Each Debtor's fiscal year ends on or about December 31.

**Note 11: Unliquidated Claim Amounts**. Claim amounts that could not be readily quantified by the Debtors are scheduled as "unliquidated."

**Note 12: Undetermined Amounts.** The description of an amount as "undetermined" is not intended to reflect upon the materiality of such amount.

**Note 13: Credits and Adjustments**. The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

**Note 14: Insiders**. For purposes of the Schedules and Statements, the Debtors define "insiders" to include the following: (a) directors; (b) officers; (c) holders of interests in excess of 20% of the voting interests of one of the Debtor entities (whether directly or indirectly); (d) relatives of directors, officers, or shareholders of the Debtors (to the extent known by the Debtors); and (e) Debtor/non-Debtor affiliates.

Persons listed as "insiders" have been included for informational purposes only. The Debtors do not take any position with respect to: (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.

**Note 15: Payments**. Prior to the Petition Date, the Debtors maintained a cash management and disbursement system in the ordinary course of their business (the "Cash Management System") (as described in the Debtors' *Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to*

*(A) Continue to Operate Their Cash Management System, (B) Maintain Current Bank Accounts, (C) Honor Certain Prepetition Obligations Related Thereto, and (D) Maintain Existing Business Forms; and (II) Granting Related Relief* [Docket No. 8]) (the "<u>Cash Management Motion</u>"). Although efforts have been made to attribute open payable amounts to the correct legal entity, the Debtors reserve the right to modify or amend their Schedules and Statements to attribute such payment to a different legal entity, if appropriate.

<u>**Note 16: Reservation of Rights**</u>. In preparing the Schedules and Statements, the Debtors relied on unaudited financial data derived from their books and records that was available at the time of their preparation.  Although the Debtors have made every reasonable effort to ensure the accuracy and completeness of the Schedules and Statements, inadvertent errors or omissions might exist and subsequent information or discovery might result in material changes or modification to the Schedules and Statements that require the Debtors to file amended Schedules and Statements.  **The Debtors reserve all rights under Bankruptcy Rule 1009 to amend or modify any of the Schedules and Statements, including with respect to the treatment, characterization, classification, amount, omission, or inclusion of any claims, assets, liabilities, or executory contracts, and to the extent necessary to advance positions in these chapter 11 cases that might conflict with the Schedules and Statements.**

## II.   <u>Notes to Schedules of Assets and Liabilities</u>

*1.*     *Schedule A/B – Assets*. The Debtors have potentially excluded the following categories of assets from the Schedules and Statements: deferred tax assets; certain intangibles; deferred revenue accounts; or goodwill.  Other immaterial assets may also have been excluded.

*Schedule A/B, Part 1 – Cash.* The cash and cash equivalents listed in the Schedules reflect values as of June 23, 2024.

*Schedule A/B, Part 11 – All Other Assets.*  Except where otherwise noted, the value of all assets listed on Schedule A/B are calculated as of June 23, 2024.

*Schedule A/B, Part 8 – Other Machinery, fixtures, and equipment (excluding farm machinery and equipment).*  The values provided are based on replacement costs estimated by Debtor Noblegen. The Debtors will attempt to obtain the fair market value of the equipment listed through the sale process in the Chapter 11.

*Other Contingent and Unliquidated Claims or Causes of Action of Every Nature, including Counterclaims of the Debtors and Rights to Setoff Claims.* In the ordinary course of their business, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-claims, cross-claims, setoffs, credits, rebates, or refunds with their customers, insurance agencies, or insurance carriers.  In addition, the Debtors believe that they may possess certain claims and causes of action against various parties.  Accordingly, certain of the Debtors may become party to litigation in which such Debtor may assert claims as a plaintiff or counterclaims and/or crossclaims as a defendant.  Because such claims are unknown to the Debtors and not quantifiable as of the Petition Date, they are not listed on Schedule A/B, Part 11.

**2.**      ***Schedule D – Creditors Who Have Claims Secured by Property.***

Except as otherwise agreed pursuant to a stipulation or order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D of any Debtor.  Moreover, although the Debtors have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim, subject to the Debtors' rights pursuant to any applicable court order.  By listing an "amount of claim" in Schedule D, the Debtors are not admitting or waiving any rights to assert that all or any portion of such claim is wholly unsecured.  Further, the listing of a claim as secured is not an admission as to the validity of any lien.

The descriptions provided in Schedule D are intended only to be a summary.  In certain instances, a Debtor may be a co-obligor, or guarantor with respect to scheduled claims of other Debtors, and no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities.  Nothing in Schedule D and/or the Notes shall be deemed a modification or interpretation of the terms of such agreements.

Detailed descriptions of the Debtors' prepetition debt structure and descriptions of collateral relating to the debt contained on Schedule D are contained in the *Declaration of Alex Berlin in Support of Debtors' Chapter 11 Petitions and First Day Motion*s [Docket No. 3] (the "First Day Declaration").

Except as specifically stated, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D.  The Debtors reserve all rights, claims, and causes of action with respect to claims associated with any contracts and agreements listed on Schedule D or Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, document or instrument (including any intercompany agreement) related to a creditor's claim.  Nothing herein shall be construed as an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' right to recharacterize or reclassify such claim or contract.

**3.**      ***Schedule E/F – Creditors Who Have Unsecured Claims.*** The Debtors allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  Some of the scheduled liabilities are unknown, contingent and/or unliquidated at this time.  In such cases, the amounts are listed as "Undetermined."  Accordingly, the Schedules and the Statements may not equal the aggregate value of the Debtors' total liabilities as noted on any previously issued financial statements.

***Paid Claims.*** The Debtors have authority to pay certain outstanding prepetition liabilities pursuant to the Bankruptcy Court's first day orders (collectively, the "First Day Orders").  As such, certain liabilities listed in these Schedules and Statements may have been subsequently reduced or satisfied pursuant to the First Day Orders notwithstanding the

fact that the Debtors have listed claims and payables as of the Petition Date in these Schedules and Statements.

***Excluded Liabilities.*** The Debtors have potentially excluded the following categories of liabilities from the Schedules and Statements: deferred tax liabilities; and certain accrued liabilities including salaries and employee benefits.  Other immaterial liabilities may also have been excluded.

***Part 1 – Creditors with Priority Unsecured Claims***. The listing of a claim on Schedule E/F, Part 1, does not constitute an admission by the Debtors that such claim or any portion thereof is entitled to priority treatment under section 507 of the Bankruptcy Code.

Pursuant to the *Interim Order (I) Authorizing Debtors to (A) Pay Prepetition Wages, Reimbursable Expenses, Employee Benefit Obligations and Other Compensation and (B) Continue Compensation and Employee Benefits Programs and Pay Related Administrative Obligations; and (II) Granting Related Relief* [Docket No. 43] (the "Employee Wage Order"), the Debtors received authority to pay certain prepetition obligations, including certain employee wages and other employee benefits in the ordinary course of business. The Debtors believe that (but cannot guarantee that) such claims will be satisfied in the ordinary course during the chapter 11 cases pursuant to the authority granted in the Employee Wage Order or other order that may be entered by the Bankruptcy Court. Additionally, claims against the Debtors on account of wage or wage-related obligations may maintain priority under section 507 of the Bankruptcy Code, but are subject to the priority cap imposed under subsections (a)(4) and (a)(5) of section 507 of the Bankruptcy Code.

***Part 2 – Creditors with Nonpriority Unsecured Claims.*** The liabilities identified in Schedule E/F, Part 2, are derived from the Debtors' books and records.  The Debtors made reasonable attempts to set forth their unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented on Schedule E/F, Part 2.  The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.  The amounts listed on schedule E/F may not reflect any right of setoff or recoupment, and the Debtors reserve any such setoff or recoupment rights.   Additionally, certain creditors may assert mechanics', materialman's, or other similar liens against the Debtors for amounts listed in Schedule E/F.

Schedule E/F, Part 2, reflects certain prepetition amounts owing to counterparties to executory contracts and unexpired leases.  Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease.  In addition, Schedule E/F, Part 2, does not include claims that may arise in connection with the rejection of any executory contracts and unexpired leases, if any, that may be or have been rejected by the Debtors.

In many cases, the claims listed on Schedule E/F, Part 2, arose, accrued, or were incurred on various dates or on a date or dates that are unknown to the Debtors or are subject to dispute.  Where the determination of the date on which a claim arose, accrued, or was

incurred would be unduly burdensome and costly to the Debtors' estates, the Debtors have not listed a specific date or dates for such claim.

As of the time of filing of the Schedules and Statements, the Debtors may not have received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date. Accordingly, the information contained in Schedules D and E/F may be incomplete. The Debtors reserve their rights to amend Schedules D and E/F if, or when, the Debtors receive such invoices.

***Trade Payables.*** To the extent that goods were delivered under purchase orders prior to the Petition Date, vendors' claims with respect to such delivered goods are included on Schedule E/F.

4.      ***Schedule G – Executory Contracts and Unexpired Leases.*** Although reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions or over inclusions may have occurred. The Debtors hereby reserve all rights to dispute the validity, status or enforceability of any contract or other agreement set forth in Schedule G that may have expired or may have been modified, amended and supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, and other document, instruments and agreements which may not be listed therein. Also, Schedule G is intended to contain all of the Debtors' contracts and agreements as of the Petition Date. It is possible that some of the contracts or agreements listed on Schedule G have expired or otherwise terminated pursuant to their terms since the Petition Date or have been rejected by the Debtors. The presence of a contract or agreement on Schedule G does not constitute an admission by the Debtors that such contract or agreement is an executory contract or unexpired lease.

Certain of the executory contracts and unexpired leases listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, right to lease additional space, and other miscellaneous rights. These rights, powers, duties, and obligations are not set forth separately on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as easements, rights of way, subordination, nondisturbance, and atonement agreements, supplemental agreements, amendments/letter agreements, and title agreements. To the extent that such documents constitute executory contracts, the documents may have been omitted.

In the ordinary course of business, the Debtors have entered into numerous contracts or agreements, some of which may be oral. While the Debtors have made every effort to reflect the current agreements, to the extent such contracts or agreements constitute executory contracts, certain of these contracts and agreements may not be listed individually on Schedule G.

**III.**     **Notes to Statements of Financial Affairs**

1.     ***Statements, Part 1, Questions 1 and 2 – Income and Non-business Revenue.*** Revenue for 2024 has been provided through June 23, 2024, on a prorated basis when indicated below.

2.     ***Statements, Part 13, Question 26 – Books, Records, and Financial Statements.*** The Debtors provided financial statements in the ordinary course of business to certain parties for business, statutory, credit, financing and other reasons.  Recipients include, among others, regulatory agencies, financial institutions, investment banks, equity holders, debtholders and their legal and financial advisors.  Financial statements have also been provided to other parties as requested, subject to customary non-disclosure requirements where applicable.  In the event such financial statements are provided, the Debtors do not maintain complete lists or other records tracking such disclosures.  Therefore, the Debtors have not provided full lists of these parties in their response to Statement Question 26d.

3.     ***Statements, Part 13, Question 28 – Controlling Interest Holders.*** For purposes of the Schedules and Statements, the Debtors define "controlling interest holders" to include entities that directly hold in excess of 20% of the voting interests of the applicable Debtor entity.

4.     ***Statements, Part 13, Question 30 – Payments, Distributions, or Withdrawals Credited or Given to Insiders.*** Certain directors and executive officers of Debtor Solar Biotech, Inc. are also directors and executive officers of Debtor Noblegen Inc.  To the extent payments to such individuals are not listed in the response to Questions 3 and 4 on the Statements for such Debtor entities, they did not receive payment for their services as directors or executive officers of these entities.

In the circumstance where the Schedules and Statements require information regarding "insiders," the Debtors have included information with respect to certain individuals who the Debtors believe may be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods.  As detailed herein, the listing of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact, right, claim, or defense, and all such rights, claims, and defenses are hereby expressly reserved. Information regarding the individuals listed as insiders in the Schedules and Statements has been included for informational purposes only and such information may not be used for (1) the purposes of determining (i) control of the Debtors, (ii) the extent to which any individual exercised management responsibilities or functions or corporate decision-making authority over the Debtors, or (iii) whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or (2) any other purpose.

* * * * *

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Noblegen Inc. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 24-11403 |

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:**  Summary of Assets

---

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

   | |
   |---|
   | NOT APPLICABLE |

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

   | |
   |---|
   | $11,056,165.57 |

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

   | |
   |---|
   | $11,056,165.57 |

---

**Part 2:**  Summary of Liabilities

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .

   | |
   |---|
   | $10,000,000.00 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . .

   | |
   |---|
   | $0.00 |

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F . . . . . . . . . . . . . .

   | | |
   |---|---|
   | **+** | $1,426,112.79 |

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   Lines 2 + 3a + 3b

   | |
   |---|
   | $11,426,112.79 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Noblegen Inc. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 24-11403 |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: CASH AND CASH EQUIVALENTS

**1. DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**

☐ No. Go to Part 2.
☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**2. CASH ON HAND**

NONE

**3. CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS**
*(IDENTIFY ALL)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | ROYAL BANK OF CANADA | CHECKING | 3150 | $2,316.04 |
| 3.2. | ROYAL BANK OF CANADA | SAVINGS | 9133 | $41.65 |
| 3.3. | ROYAL BANK OF CANADA | UNKNOWN | 1640 | $67.13 |

**4. OTHER CASH EQUIVALENTS**

NONE

| 5 | Total of Part 1.<br>ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE TOTAL TO LINE 80. | $2,424.82 |
|---|---|---|

### Part 2: DEPOSITS AND PREPAYMENTS

**6. DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**

☒ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7. DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS**

| Debtor | Noblegen Inc. | | Case number (if known) | 24-11402 |
|---|---|---|---|---|
| | (Name) | | | |

| | | Current value of debtor's interest |
|---|---|---|

**7.  DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS**

DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT

**8.  PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT**

DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT

**9   Total of Part 2.**
ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81.

| | NOT APPLICABLE |
|---|---|

**Part 3:    ACCOUNTS RECEIVABLE**

**10.  DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?**
☑ No. Go to Part 4.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**11.  ACCOUNTS RECEIVABLE**

**12   Total of Part 3.**
CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82.

| | NOT APPLICABLE |
|---|---|

**Part 4:    INVESTMENTS**

**13.  DOES THE DEBTOR OWN ANY INVESTMENTS?**
☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.  MUTUAL FUNDS OR PUBLICLY TRADED STOCKS NOT INCLUDED IN PART 1**

NAME OF FUND OR STOCK:

**15.  NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE**

**16.  GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1**

DESCRIBE:

**17   Total of Part 4.**
ADD LINES 14 THROUGH 16. COPY THE TOTAL TO LINE 83.

| | NOT APPLICABLE |
|---|---|

**Part 5:    INVENTORY, EXCLUDING AGRICULTURE ASSETS**

**18.  DOES THE DEBTOR OWN ANY INVENTORY (EXCLUDING AGRICULTURE ASSETS)?**
☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19.  RAW MATERIALS**

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 20. | WORK IN PROGRESS | | | | |
| 21. | FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE | | | | |
| 22. | OTHER INVENTORY OR SUPPLIES | | | | |

| 23 | Total of Part 5. ADD LINES 19 THROUGH 22. COPY THE TOTAL TO LINE 84. | | | NOT APPLICABLE |
|---|---|---|---|---|

**24.** Is any of the property listed in Part 5 perishable?
☒ No
☐ Yes

**25.** Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?
☒ No
☐ Yes    Book value _____ Valuation method _____ Current value _____

**26.** Has any of the property listed in Part 5 been appraised by a professional within the last year?
☒ No
☐ Yes

| Part 6: | FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND) |
|---|---|

**27.** DOES THE DEBTOR OWN OR LEASE ANY FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)?
☒ No. Go to Part 7.
☐ Yes. Fill in the information below.

| | General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 28. | CROPS—EITHER PLANTED OR HARVESTED | | | | |
| 29. | FARM ANIMALS EXAMPLES: LIVESTOCK, POULTRY, FARM-RAISED FISH *EXAMPLES:* LIVESTOCK, POULTRY, FARM-RAISED FISH | | | | |
| 30. | FARM MACHINERY AND EQUIPMENT  (OTHER THAN TITLED MOTOR VEHICLES)  (OTHER THAN TITLED MOTOR VEHICLES) | | | | |
| 31. | FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED | | | | |
| 32. | OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6 | | | | |

| 33 | Total of Part 6. ADD LINES 28 THROUGH 32. COPY THE TOTAL TO LINE 85. | | | NOT APPLICABLE |
|---|---|---|---|---|

**34.** Is the debtor a member of an agricultural cooperative?
☒ No
☐ Yes.  Is any of the debtor's property stored at the cooperative ?
     ☐ No
     ☐ Yes

**35.** Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?
☒ No
☐ Yes

**36.** Is a depreciation schedule available for any of the property listed in Part 6?
☒ No
☐ Yes

**37.** Has any of the property listed in Part 6 been appraised by a professional within the last year?
☒ No
☐ Yes

| Part 7: | OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES |
|---|---|

**38.    DOES THE DEBTOR OWN OR LEASE ANY OFFICE FURNITURE, FIXTURES, EQUIPMENT, OR COLLECTIBLES?**

☒ No. Go to Part 8.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.    OFFICE FURNITURE** | | | |
| **40.    OFFICE FIXTURES** | | | |
| **41.    OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE** | | | |
| **42.    COLLECTIBLES** *EXAMPLES:* ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES | | | |

**43    Total of Part 7.**
ADD LINES 39 THROUGH 42. COPY THE TOTAL TO LINE 86.

| NOT APPLICABLE |
|---|

**44.    Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

**45.    Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 8: | MACHINERY, EQUIPMENT, AND VEHICLES |
|---|---|

**46.    DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES?**

☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.    AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| **NONE** | | | |
| **48.    WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES**  EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS | | | |
| **NONE** | | | |
| **49.    AIRCRAFT AND ACCESSORIES** | | | |
| **NONE** | | | |
| **50.    OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | | |
| 50.1.    3602S600D13E2 MODEL  TANK CLEANER | UNKNOWN | REPLACEMENT COST | $12,400.00 |
| 50.2.    1 FD-R50  CLAMP-ON DIGITAL FLOW METER | UNKNOWN | REPLACEMENT COST | $12,800.00 |
| 50.3.    1 NEPA21 ELECTRONIC KINETIC + CUVETTE ADAPTOR + STAND | UNKNOWN | REPLACEMENT COST | $19,317.91 |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **50. OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | | |
| 50.4. | 1 NEPA21 ELECTRONIC KINETIC + CUVETTE ADAPTOR + STAND | UNKNOWN | REPLACEMENT COST | $19,317.91 |
| 50.5. | 1 NOVASINA LABSTART PORTABLE WATER ACTIVITY METER | UNKNOWN | REPLACEMENT COST | $3,726.00 |
| 50.6. | 1 V039.ZXCON-CON1 BOSTWIK CONSISTOMETER STD VERSION | UNKNOWN | REPLACEMENT COST | $744.67 |
| 50.7. | 1 18 CUFT FRIDGE/FREEZER - PLAB | UNKNOWN | REPLACEMENT COST | $1,490.00 |
| 50.8. | 1 BIOPROCESS ANALYSER | UNKNOWN | REPLACEMENT COST | $141,281.81 |
| 50.9. | 1 EACH 09 528 128 MIDIGEL WIDE SYSTEM 23X14LCM | UNKNOWN | REPLACEMENT COST | $867.00 |
| 50.10. | 1 EACH 09 528 178 MINIGEL SYSTEM 9X11CM | UNKNOWN | REPLACEMENT COST | $521.00 |
| 50.11. | 1 EACH -86 C ULTRA LOW FREEZER | UNKNOWN | REPLACEMENT COST | $4,500.00 |
| 50.12. | 1 EACH FBEC300XL POWER SUPPLY 400MA 300V | UNKNOWN | REPLACEMENT COST | $621.00 |
| 50.13. | 1" ITT ROTARY LOBE PUMP MODEL LU420 | UNKNOWN | REPLACEMENT COST | $6,000.00 |
| 50.14. | 1,500L STAINLESS STEEL VESSEL TNK | UNKNOWN | REPLACEMENT COST | $20,000.00 |
| 50.15. | 1,500L STAINLESS STEEL VESSEL TNK | UNKNOWN | REPLACEMENT COST | $20,000.00 |
| 50.16. | 10 549 166 MUFFLE FURNACE 1123CUIN 208V | UNKNOWN | REPLACEMENT COST | $4,243.84 |
| 50.17. | 100L BIO REACTOR/CONTROL | UNKNOWN | REPLACEMENT COST | $55,000.00 |
| 50.18. | 100L GP GRAVITY OVEN | UNKNOWN | REPLACEMENT COST | $5,098.30 |
| 50.19. | 100L MEDIUM VESSEL TANK | UNKNOWN | REPLACEMENT COST | $3,600.00 |
| 50.20. | 100L MEDIUM VESSEL TANK | UNKNOWN | REPLACEMENT COST | $3,600.00 |
| 50.21. | 100L MEDIUM VESSEL TANK | UNKNOWN | REPLACEMENT COST | $3,600.00 |
| 50.22. | 100L MEDIUM VESSEL TANK | UNKNOWN | REPLACEMENT COST | $3,600.00 |
| 50.23. | 100L MEDIUM VESSEL TANK | UNKNOWN | REPLACEMENT COST | $3,600.00 |
| 50.24. | 100L MEDIUM VESSEL TANK | UNKNOWN | REPLACEMENT COST | $2,400.00 |
| 50.25. | 10L MEDIUM VESSEL TANK | UNKNOWN | REPLACEMENT COST | $2,400.00 |
| 50.26. | 10L MEDIUM VESSEL TANK | UNKNOWN | REPLACEMENT COST | $2,400.00 |
| 50.27. | 112-395-02 MOISTURE BALANCE | UNKNOWN | REPLACEMENT COST | $1,805.30 |
| 50.28. | 12361050 PLATINUM SUPERIF II DNA POL 500 RXN | UNKNOWN | REPLACEMENT COST | $981.40 |
| 50.29. | 123-7033UI DB-WAX ULTRA INERT 30M, 0.32MM, 0.50UM | UNKNOWN | REPLACEMENT COST | $818.00 |
| 50.30. | 14559018PM BAL ENTRIS 2241-1S | UNKNOWN | REPLACEMENT COST | $1,944.25 |
| 50.31. | 16.6 CUFT FRIDGE 10008216987 | UNKNOWN | REPLACEMENT COST | $1,590.00 |
| 50.32. | 20,000L STAINLESS STEEL BIOREACTOR 4100 | UNKNOWN | REPLACEMENT COST | $125,000.00 |
| 50.33. | 20,000L STAINLESS STEEL BIOREACTOR 4200 | UNKNOWN | REPLACEMENT COST | $125,000.00 |
| 50.34. | 20,000L STAINLESS STEEL BIOREACTOR 4300 | UNKNOWN | REPLACEMENT COST | $125,000.00 |
| 50.35. | 20,000L STAINLESS STEEL BIOREACTOR 4400 | UNKNOWN | REPLACEMENT COST | $125,000.00 |
| 50.36. | 20,000L STAINLESS STEEL BIOREACTOR 4500 | UNKNOWN | REPLACEMENT COST | $125,000.00 |
| 50.37. | 20,000L STAINLESS STEEL BIOREACTOR 4600 | UNKNOWN | REPLACEMENT COST | $125,000.00 |
| 50.38. | 20,000L STAINLESS STEEL BIOREACTOR 4700 | UNKNOWN | REPLACEMENT COST | $125,000.00 |
| 50.39. | 20,000L STAINLESS STEEL BIOREACTOR 4900 | UNKNOWN | REPLACEMENT COST | $125,000.00 |
| 50.40. | 20,000L STAINLESS STEEL BIOREACTOR 4800 | UNKNOWN | REPLACEMENT COST | $125,000.00 |
| 50.41. | 250L BIO REACTOR/CONTROL | UNKNOWN | REPLACEMENT COST | $75,000.00 |
| 50.42. | 250L BIO REACTOR/CONTROL | UNKNOWN | REPLACEMENT COST | $65,000.00 |

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **50. OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | | |
| 50.43. 25L MEDIA CANISTER | UNKNOWN | REPLACEMENT COST | $1,200.00 |
| 50.44. 25L MEDIA CANISTER | UNKNOWN | REPLACEMENT COST | $1,200.00 |
| 50.45. 25L MEDIUM VESSEL TANK | UNKNOWN | REPLACEMENT COST | $2,400.00 |
| 50.46. 3,000 GAL STAINLESS STEEL SALT TANK W/ASSEMBLY - SALT TANK | UNKNOWN | REPLACEMENT COST | $60,000.00 |
| 50.47. 31795A19  BOSCH ELECTRIC HAMMER DRILL | UNKNOWN | REPLACEMENT COST | $1,140.46 |
| 50.48. 31795A19  BOSCH ELECTRIC ROTARY HAMMER DRILL | UNKNOWN | REPLACEMENT COST | $1,140.50 |
| 50.49. 32,000L STAINLESS STEEL TANK W/ASSEMBLY | UNKNOWN | REPLACEMENT COST | $40,000.00 |
| 50.50. 32,000L STAINLESS STEEL TANK W/ASSEMBLY | UNKNOWN | REPLACEMENT COST | $40,000.00 |
| 50.51. 324-463-06  PH METER | UNKNOWN | REPLACEMENT COST | $999.99 |
| 50.52. 324-463-06  PH METER | UNKNOWN | REPLACEMENT COST | $999.99 |
| 50.53. 3500L DCI REACTOR | UNKNOWN | REPLACEMENT COST | $67,150.00 |
| 50.54. 40,000L STAINLESS STEEL TANK W/ASSEMBLY | UNKNOWN | REPLACEMENT COST | $75,000.00 |
| 50.55. 40,000L STAINLESS STEEL TANK W/ASSEMBLY | UNKNOWN | REPLACEMENT COST | $75,000.00 |
| 50.56. 40,000L STAINLESS STEEL TANK W/ASSEMBLY | UNKNOWN | REPLACEMENT COST | $75,000.00 |
| 50.57. 400 HEAD VALVE BANK ASSEMBLY | UNKNOWN | REPLACEMENT COST | $20,000.00 |
| 50.58. 400 TAIL VALVE BANK ASSEMBLY | UNKNOWN | REPLACEMENT COST | $20,000.00 |
| 50.59. 46 INCH 8 DRAWER TOOL CABINET | UNKNOWN | REPLACEMENT COST | $1,298.00 |
| 50.60. 46 INCH 8 DRAWER TOOL CABINET | UNKNOWN | REPLACEMENT COST | $1,298.00 |
| 50.61. 500L BIO REACTOR/CONTROL | UNKNOWN | REPLACEMENT COST | $75,000.00 |
| 50.62. 500L BIO REACTOR/CONTROL | UNKNOWN | REPLACEMENT COST | $75,000.00 |
| 50.63. 500L BIOREACTOR | UNKNOWN | REPLACEMENT COST | $85,000.00 |
| 50.64. 51028063H  HERATHERM 75L GP INCUBATOR | UNKNOWN | REPLACEMENT COST | $2,345.54 |
| 50.65. 51028872HPM 100L GP GRAVITY OVEN | UNKNOWN | REPLACEMENT COST | $1,671.00 |
| 50.66. 6,000L TK360 STAINLESS STEEL TANK W/ASSEMBLY | UNKNOWN | REPLACEMENT COST | $60,000.00 |
| 50.67. 730537AH20L1PE STERILE AMAZON SANITARY 73 SERIES FILTER HOUSING | UNKNOWN | REPLACEMENT COST | $14,400.00 |
| 50.68. 7500L STAINLESS STEEL MIX TANK W/ASSEMBLY | UNKNOWN | REPLACEMENT COST | $60,000.00 |
| 50.69. 750G STAINLESS STEEL CIP TANK | UNKNOWN | REPLACEMENT COST | $14,000.00 |
| 50.70. -86C FREEZER FORMA SCIENTIFIC | UNKNOWN | REPLACEMENT COST | $1,200.00 |
| 50.71. A44240 CL 1500 IMAGING SYSTEM | UNKNOWN | REPLACEMENT COST | $23,500.00 |
| 50.72. ACROSS INTERNATIONAL PQ-N04 100ML PLANETARY BALL MILL | UNKNOWN | REPLACEMENT COST | $9,481.20 |
| 50.73. ADOLF KUHNER SHAKER | UNKNOWN | REPLACEMENT COST | $12,000.00 |
| 50.74. ADVANTAGE COOLING WATER SYSTEM | UNKNOWN | REPLACEMENT COST | $125,000.00 |
| 50.75. AIR FLITER - DESICCANT | UNKNOWN | REPLACEMENT COST | $1,000.00 |
| 50.76. AIR RECEIVER 500 GAL PRESSURE VESSEL | UNKNOWN | REPLACEMENT COST | $10,000.00 |
| 50.77. AIRCLEAN 600 PRC WORKS | UNKNOWN | REPLACEMENT COST | $3,600.00 |
| 50.78. ALFA LAVAL CENTRIFUGE | UNKNOWN | REPLACEMENT COST | $437,000.00 |
| 50.79. ALLEN BRADLEY CELLTROL #2 | UNKNOWN | REPLACEMENT COST | $30,000.00 |
| 50.80. ALLEN BRADLEY CELLTROL #2 | UNKNOWN | REPLACEMENT COST | $30,000.00 |
| 50.81. ALLEN BRADLEY CELLTROL #2 | UNKNOWN | REPLACEMENT COST | $30,000.00 |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **50.** | **OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | |
| 50.82. ALLEN BRADLEY CELLTROL #2 | UNKNOWN | REPLACEMENT COST | $30,000.00 |
| 50.83. AMANA DEEP FREEZER | UNKNOWN | REPLACEMENT COST | $1,525.50 |
| 50.84. AMPCO CENTRIFUGAL PUMP | UNKNOWN | REPLACEMENT COST | $5,000.00 |
| 50.85. ANALYZER | UNKNOWN | REPLACEMENT COST | $1,200.00 |
| 50.86. ANALYZER | UNKNOWN | REPLACEMENT COST | $250.00 |
| 50.87. APV-1000 LAB HOMOGENIZER | UNKNOWN | REPLACEMENT COST | $58,695.00 |
| 50.88. APV-1000 LAB HOMOGENIZER | UNKNOWN | REPLACEMENT COST | $42,800.00 |
| 50.89. ARCTIC KING FREEZER - FR1004 | UNKNOWN | REPLACEMENT COST | $750.00 |
| 50.90. AVERY SCALE TM303 | UNKNOWN | REPLACEMENT COST | $7,647.84 |
| 50.91. BAG FILTER HOUSING | UNKNOWN | REPLACEMENT COST | $500.00 |
| 50.92. BAL ENTRIS2241-1S BALANCE FOR NEW LAB | UNKNOWN | REPLACEMENT COST | $2,202.65 |
| 50.93. BASKET CENTRIFUGE | UNKNOWN | REPLACEMENT COST | $700.00 |
| 50.94. BCS AUTOMATION ELECTRICAL PANEL | UNKNOWN | REPLACEMENT COST | $276,000.00 |
| 50.95. BCS AUTOMATION ELECTRICAL PANEL | UNKNOWN | REPLACEMENT COST | $276,000.00 |
| 50.96. BCS AUTOMATION ELECTRICAL PANEL | UNKNOWN | REPLACEMENT COST | $276,000.00 |
| 50.97. BECKMAN DU530 SPECTROPHOTOMETER | UNKNOWN | REPLACEMENT COST | $2,000.00 |
| 50.98. BELLCO ACTUATOR | UNKNOWN | REPLACEMENT COST | $2,400.00 |
| 50.99. BELLCO ACTUATOR | UNKNOWN | REPLACEMENT COST | $2,400.00 |
| 50.100. BELLCO ACTUATOR | UNKNOWN | REPLACEMENT COST | $2,400.00 |
| 50.101. BELLCO DIGITAL DISPLAY OVERHEAD DRIVE | UNKNOWN | REPLACEMENT COST | $3,215.52 |
| 50.102. BELLCO DIGITAL DISPLAY OVERHEAD DRIVE | UNKNOWN | REPLACEMENT COST | $3,215.52 |
| 50.103. BELLCO DIGITAL DISPLAY OVERHEAD DRIVE | UNKNOWN | REPLACEMENT COST | $3,215.52 |
| 50.104. BELLCO DIGITAL DISPLAY OVERHEAD DRIVE | UNKNOWN | REPLACEMENT COST | $3,215.52 |
| 50.105. BELLCO DIGITAL DISPLAY OVERHEAD DRIVE | UNKNOWN | REPLACEMENT COST | $3,215.52 |
| 50.106. BELLCO DIGITAL DISPLAY OVERHEAD DRIVE | UNKNOWN | REPLACEMENT COST | $3,215.52 |
| 50.107. BELLCO DIGITAL DISPLAY OVERHEAD DRIVE | UNKNOWN | REPLACEMENT COST | $3,215.52 |
| 50.108. BELLCO DIGITAL DISPLAY OVERHEAD DRIVE | UNKNOWN | REPLACEMENT COST | $3,215.52 |
| 50.109. BELLCO DIGITAL DISPLAY OVERHEAD DRIVE | UNKNOWN | REPLACEMENT COST | $3,215.52 |
| 50.110. BELLCO DIGITAL DISPLAY OVERHEAD DRIVE | UNKNOWN | REPLACEMENT COST | $3,215.52 |
| 50.111. BELLCO DIGITAL DISPLAY OVERHEAD DRIVE | UNKNOWN | REPLACEMENT COST | $3,215.52 |
| 50.112. BELLCO DIGITAL DISPLAY OVERHEAD DRIVE | UNKNOWN | REPLACEMENT COST | $3,215.52 |
| 50.113. BELLCO DIGITAL DISPLAY OVERHEAD DRIVE | UNKNOWN | REPLACEMENT COST | $3,215.52 |
| 50.114. BELLCO DIGITAL DISPLAY OVERHEAD DRIVE | UNKNOWN | REPLACEMENT COST | $3,215.52 |
| 50.115. BELLCO DIGITAL DISPLAY OVERHEAD DRIVE | UNKNOWN | REPLACEMENT COST | $3,215.52 |
| 50.116. BELLCO OVERHEAD DRIVE | UNKNOWN | REPLACEMENT COST | $3,215.52 |
| 50.117. BESTEQUIP DIGITAL ROTARY VISCOMETER VISCOSITY | UNKNOWN | REPLACEMENT COST | $685.38 |
| 50.118. BIO REACTOR 15L 2 SIDE PORTS | UNKNOWN | REPLACEMENT COST | $1,800.00 |
| 50.119. BIO REACTOR 15L 2 SIDE PORTS | UNKNOWN | REPLACEMENT COST | $1,800.00 |
| 50.120. BIO REACTOR 15L 2 SIDE PORTS | UNKNOWN | REPLACEMENT COST | $1,800.00 |
| 50.121. BIO REACTOR 15L 2 SIDE PORTS | UNKNOWN | REPLACEMENT COST | $1,800.00 |
| 50.122. BIO REACTOR 15L 2 SIDE PORTS | UNKNOWN | REPLACEMENT COST | $1,800.00 |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **50.** | **OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | |
| 50.123.  BIO REACTOR 15L 2 SIDE PORTS | UNKNOWN | REPLACEMENT COST | $1,800.00 |
| 50.124.  BIO REACTOR 15L 2 SIDE PORTS | UNKNOWN | REPLACEMENT COST | $1,800.00 |
| 50.125.  BIO REACTOR 15L 2 SIDE PORTS | UNKNOWN | REPLACEMENT COST | $1,800.00 |
| 50.126.  BIO REACTOR 15L 3 SIDE PORTS | UNKNOWN | REPLACEMENT COST | $1,800.00 |
| 50.127.  BIO REACTOR 1L 2 SIDE PORTS | UNKNOWN | REPLACEMENT COST | $600.00 |
| 50.128.  BIO REACTOR 1L 2 SIDE PORTS | UNKNOWN | REPLACEMENT COST | $600.00 |
| 50.129.  BIO REACTOR 1L 2 SIDE PORTS | UNKNOWN | REPLACEMENT COST | $600.00 |
| 50.130.  BIO REACTOR 1L 2 SIDE PORTS | UNKNOWN | REPLACEMENT COST | $600.00 |
| 50.131.  BIO REACTOR 36L 6 SIDE PORTS | UNKNOWN | REPLACEMENT COST | $3,000.00 |
| 50.132.  BIO REACTOR 36L 6 SIDE PORTS | UNKNOWN | REPLACEMENT COST | $3,000.00 |
| 50.133.  BIO REACTOR 36L 6 SIDE PORTS | UNKNOWN | REPLACEMENT COST | $3,000.00 |
| 50.134.  BIO REACTOR 3L 2 SIDE PORTS | UNKNOWN | REPLACEMENT COST | $978.00 |
| 50.135.  BIO REACTOR 3L 2 SIDE PORTS | UNKNOWN | REPLACEMENT COST | $978.00 |
| 50.136.  BIO REACTOR 3L 2 SIDE PORTS | UNKNOWN | REPLACEMENT COST | $978.00 |
| 50.137.  BIO REACTOR 3L 2 SIDE PORTS | UNKNOWN | REPLACEMENT COST | $978.00 |
| 50.138.  BIO REACTOR 3L 2 SIDE PORTS | UNKNOWN | REPLACEMENT COST | $978.00 |
| 50.139.  BIO REACTOR 3L 2 SIDE PORTS | UNKNOWN | REPLACEMENT COST | $978.00 |
| 50.140.  BIO REACTOR 3L 2 SIDE PORTS | UNKNOWN | REPLACEMENT COST | $978.00 |
| 50.141.  BIO REACTOR 3L 4 SIDE PORTS | UNKNOWN | REPLACEMENT COST | $1,140.00 |
| 50.142.  BIO REACTOR 3L 6 SIDE PORTS | UNKNOWN | REPLACEMENT COST | $1,140.00 |
| 50.143.  BIO REACTOR 3L 6 SIDE PORTS | UNKNOWN | REPLACEMENT COST | $1,140.00 |
| 50.144.  BIO REACTOR 3L 6 SIDE PORTS | UNKNOWN | REPLACEMENT COST | $1,140.00 |
| 50.145.  BIO REACTOR 3L 6 SIDE PORTS | UNKNOWN | REPLACEMENT COST | $1,140.00 |
| 50.146.  BIO REACTOR 3L 6 SIDE PORTS | UNKNOWN | REPLACEMENT COST | $1,140.00 |
| 50.147.  BIO REACTOR 3L 6 SIDE PORTS | UNKNOWN | REPLACEMENT COST | $1,140.00 |
| 50.148.  BIO REACTOR 6L 2 SIDE PORTS | UNKNOWN | REPLACEMENT COST | $1,170.00 |
| 50.149.  BIO REACTOR 6L 2 SIDE PORTS | UNKNOWN | REPLACEMENT COST | $1,170.00 |
| 50.150.  BIO REACTOR 6L 4 SIDE PORTS | UNKNOWN | REPLACEMENT COST | $1,200.00 |
| 50.151.  BIO REACTOR 6L 6 SIDE PORTS | UNKNOWN | REPLACEMENT COST | $1,200.00 |
| 50.152.  BIO REACTOR 6L 6 SIDE PORTS | UNKNOWN | REPLACEMENT COST | $1,200.00 |
| 50.153.  BIO REACTOR 8L  2 SIDE PORTS | UNKNOWN | REPLACEMENT COST | $1,242.00 |
| 50.154.  BIO REACTOR 8L  2 SIDE PORTS | UNKNOWN | REPLACEMENT COST | $1,242.00 |
| 50.155.  BIO REACTOR 8L 2 SIDE PORTS | UNKNOWN | REPLACEMENT COST | $1,242.00 |
| 50.156.  BIO REACTOR 8L 4 SIDE PORTS | UNKNOWN | REPLACEMENT COST | $1,242.00 |
| 50.157.  BIO WELDER / TUBE HOLDER / BLADES | UNKNOWN | REPLACEMENT COST | $47,162.60 |
| 50.158.  BIOLOGICAL SAFETY CABINET | UNKNOWN | REPLACEMENT COST | $10,200.00 |
| 50.159.  BIOSTAT CULTIBAG RM200 BIOREACTOR | UNKNOWN | REPLACEMENT COST | $350,000.00 |
| 50.160.  BIOSTAT CULTIBAG RM50 BIOREACTOR | UNKNOWN | REPLACEMENT COST | $60,000.00 |
| 50.161.  BLUEINONE FERM | UNKNOWN | REPLACEMENT COST | $18,303.14 |
| 50.162.  BLUESENS GAS ANALYZER | UNKNOWN | REPLACEMENT COST | $15,000.00 |
| 50.163.  BLUESENS GAS ANALYZER | UNKNOWN | REPLACEMENT COST | $15,000.00 |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **50.** | **OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | |
| 50.164.   BLUESENS GAS ANALYZER | UNKNOWN | REPLACEMENT COST | $15,000.00 |
| 50.165.   BRANSON 1510 ULTRA SONIC CLEANER | UNKNOWN | REPLACEMENT COST | $835.93 |
| 50.166.   BREDDO MODEL 100LDT LIKWIFIER 300L | UNKNOWN | REPLACEMENT COST | $85,000.00 |
| 50.167.   BRUKER MPA NIR | UNKNOWN | REPLACEMENT COST | $10,142.00 |
| 50.168.   BRUKER MPA NIR | UNKNOWN | REPLACEMENT COST | $10,142.00 |
| 50.169.   BRUMIX TANK ASSEMBLY | UNKNOWN | REPLACEMENT COST | $40,000.00 |
| 50.170.   BUCHI ROTAVAPOR R-205 | UNKNOWN | REPLACEMENT COST | $4,985.00 |
| 50.171.   BWTXT-XW-Y-NA MAX GAS ALERT DETECTOR | UNKNOWN | REPLACEMENT COST | $2,210.32 |
| 50.172.   CALIBRATION KIT FOR BIOWELDER | UNKNOWN | REPLACEMENT COST | $2,772.00 |
| 50.173.   CARRIER SEA CAN FREEZER 20 FT. | UNKNOWN | REPLACEMENT COST | $17,500.00 |
| 50.174.   CEDEX HT BIOANALYZER | UNKNOWN | REPLACEMENT COST | $141,284.81 |
| 50.175.   CENTRIFUGAL 20HP CHILL WATER BOOSTER PUMP | UNKNOWN | REPLACEMENT COST | $2,400.00 |
| 50.176.   CENTRIFUGAL POSITIVE DISPLACEMENT PUMP | UNKNOWN | REPLACEMENT COST | $10,000.00 |
| 50.177.   CENTRIFUGAL PUMP | UNKNOWN | REPLACEMENT COST | $20,000.00 |
| 50.178.   CENTRIFUGAL PUMP | UNKNOWN | REPLACEMENT COST | $20,000.00 |
| 50.179.   CHAINFALL CM SERIES 622 2T | UNKNOWN | REPLACEMENT COST | $1,643.14 |
| 50.180.   CHEMYX INCSDYRINGE PUMP | UNKNOWN | REPLACEMENT COST | $2,816.00 |
| 50.181.   CIP HEAT EXCHANGER | UNKNOWN | REPLACEMENT COST | $10,000.00 |
| 50.182.   CODEX (TELESIS) DNA PRINTER | UNKNOWN | REPLACEMENT COST | $155,000.00 |
| 50.183.   COLORFLEX EZ SPECTROPHOTOMETER | UNKNOWN | REPLACEMENT COST | $15,991.80 |
| 50.184.   COMPRESSOR | UNKNOWN | REPLACEMENT COST | $1,200.00 |
| 50.185.   COMPRESSOR INGERSOLL RAND NIRVANA R55N 75HP | UNKNOWN | REPLACEMENT COST | $85,598.00 |
| 50.186.   CONFERENCE TABLE | UNKNOWN | REPLACEMENT COST | $1,898.38 |
| 50.187.   CORNING HOT PLATE | UNKNOWN | REPLACEMENT COST | $480.00 |
| 50.188.   COUNTESSII CELL COUNTER | UNKNOWN | REPLACEMENT COST | $5,000.00 |
| 50.189.   D8RE2VFIIK  INJECTOR (DOSATRON) | UNKNOWN | REPLACEMENT COST | $3,184.00 |
| 50.190.   D8RE5AFII  INJECTOR | UNKNOWN | REPLACEMENT COST | $3,184.00 |
| 50.191.   DIGITAL WEIGHT INDIATOR MODEL # 480 PART # 130338 | UNKNOWN | REPLACEMENT COST | $2,790.00 |
| 50.192.   DRUM CART | UNKNOWN | REPLACEMENT COST | $824.00 |
| 50.193.   DV AIR COMPRESSOR | UNKNOWN | REPLACEMENT COST | $1,000.00 |
| 50.194.   DYNO-MILL KD 280A | UNKNOWN | REPLACEMENT COST | $415,000.00 |
| 50.195.   EATON 5 WITH GEAR UNIT & COMPONENTS | UNKNOWN | REPLACEMENT COST | $10,000.00 |
| 50.196.   EATON CHANNEL BOARD FUSE PANEL | UNKNOWN | REPLACEMENT COST | $10,000.00 |
| 50.197.   EATON MAIN SWITCH UNIT & ASSEMBLY | UNKNOWN | REPLACEMENT COST | $10,000.00 |
| 50.198.   EATON PANEL BOARD & ASSEMBLY | UNKNOWN | REPLACEMENT COST | $10,000.00 |
| 50.199.   EATON SWITCH GEAR ASSEMBLY | UNKNOWN | REPLACEMENT COST | $10,000.00 |
| 50.200.   EATON SWITCH UNIT & ASSEMBLY | UNKNOWN | REPLACEMENT COST | $10,000.00 |
| 50.201.   EATON TRANSFER SWITCH | UNKNOWN | REPLACEMENT COST | $10,000.00 |
| 50.202.   EDGE GARD B10 CABINET | UNKNOWN | REPLACEMENT COST | $50,000.00 |
| 50.203.   EPPENDORF CENTRIFUGE | UNKNOWN | REPLACEMENT COST | $6,000.00 |
| 50.204.   EVAPORATIVE COOLER  48" | UNKNOWN | REPLACEMENT COST | $10,706.00 |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **50.** | **OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | |
| 50.205.   EVODES CENTRIFUGE - MARTEK ISOTOPES LLC   DEC. 2018 | UNKNOWN | REPLACEMENT COST | $26,758.12 |
| 50.206.   EVOS FL BASE MICROSCOPE SYSTEM | UNKNOWN | REPLACEMENT COST | $120,000.00 |
| 50.207.   EVOS XL CORE BASE MICROSCOPE | UNKNOWN | REPLACEMENT COST | $11,000.00 |
| 50.208.   EXODOS CENTRIFUGE | UNKNOWN | REPLACEMENT COST | $12,000.00 |
| 50.209.   FAN EXHAUST/FRESH AIR FOR CONFINED SPACE ENTRY | UNKNOWN | REPLACEMENT COST | $2,688.96 |
| 50.210.   FILL TRAK STERILE FILTER HOUSING | UNKNOWN | REPLACEMENT COST | $10,000.00 |
| 50.211.   FILL-TREK WATER FILTER | UNKNOWN | REPLACEMENT COST | $1,000.00 |
| 50.212.   FILL-TREK WATER FILTER | UNKNOWN | REPLACEMENT COST | $1,000.00 |
| 50.213.   FISHER BIOTECH ELECTROPHORESIS | UNKNOWN | REPLACEMENT COST | $264.12 |
| 50.214.   FISHER SCIENTIFIC ISOTEMP 205 WATERBATH | UNKNOWN | REPLACEMENT COST | $1,930.51 |
| 50.215.   FISHER SCIENTIFIC ISOTEMP 205 WATERBATH | UNKNOWN | REPLACEMENT COST | $1,930.41 |
| 50.216.   FISHER SCIENTIFIC SPEED VORTEX MIXER | UNKNOWN | REPLACEMENT COST | $642.50 |
| 50.217.   FLAMMABLE VERTICAL 2 DRUM STORAGE CABNET | UNKNOWN | REPLACEMENT COST | $600.00 |
| 50.218.   FOAMING CANON PUMP CART (VITON PUMP) | UNKNOWN | REPLACEMENT COST | $400.00 |
| 50.219.   FOOTWEAR SANITIZING W/BRUSH | UNKNOWN | REPLACEMENT COST | $8,827.46 |
| 50.220.   FORMA SCIENTIFIC BIOLOGICAL SAFETY CABINET | UNKNOWN | REPLACEMENT COST | $18,000.00 |
| 50.221.   FREEZER - FR1005 | UNKNOWN | REPLACEMENT COST | $1,000.00 |
| 50.222.   FRIDGE, A300 - FR1002 | UNKNOWN | REPLACEMENT COST | $2,500.00 |
| 50.223.   FRIDGE, A400 | UNKNOWN | REPLACEMENT COST | $1,500.00 |
| 50.224.   FRIGIDAIR FRIDGE | UNKNOWN | REPLACEMENT COST | $1,067.85 |
| 50.225.   FRIGIDAIRE 24.8 CU FT CHEST FREEZER | UNKNOWN | REPLACEMENT COST | $1,988.00 |
| 50.226.   FRIGIDAIRE 24.8 CU FT CHEST FREEZER - FR1003 | UNKNOWN | REPLACEMENT COST | $1,988.00 |
| 50.227.   FRIGIDARE FREEZER | UNKNOWN | REPLACEMENT COST | $1,067.75 |
| 50.228.   FRIGIDARE FRIDGE/FREEZER | UNKNOWN | REPLACEMENT COST | $1,794.00 |
| 50.229.   FRISTAM CENTRIFUGAL PUMP 5HP | UNKNOWN | REPLACEMENT COST | $3,200.00 |
| 50.230.   FULTON STEAM BOILER | UNKNOWN | REPLACEMENT COST | $114,000.00 |
| 50.231.   G7860AA GPC/SEC SOFTWARE | UNKNOWN | REPLACEMENT COST | $3,234.60 |
| 50.232.   GARDNER-DENVER BACK AIR COMPRESSOR | UNKNOWN | REPLACEMENT COST | $17,000.00 |
| 50.233.   GAS CHROMATOGRAPH W FLAME IONISATION DETECTOR(7890B) | UNKNOWN | REPLACEMENT COST | $37,243.60 |
| 50.234.   GENERAC INDUSTRIAL GENERATOR | UNKNOWN | REPLACEMENT COST | $80,000.00 |
| 50.235.   GENEVAC EZ2 EVAPORATOR | UNKNOWN | REPLACEMENT COST | $4,800.00 |
| 50.236.   GRANT PTR-60 ROTATOR | UNKNOWN | REPLACEMENT COST | $3,009.60 |
| 50.237.   H-7011  GAS CYLINDER LOCKER | UNKNOWN | REPLACEMENT COST | $1,460.00 |
| 50.238.   HANDTMAN CLEANING AIR VALVE | UNKNOWN | REPLACEMENT COST | $11,394.22 |
| 50.239.   HANDTMAN CLEANING AIR VALVE | UNKNOWN | REPLACEMENT COST | $11,394.22 |
| 50.240.   HANDTMAN CLEANING AIR VALVE | UNKNOWN | REPLACEMENT COST | $11,394.22 |
| 50.241.   HANDTMAN CLEANING AIR VALVE | UNKNOWN | REPLACEMENT COST | $11,394.22 |
| 50.242.   HANDTMAN CLEANING AIR VALVE | UNKNOWN | REPLACEMENT COST | $11,394.22 |
| 50.243.   HANDTMAN CLEANING AIR VALVE | UNKNOWN | REPLACEMENT COST | $11,394.22 |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| :--- | :--- | :--- | ---: |
| **50.** | **OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | |
| 50.244.  HEAT EXCHANGER | UNKNOWN | REPLACEMENT COST | $30,000.00 |
| 50.245.  HEAT EXCHANGER | UNKNOWN | REPLACEMENT COST | $10,000.00 |
| 50.246.  HOLDING TANK (40KL) | UNKNOWN | REPLACEMENT COST | $75,000.00 |
| 50.247.  HOLDING TANK (40KL) | UNKNOWN | REPLACEMENT COST | $75,000.00 |
| 50.248.  HOLDING TANK (40KL) | UNKNOWN | REPLACEMENT COST | $75,000.00 |
| 50.249.  HOLDING TANK (40KL) | UNKNOWN | REPLACEMENT COST | $75,000.00 |
| 50.250.  HPLC AMINO ACID ANALYZER | UNKNOWN | REPLACEMENT COST | $75,242.71 |
| 50.251.  HPS 600V TRANSFORMER | UNKNOWN | REPLACEMENT COST | $10,000.00 |
| 50.252.  HPS 600V TRANSFORMER | UNKNOWN | REPLACEMENT COST | $400.00 |
| 50.253.  IBIND | UNKNOWN | REPLACEMENT COST | $1,774.00 |
| 50.254.  IBLOT | UNKNOWN | REPLACEMENT COST | $5,805.00 |
| 50.255.  IKA MIXER | UNKNOWN | REPLACEMENT COST | $30,590.00 |
| 50.256.  IMSA10076729 DETECTOR MSA CYANIDE SENSOR | UNKNOWN | REPLACEMENT COST | $862.57 |
| 50.257.  IMSA10076729 DETECTOR MSA CYANIDE SENSOR | UNKNOWN | REPLACEMENT COST | $862.57 |
| 50.258.  INFORS MULTITRON SHAKER INCUBATOR | UNKNOWN | REPLACEMENT COST | $2,916.00 |
| 50.259.  INGERSOLL RAND AIR DRYER/COMPRESSOR | UNKNOWN | REPLACEMENT COST | $10,000.00 |
| 50.260.  INLINE STEAM CLEANER  35195K44 | UNKNOWN | REPLACEMENT COST | $2,333.70 |
| 50.261.  INNOVA -4320 REFRIGATED INCUBATOR SHAKER | UNKNOWN | REPLACEMENT COST | $7,200.00 |
| 50.262.  INNOVA -4320 REFRIGATED INCUBATOR SHAKER | UNKNOWN | REPLACEMENT COST | $7,200.00 |
| 50.263.  INVITROGEN ELECTROPHORESIS | UNKNOWN | REPLACEMENT COST | $206.00 |
| 50.264.  ISOTEMP210 FISHER SCIENTIFIC | UNKNOWN | REPLACEMENT COST | $136.30 |
| 50.265.  KARCHER FLOOR SWEEPER | UNKNOWN | REPLACEMENT COST | $95,000.00 |
| 50.266.  KARCHER PORTABLE FLOOR SWEEPER | UNKNOWN | REPLACEMENT COST | $3,916.94 |
| 50.267.  KC 118 FC DRILL PRESS | UNKNOWN | REPLACEMENT COST | $1,450.00 |
| 50.268.  KENT SCIENTIFIC SYRINGE PUMP | UNKNOWN | REPLACEMENT COST | $1,500.00 |
| 50.269.  KIT UNDERBENCH INST. GRAVITY OVEN | UNKNOWN | REPLACEMENT COST | $1,595.58 |
| 50.270.  KLENZOID WATER SOFTENER SYSTEM | UNKNOWN | REPLACEMENT COST | $2,000.00 |
| 50.271.  L141OT BALDOR 5HP MOTOR | UNKNOWN | REPLACEMENT COST | $1,120.96 |
| 50.272.  LAB (CONSTRUCTION) | UNKNOWN | REPLACEMENT COST | $600,000.00 |
| 50.273.  LAB -LINE MAXI STIR | UNKNOWN | REPLACEMENT COST | $1,200.00 |
| 50.274.  LAB RHEOMETER AND ACCESSORIES | UNKNOWN | REPLACEMENT COST | $80,856.00 |
| 50.275.  LABCONCO FREEZE DRYER | UNKNOWN | REPLACEMENT COST | $34,500.00 |
| 50.276.  LABFORS 5 BIOREACTOR | UNKNOWN | REPLACEMENT COST | $145,300.00 |
| 50.277.  LABFORS 5 BIOREACTOR | UNKNOWN | REPLACEMENT COST | $81,492.00 |
| 50.278.  LAB-LINE MAXI STIR | UNKNOWN | REPLACEMENT COST | $1,200.00 |
| 50.279.  LABPLANT SPRAY DRYER LFS-03 | UNKNOWN | REPLACEMENT COST | $9,000.00 |
| 50.280.  LAUDA-WKL 230 RECIRCULATING CHILLER | UNKNOWN | REPLACEMENT COST | $6,183.91 |
| 50.281.  LH-4000 ROTOR FOR RC-4 CENTRIFUGE | UNKNOWN | REPLACEMENT COST | $3,997.78 |
| 50.282.  LIFE TECH COUNTESS 11 FL CELL COUNTER | UNKNOWN | REPLACEMENT COST | $6,070.00 |
| 50.283.  LIFE TECHNOLOGIES COUNTESS II | UNKNOWN | REPLACEMENT COST | $6,670.00 |
| 50.284.  LIFE TECHNOLOGIES MICROSCOPE | UNKNOWN | REPLACEMENT COST | $32,240.00 |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **50.** | **OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | |
| 50.285.   LINDBERG OVEN | UNKNOWN | REPLACEMENT COST | $5,000.00 |
| 50.286.   LIQUIFIER | UNKNOWN | REPLACEMENT COST | $7,000.00 |
| 50.287.   MAIN VALVE BANK | UNKNOWN | REPLACEMENT COST | $160,000.00 |
| 50.288.   MASSTEC   J BOX / TANK MOUNTS | UNKNOWN | REPLACEMENT COST | $15,812.00 |
| 50.289.   MCMASTER CARR 20455T11 DISPENSER KIT CART | UNKNOWN | REPLACEMENT COST | $1,562.60 |
| 50.290.   MCR-3000SLPM-RD-M12-FDAFKM-IP66-PAR/CM, CIN, GAS: AIR RD 12' ALICAT MASS FLOW CONTROLLER | UNKNOWN | REPLACEMENT COST | $13,776.00 |
| 50.291.   ME4002E 4200G X 0.01G   SCALE | UNKNOWN | REPLACEMENT COST | $2,503.20 |
| 50.292.   MEDIA HANDLING PUMP (PNEUMATIC) GE | UNKNOWN | REPLACEMENT COST | $1,300.00 |
| 50.293.   MEDIA PRE-FILTER | UNKNOWN | REPLACEMENT COST | $8,500.00 |
| 50.294.   METTLER TOLEDO AT261 DELTA RANGE MICRO SCALE | UNKNOWN | REPLACEMENT COST | $600.00 |
| 50.295.   METTLER TOLEDO PH METER | UNKNOWN | REPLACEMENT COST | $1,200.00 |
| 50.296.   METTLER TOLEDO PH METER | UNKNOWN | REPLACEMENT COST | $1,200.00 |
| 50.297.   METTLER TOLEDO WEIGH SCALE | UNKNOWN | REPLACEMENT COST | $3,991.68 |
| 50.298.   MILWAUKEE DEEP CUT BANDSAW | UNKNOWN | REPLACEMENT COST | $759.98 |
| 50.299.   MIVAC | UNKNOWN | REPLACEMENT COST | $600.00 |
| 50.300.   MIX POT 200L | UNKNOWN | REPLACEMENT COST | $350.00 |
| 50.301.   MOBILE SAFETY BARRIER | UNKNOWN | REPLACEMENT COST | $1,150.00 |
| 50.302.   MOBILE SAFETY BARRIER | UNKNOWN | REPLACEMENT COST | $1,150.00 |
| 50.303.   MOBILE SAFETY BARRIER | UNKNOWN | REPLACEMENT COST | $1,150.00 |
| 50.304.   MODULAR LAB | UNKNOWN | REPLACEMENT COST | $167,868.74 |
| 50.305.   MODULAR OFFICE | UNKNOWN | REPLACEMENT COST | $200,168.08 |
| 50.306.   ND-8000-GL SPECTROPHOTOMETER | UNKNOWN | REPLACEMENT COST | $20,504.00 |
| 50.307.   NEW ERA SYRINGE PUMP | UNKNOWN | REPLACEMENT COST | $975.00 |
| 50.308.   NEWTERRA 463 GAL CHARCOL TANK | UNKNOWN | REPLACEMENT COST | $76,000.00 |
| 50.309.   NEWTERRA 463 GAL CHARCOL TANK | UNKNOWN | REPLACEMENT COST | $76,000.00 |
| 50.310.   NOVABIOMEDICAL 400 ANALYZER | UNKNOWN | REPLACEMENT COST | $883.79 |
| 50.311.   NOVEX BOLT MINI GEL TANK | UNKNOWN | REPLACEMENT COST | $546.00 |
| 50.312.   NOVEX BOLT MINI GEL TANK | UNKNOWN | REPLACEMENT COST | $546.00 |
| 50.313.   NOVEX BOLT NIMI GEL TANK | UNKNOWN | REPLACEMENT COST | $546.00 |
| 50.314.   NUAIRE BIOLOGICAL SAFETY CABINET | UNKNOWN | REPLACEMENT COST | $2,584.13 |
| 50.315.   NVSI FOAM TRAP/ PRESSURE VESSEL | UNKNOWN | REPLACEMENT COST | $4,000.00 |
| 50.316.   OEMTOOL DRAWER CABINET | UNKNOWN | REPLACEMENT COST | $1,430.08 |
| 50.317.   O-RING HOT BONDING KIT | UNKNOWN | REPLACEMENT COST | $4,132.22 |
| 50.318.   OXYFERM DO PROBE 12X325MM HA | UNKNOWN | REPLACEMENT COST | $1,746.75 |
| 50.319.   PERISTALLTIC PUMP | UNKNOWN | REPLACEMENT COST | $2,300.00 |
| 50.320.   PFIZER PROPAGATION VESSEL | UNKNOWN | REPLACEMENT COST | $2,500.00 |
| 50.321.   PH METER ORION STAR | UNKNOWN | REPLACEMENT COST | $2,300.00 |
| 50.322.   PM25-TA-00 MULTIRON INCUBATOR | UNKNOWN | REPLACEMENT COST | $33,620.00 |
| 50.323.   POLY BOX TRUCK | UNKNOWN | REPLACEMENT COST | $1,048.64 |
| 50.324.   POSITIVE DISPLACEMENT PUMP | UNKNOWN | REPLACEMENT COST | $10,000.00 |
| 50.325.   POSITIVE DISPLACEMENT PUMP | UNKNOWN | REPLACEMENT COST | $10,000.00 |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **50.** | **OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | |
| 50.326. | POSITIVE DISPLACEMENT PUMP | UNKNOWN | REPLACEMENT COST | $10,000.00 |
| 50.327. | POWEATERMPW+712 EBP1604 PW9130L3000T-XL BAT REPLACEMENT | UNKNOWN | REPLACEMENT COST | $1,130.00 |
| 50.328. | POWEATERMPW+712 EBP1604 PW9130L3000T-XL BAT REPLACEMENT | UNKNOWN | REPLACEMENT COST | $1,130.00 |
| 50.329. | POWER METER PANEL | UNKNOWN | REPLACEMENT COST | $10,000.00 |
| 50.330. | PRESSURE WASHER | UNKNOWN | REPLACEMENT COST | $1,000.00 |
| 50.331. | PT430 SA1100 LEAD WATER TESTING KIT | UNKNOWN | REPLACEMENT COST | $4,996.00 |
| 50.332. | QUANTSTUDIO 3 QRTPCR SYSTEM | UNKNOWN | REPLACEMENT COST | $36,000.00 |
| 50.333. | R550 ACCENDER/DECENDER DBI-SALA 50 FEET | UNKNOWN | REPLACEMENT COST | $3,482.76 |
| 50.334. | RET 014620216  50ML GRINDING JAR SS | UNKNOWN | REPLACEMENT COST | $2,171.00 |
| 50.335. | RET 014620216  50ML GRINDING JAR SS | UNKNOWN | REPLACEMENT COST | $2,171.00 |
| 50.336. | RETSCH MM400 MIXER MILL | UNKNOWN | REPLACEMENT COST | $14,041.41 |
| 50.337. | RICE LAKE PLATFORM SCALE | UNKNOWN | REPLACEMENT COST | $14,120.00 |
| 50.338. | RICE LAKE PLATFORM SCALE | UNKNOWN | REPLACEMENT COST | $14,120.00 |
| 50.339. | RICE LAKE PLATFORM SCALE | UNKNOWN | REPLACEMENT COST | $14,120.00 |
| 50.340. | RIDGID 200 PSI 4.5 GAL COMPRESSOR | UNKNOWN | REPLACEMENT COST | $700.00 |
| 50.341. | RK-07067 COMPRESSOR | UNKNOWN | REPLACEMENT COST | $1,676.87 |
| 50.342. | ROCKER PLATFORM | UNKNOWN | REPLACEMENT COST | $348.67 |
| 50.343. | ROTARY LOBE PUMP JABSCO | UNKNOWN | REPLACEMENT COST | $11,000.00 |
| 50.344. | S06240  SPECTRONIC 200E EDU SPEC | UNKNOWN | REPLACEMENT COST | $1,924.48 |
| 50.345. | SAFETY SHOWER EYE WASH STATION | UNKNOWN | REPLACEMENT COST | $1,706.00 |
| 50.346. | SALT SKID W/HOPPER | UNKNOWN | REPLACEMENT COST | $80,000.00 |
| 50.347. | SANI MATIC CIP SKID | UNKNOWN | REPLACEMENT COST | $40,000.00 |
| 50.348. | SANPLA DRY KEEPER | UNKNOWN | REPLACEMENT COST | $1,278.00 |
| 50.349. | SARTORIOUS SCALES | UNKNOWN | REPLACEMENT COST | $400.00 |
| 50.350. | SARTORIUS MOISTURE BALANCE | UNKNOWN | REPLACEMENT COST | $600.00 |
| 50.351. | SATORIOUS STEDIM BIO WELDER | UNKNOWN | REPLACEMENT COST | $30,000.00 |
| 50.352. | SATORIOUS STEDIM BIO WELDER | UNKNOWN | REPLACEMENT COST | $1,100.00 |
| 50.353. | SATORIUS DIGITAL WEIGH SCALE | UNKNOWN | REPLACEMENT COST | $153.95 |
| 50.354. | SATORIUS EA15DCE-I WEIGH SCALE | UNKNOWN | REPLACEMENT COST | $2,044.94 |
| 50.355. | SCILOGES MAGNETIC STIR/HOT PLATE | UNKNOWN | REPLACEMENT COST | $1,571.33 |
| 50.356. | SCILOGEX MUILTIPOSITION STIR PLATE | UNKNOWN | REPLACEMENT COST | $1,571.33 |
| 50.357. | SCILOGEX MULTI POSITION STIR PLATE | UNKNOWN | REPLACEMENT COST | $1,571.33 |
| 50.358. | SCILOGEX MULTIPOSITION STIR PLATE | UNKNOWN | REPLACEMENT COST | $1,571.33 |
| 50.359. | SCILOGEX MX-S VORTEX MIXER | UNKNOWN | REPLACEMENT COST | $250.00 |
| 50.360. | SCILOGEX SK 0180-E | UNKNOWN | REPLACEMENT COST | $657.36 |
| 50.361. | SCILOGEX SK-D3309 PRO SHAKER | UNKNOWN | REPLACEMENT COST | $1,486.85 |
| 50.362. | SEBRA OMNI SEALER | UNKNOWN | REPLACEMENT COST | $240.00 |
| 50.363. | SEILER WESTLAB II MICROSCOPE | UNKNOWN | REPLACEMENT COST | $1,014.89 |
| 50.364. | SEILER WESTLABII MICROSCOPE | UNKNOWN | REPLACEMENT COST | $1,014.89 |
| 50.365. | SIEMENS SHEER PUMP MIXER | UNKNOWN | REPLACEMENT COST | $2,500.00 |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **50.** **OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | | |
| 50.366. SINGLE-CHANNEL PIPETTES RESEARCH PACKAGE 1 VWR MPCA2231000224 | UNKNOWN | REPLACEMENT COST | $2,395.00 |
| 50.367. SINGLE-CHANNEL PIPETTES RESEARCH PACKAGE 2 VWR MPCA2231000222 | UNKNOWN | REPLACEMENT COST | $2,395.00 |
| 50.368. SINTERED POROUS METAL SPARGER OD 0.71" | UNKNOWN | REPLACEMENT COST | $3,035.50 |
| 50.369. SINTERED POROUS METAL SPARGER OD 0.75 ( #2 END ) | UNKNOWN | REPLACEMENT COST | $3,035.50 |
| 50.370. SINTERED PROOUS METAL SPARGER OD 0.75" (#1 TOP) | UNKNOWN | REPLACEMENT COST | $3,035.50 |
| 50.371. SIPIRAX/SARCO VALVE ATUATOR ASSEMBLY | UNKNOWN | REPLACEMENT COST | $6,000.00 |
| 50.372. SKYFOOD LAR-25LMB FLOOR FOOD BLENDER W/ METAL CONTAINER | UNKNOWN | REPLACEMENT COST | $1,664.00 |
| 50.373. SL SHELL LAB INCUBATOR | UNKNOWN | REPLACEMENT COST | $1,600.00 |
| 50.374. SORVALL LEGEND XF 120V FL VENT CENTRIFUGE | UNKNOWN | REPLACEMENT COST | $7,687.16 |
| 50.375. SORVALL RC 6+ CENTRIUFGE | UNKNOWN | REPLACEMENT COST | $30,000.00 |
| 50.376. SORVALL RC-4 CENTRIFUGE | UNKNOWN | REPLACEMENT COST | $14,500.00 |
| 50.377. SP88857100P CIMAREC 7X7 HPS 100-120V PK3 | UNKNOWN | REPLACEMENT COST | $1,475.80 |
| 50.378. SPECTRAMAX M3 SPECTROPHOTOMETER | UNKNOWN | REPLACEMENT COST | $12,000.00 |
| 50.379. SPIRAX/SARCO VALVE ACTUATOR ASSEMBLY | UNKNOWN | REPLACEMENT COST | $6,000.00 |
| 50.380. SPIRAX/SARCO VALVE ACTUATOR ASSEMBLY | UNKNOWN | REPLACEMENT COST | $6,000.00 |
| 50.381. SPIRAX/SARCO VALVE ACTUATOR ASSEMBLY | UNKNOWN | REPLACEMENT COST | $6,000.00 |
| 50.382. SPIRAX/SARCO VALVE ACTUATOR ASSEMBLY | UNKNOWN | REPLACEMENT COST | $6,000.00 |
| 50.383. SPIRAX/SARCO VALVE ACTUATOR ASSEMBLY | UNKNOWN | REPLACEMENT COST | $6,000.00 |
| 50.384. SPIRAX/SARCO VALVE ACTUATOR ASSEMBLY | UNKNOWN | REPLACEMENT COST | $6,000.00 |
| 50.385. SPIRAX/SARCO VALVE ACTUATOR ASSEMBLY | UNKNOWN | REPLACEMENT COST | $6,000.00 |
| 50.386. SPIRAX/SARCO VALVE ACTUATOR ASSEMBLY | UNKNOWN | REPLACEMENT COST | $6,000.00 |
| 50.387. SPIRAX/SARCO VALVE ACTUATOR ASSEMBLY | UNKNOWN | REPLACEMENT COST | $6,000.00 |
| 50.388. SPIRAX/SARCO VALVE ACTUATOR ASSEMBLY | UNKNOWN | REPLACEMENT COST | $6,000.00 |
| 50.389. SPIRAX/SARCO VALVE ACTUATOR ASSEMBLY | UNKNOWN | REPLACEMENT COST | $6,000.00 |
| 50.390. SPIRAX/SARCO VALVE ACTUATOR ASSEMBLY | UNKNOWN | REPLACEMENT COST | $6,000.00 |
| 50.391. SPIRAX/SARCO VALVE ACTUATOR ASSEMBLY | UNKNOWN | REPLACEMENT COST | $6,000.00 |
| 50.392. SPRAY DRYER | UNKNOWN | REPLACEMENT COST | $250,000.00 |
| 50.393. SPRAY DRYER CHAMBER | UNKNOWN | REPLACEMENT COST | $2,486.00 |
| 50.394. SS KNOCKOUT CANISTER | UNKNOWN | REPLACEMENT COST | $900.00 |
| 50.395. STAINLESS STEEL UTILI | UNKNOWN | REPLACEMENT COST | $600.00 |
| 50.396. STAINLESS STEEL UTILITY CART | UNKNOWN | REPLACEMENT COST | $827.18 |
| 50.397. STAINLESS STEEL UTILITY CART | UNKNOWN | REPLACEMENT COST | $600.00 |
| 50.398. STAINLESS STEEL UTILITY CART JAMCO | UNKNOWN | REPLACEMENT COST | $827.18 |
| 50.399. STAINLESS STEEL UTILITY CART JAMCO | UNKNOWN | REPLACEMENT COST | $827.18 |
| 50.400. STAINLESS STEEL WASH BASIN | UNKNOWN | REPLACEMENT COST | $1,000.00 |
| 50.401. STAINLESS STEEL WASH BASIN | UNKNOWN | REPLACEMENT COST | $1,000.00 |
| 50.402. STAINLESS STEEL WIRE SHELVING | UNKNOWN | REPLACEMENT COST | $1,274.00 |
| 50.403. STERILE AIR FILTER | UNKNOWN | REPLACEMENT COST | $1,000.00 |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **50.** | **OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | |
| 50.404. STERIS MILLENNIUM 20 STERILIZER ( AUTOCLAVE ) | UNKNOWN | REPLACEMENT COST | $54,000.00 |
| 50.405. SUPER-NUOVA STIR PLATE | UNKNOWN | REPLACEMENT COST | $300.00 |
| 50.406. SWINNEX 47MM FILTER HOLDER | UNKNOWN | REPLACEMENT COST | $1,066.00 |
| 50.407. TF MAXQ3000 SHAKER | UNKNOWN | REPLACEMENT COST | $3,000.00 |
| 50.408. TF MAXQ3000 SHAKER | UNKNOWN | REPLACEMENT COST | $3,000.00 |
| 50.409. THERMO FISHER CENTRIFUGE | UNKNOWN | REPLACEMENT COST | $13,898.02 |
| 50.410. THERMO SCIENTIFIC CENTRIFUGE | UNKNOWN | REPLACEMENT COST | $13,898.02 |
| 50.411. THERMO SCIENTIFIC INCUBATOR | UNKNOWN | REPLACEMENT COST | $1,980.00 |
| 50.412. THERMO SCIENTIFIC LENGEND MICRO 21 CENTRIFUGE | UNKNOWN | REPLACEMENT COST | $3,884.47 |
| 50.413. THERMO SCIENTIFIC PH METER | UNKNOWN | REPLACEMENT COST | $1,488.00 |
| 50.414. THERMO SCIENTIFIC SHAKER | UNKNOWN | REPLACEMENT COST | $17,705.95 |
| 50.415. THERMO SCIENTIFIC SMART2PURE 3 UF CAT NO. 89230-332 | UNKNOWN | REPLACEMENT COST | $3,325.00 |
| 50.416. THERMO SCIENTIFIC SORVAL LENGEND XF | UNKNOWN | REPLACEMENT COST | $2,500.00 |
| 50.417. THERMO SCIENTIFIC SPECTRONIC 200 | UNKNOWN | REPLACEMENT COST | $4,500.00 |
| 50.418. THERMO SCIENTIFIC STIR PLATE | UNKNOWN | REPLACEMENT COST | $1,219.68 |
| 50.419. THERMO SORVALL RC12BP  CENTRIFUGE | UNKNOWN | REPLACEMENT COST | $50,099.36 |
| 50.420. THERMOLYNE BIGGER BILL SHAKER | UNKNOWN | REPLACEMENT COST | $3,489.00 |
| 50.421. THERMOLYNE BIGGER BILL SHAKER | UNKNOWN | REPLACEMENT COST | $1,735.75 |
| 50.422. THERMOLYNE BIGGER BILL SHAKER | UNKNOWN | REPLACEMENT COST | $1,325.00 |
| 50.423. TR-600-ECK RESPIRATOR KIT | UNKNOWN | REPLACEMENT COST | $3,743.50 |
| 50.424. TURBO AIR 2000 AIR COMPRESSOR | UNKNOWN | REPLACEMENT COST | $10,000.00 |
| 50.425. UBIQUITI US-24-250W UNIFI SWITCH-24 PORTS | UNKNOWN | REPLACEMENT COST | $1,061.50 |
| 50.426. UNIBLOC PUMP POSITIVE DISPLACEMENT | UNKNOWN | REPLACEMENT COST | $4,000.00 |
| 50.427. UV WATER FILTER (MECO)  260 GPM | UNKNOWN | REPLACEMENT COST | $600.00 |
| 50.428. VALVE BANK ASSEMBLY -4100 | UNKNOWN | REPLACEMENT COST | $80,000.00 |
| 50.429. VALVE BANK ASSEMBLY 4200 | UNKNOWN | REPLACEMENT COST | $80,000.00 |
| 50.430. VALVE BANK ASSEMBLY 4300 | UNKNOWN | REPLACEMENT COST | $80,000.00 |
| 50.431. VALVE BANK ASSEMBLY 4400 | UNKNOWN | REPLACEMENT COST | $80,000.00 |
| 50.432. VALVE BANK ASSEMBLY 4500 | UNKNOWN | REPLACEMENT COST | $80,000.00 |
| 50.433. VALVE BANK ASSEMBLY 4600 | UNKNOWN | REPLACEMENT COST | $80,000.00 |
| 50.434. VALVE BANK ASSEMBLY 4700 | UNKNOWN | REPLACEMENT COST | $80,000.00 |
| 50.435. VALVE BANK ASSEMBLY 4800 | UNKNOWN | REPLACEMENT COST | $80,000.00 |
| 50.436. VALVE BANK ASSEMBLY 4900 | UNKNOWN | REPLACEMENT COST | $80,000.00 |
| 50.437. VERDEXFLEX PERISTALTIC PUMP | UNKNOWN | REPLACEMENT COST | $10,000.00 |
| 50.438. VERDEXFLEX PERISTALTIC PUMP | UNKNOWN | REPLACEMENT COST | $10,000.00 |
| 50.439. VERITIPRO THERMAL CYCLER | UNKNOWN | REPLACEMENT COST | $15,000.00 |
| 50.440. VESLMS-EBT46-4  BOOM TELESCOPING SHORTY 4K | UNKNOWN | REPLACEMENT COST | $2,330.32 |
| 50.441. VRA-C SINGLE MIXER SEAL WITH SANITARY GLAND | UNKNOWN | REPLACEMENT COST | $16,456.00 |
| 50.442. VWR DIGITAL SHAKER MODEL 3500 | UNKNOWN | REPLACEMENT COST | $2,000.00 |
| 50.443. VWR INCUBATOR CO2 SHEL LAB | UNKNOWN | REPLACEMENT COST | $10,009.49 |
| 50.444. VWR INCUBATOR CO2 SHEL LAB | UNKNOWN | REPLACEMENT COST | $9,003.83 |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **50. OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | | |
| 50.445.  VWR SCIENTIFIC MICROSCOPE | UNKNOWN | REPLACEMENT COST | $1,014.89 |
| 50.446.  WATER COOLER - CK4000 | UNKNOWN | REPLACEMENT COST | $45,000.00 |
| 50.447.  WATER HEATER CONTROL | UNKNOWN | REPLACEMENT COST | $1,200.00 |
| 50.448.  WATSON MARLOW 120 U PUMP | UNKNOWN | REPLACEMENT COST | $4,246.00 |
| 50.449.  WATSON MARLOW 120 U PUMP | UNKNOWN | REPLACEMENT COST | $4,246.00 |
| 50.450.  WATSON MARLOW 120 U PUMP | UNKNOWN | REPLACEMENT COST | $4,246.00 |
| 50.451.  WATSON MARLOW 323 PUMP | UNKNOWN | REPLACEMENT COST | $2,816.00 |
| 50.452.  WATSON MARLOW 323 PUMP | UNKNOWN | REPLACEMENT COST | $2,816.00 |
| 50.453.  WATSON MARLOW 323 PUMP | UNKNOWN | REPLACEMENT COST | $2,816.00 |
| 50.454.  WATSON MARLOW 323 PUMP | UNKNOWN | REPLACEMENT COST | $2,816.00 |
| 50.455.  WATSON MARLOW PERISTALIC PUMP 630U | UNKNOWN | REPLACEMENT COST | $10,000.00 |
| 50.456.  WATSON MARLOW PERISTALTIC PUMP 520U | UNKNOWN | REPLACEMENT COST | $10,000.00 |
| 50.457.  WATSON MARLOW PERISTALTIC PUMP 620U | UNKNOWN | REPLACEMENT COST | $10,000.00 |
| 50.458.  WATSON MARLOW PERISTALTIC PUMP 720S | UNKNOWN | REPLACEMENT COST | $10,000.00 |
| 50.459.  WEG 400 BOOSTER PUMP | UNKNOWN | REPLACEMENT COST | $1,000.00 |
| 50.460.  WEG BOOSTER PUMP | UNKNOWN | REPLACEMENT COST | $500.00 |
| 50.461.  WHEATON MICROSTIR | UNKNOWN | REPLACEMENT COST | $2,191.69 |
| 50.462.  WHEATON UNISPENCE PRO PUMP | UNKNOWN | REPLACEMENT COST | $3,563.20 |
| 50.463.  WHISPERFUGE CENTRIFUGE | UNKNOWN | REPLACEMENT COST | $675.00 |
| 50.464.  WORK BENCH | UNKNOWN | REPLACEMENT COST | $719.18 |
| 50.465.  WORK PLATFORM FOR LIFT TRUCK DAYTON | UNKNOWN | REPLACEMENT COST | $4,861.90 |
| 50.466.  YS1 2700SELECT BIO ANALYZER | UNKNOWN | REPLACEMENT COST | $7,045.00 |
| 50.467.  YS1 7100MBS BIO ANALYZER | UNKNOWN | REPLACEMENT COST | $780.00 |
| 50.468.  YSI-2950D-3  2950 ANALYZER WITH TWO BIOSENSOR | UNKNOWN | REPLACEMENT COST | $43,458.25 |
| 50.469.  ZANDUCO  56000-009 24X24X14 ONE TUB SINK | UNKNOWN | REPLACEMENT COST | $485.00 |
| 50.470.  ZANDUCO  TUB SINK AND FAUCET | UNKNOWN | REPLACEMENT COST | $1,115.02 |
| 50.471.  ZANDUCO 56000-034 18X18X11 ONE TUB SINK | UNKNOWN | REPLACEMENT COST | $325.00 |

| **51** | **Total of Part 8.**<br>ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87. | | $10,981,456.99 |
|---|---|---|---|

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☒ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

| **Part 9:** | **REAL PROPERTY** |
|---|---|

**54.  DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY?**
☒ No. Go to Part 10.
☐ Yes. Fill in the information below.

**55.  ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

**55.** **ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | | | |

| | | | |
|---|---|---|---|
| **56** | **Total of Part 9.** ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88. | | NOT APPLICABLE |

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 10: | INTANGIBLES AND INTELLECTUAL PROPERTY |
|---|---|

**59.** **DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY?**

☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | |
| 60.1. | PATENT - APPLICATIONS OF MICROALGAE BIOMASS, BETA-GLUCAN ISOLATE, AND ITS DERIVATIVES IN FOOD - PROPOSED - UNITED STATES | N/A | UNKNOWN |
| 60.2. | PATENT - COMPOSITIONS, PREPARATION AND USES OF PARAMYLON - ABANDONED - BARBADOS | N/A | UNKNOWN |
| 60.3. | PATENT - COMPOSITIONS, PREPARATION AND USES OF PARAMYLON - SERIAL NO.: N/A BRAZIL | N/A | UNKNOWN |
| 60.4. | PATENT - METHODS OF PROTEIN EXTRACTION AND DOWNSTREAM PROCESSING IN EUGLENA - NOT FILED - UNITED STATES | N/A | UNKNOWN |
| 60.5. | PATENT - OPTIMIZED EUGLENA FERMENTATION USING ENGINEERED TANK DESIGN - NOT FILED - UNITED STATES | N/A | UNKNOWN |
| 60.6. | PATENT - SERIAL NO.: 11 2021 026578 3 BRAZIL | N/A | UNKNOWN |
| 60.7. | PATENT - SERIAL NO.: 11 2021 026579 1 BRAZIL | N/A | UNKNOWN |
| 60.8. | PATENT - SERIAL NO.: 1120190210792 BRAZIL | N/A | UNKNOWN |
| 60.9. | PATENT - SERIAL NO.: 1-2021-552053 PHILIPPINES | N/A | UNKNOWN |
| 60.10. | PATENT - SERIAL NO.: 16/326,541 UNITED STATES | N/A | UNKNOWN |
| 60.11. | PATENT - SERIAL NO.: 16/603,361 UNITED STATES | N/A | UNKNOWN |
| 60.12. | PATENT - SERIAL NO.: 17/017,894 UNITED STATES | N/A | UNKNOWN |
| 60.13. | PATENT - SERIAL NO.: 17/253,183 UNITED STATES | N/A | UNKNOWN |
| 60.14. | PATENT - SERIAL NO.: 17/340,972 UNITED STATES | N/A | UNKNOWN |
| 60.15. | PATENT - SERIAL NO.: 17/435,317 UNITED STATES | N/A | UNKNOWN |
| 60.16. | PATENT - SERIAL NO.: 17/618,936 UNITED STATES | N/A | UNKNOWN |
| 60.17. | PATENT - SERIAL NO.: 17/618,938 UNITED STATES | N/A | UNKNOWN |
| 60.18. | PATENT - SERIAL NO.: 17/783,990 UNITED STATES | N/A | UNKNOWN |
| 60.19. | PATENT - SERIAL NO.: 17840680.7 EUROPE | N/A | UNKNOWN |
| 60.20. | PATENT - SERIAL NO.: 18/2/000110 JAMAICA | N/A | UNKNOWN |

| Debtor | Noblegen Inc. | Case number (if known) | 24-11402 |
|--------|---------------|------------------------|----------|
| | (Name) | | |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.21. | PATENT - SERIAL NO.: 18780942.1 EUROPE | | N/A | UNKNOWN |
| 60.22. | PATENT - SERIAL NO.: 19827522.4 EUROPE | | N/A | UNKNOWN |
| 60.23. | PATENT - SERIAL NO.: 201917006713 INDIA | | N/A | UNKNOWN |
| 60.24. | PATENT - SERIAL NO.: 201917040768 INDIA | | N/A | UNKNOWN |
| 60.25. | PATENT - SERIAL NO.: 2019-530524 JAPAN | | N/A | UNKNOWN |
| 60.26. | PATENT - SERIAL NO.: 2019554746 JAPAN | | N/A | UNKNOWN |
| 60.27. | PATENT - SERIAL NO.: 2020231101 AUSTRALIA | | N/A | UNKNOWN |
| 60.28. | PATENT - SERIAL NO.: 202080032843.3 CHINA | | N/A | UNKNOWN |
| 60.29. | PATENT - SERIAL NO.: 202080060479.1 CHINA | | N/A | UNKNOWN |
| 60.30. | PATENT - SERIAL NO.: 202080060486.1 CHINA | | N/A | UNKNOWN |
| 60.31. | PATENT - SERIAL NO.: 2021/05884 SOUTH AFRICA | | N/A | UNKNOWN |
| 60.32. | PATENT - SERIAL NO.: 2021004674 MALAYSIA | | N/A | UNKNOWN |
| 60.33. | PATENT - SERIAL NO.: 202127039597 INDIA | | N/A | UNKNOWN |
| 60.34. | PATENT - SERIAL NO.: 2021-523107 JAPAN | | N/A | UNKNOWN |
| 60.35. | PATENT - SERIAL NO.: 2021-551765 JAPAN | | N/A | UNKNOWN |
| 60.36. | PATENT - SERIAL NO.: 2021-577239 JAPAN | | N/A | UNKNOWN |
| 60.37. | PATENT - SERIAL NO.: 2021-577242 JAPAN | | N/A | UNKNOWN |
| 60.38. | PATENT - SERIAL NO.: 20766547.2 EUROPE | | N/A | UNKNOWN |
| 60.39. | PATENT - SERIAL NO.: 20831056.5 EUROPE | | N/A | UNKNOWN |
| 60.40. | PATENT - SERIAL NO.: 20832845.0 EUROPE | | N/A | UNKNOWN |
| 60.41. | PATENT - SERIAL NO.: 20897823.9 EUROPE | | N/A | UNKNOWN |
| 60.42. | PATENT - SERIAL NO.: 3,034,122 CANADA | | N/A | UNKNOWN |
| 60.43. | PATENT - SERIAL NO.: 3,164,116 CANADA | | N/A | UNKNOWN |
| 60.44. | PATENT - SERIAL NO.: 3059271 CANADA | | N/A | UNKNOWN |
| 60.45. | PATENT - SERIAL NO.: 3104600 CANADA | | N/A | UNKNOWN |
| 60.46. | PATENT - SERIAL NO.: 3132477 CANADA | | N/A | UNKNOWN |
| 60.47. | PATENT - SERIAL NO.: 3143895 CANADA | | N/A | UNKNOWN |
| 60.48. | PATENT - SERIAL NO.: 3143901 CANADA | | N/A | UNKNOWN |
| 60.49. | PATENT - SERIAL NO.: 62/377,323 UNITED STATES | | N/A | UNKNOWN |
| 60.50. | PATENT - SERIAL NO.: 62/482,952 UNITED STATES | | N/A | UNKNOWN |
| 60.51. | PATENT - SERIAL NO.: 62/513,018 UNITED STATES | | N/A | UNKNOWN |
| 60.52. | PATENT - SERIAL NO.: 62/692,528 UNITED STATES | | N/A | UNKNOWN |
| 60.53. | PATENT - SERIAL NO.: 62/812,767 UNITED STATES | | N/A | UNKNOWN |
| 60.54. | PATENT - SERIAL NO.: 62/868,343 UNITED STATES | | N/A | UNKNOWN |
| 60.55. | PATENT - SERIAL NO.: 62/868,569 UNITED STATES | | N/A | UNKNOWN |
| 60.56. | PATENT - SERIAL NO.: 62/868,589 UNITED STATES | | N/A | UNKNOWN |
| 60.57. | PATENT - SERIAL NO.: 62/945,599 UNITED STATES | | N/A | UNKNOWN |
| 60.58. | PATENT - SERIAL NO.: 62/954,837 UNITED STATES | | N/A | UNKNOWN |
| 60.59. | PATENT - SERIAL NO.: 63/158,033 UNITED STATES | | N/A | UNKNOWN |
| 60.60. | PATENT - SERIAL NO.: 63/163,071 UNITED STATES | | N/A | UNKNOWN |
| 60.61. | PATENT - SERIAL NO.: 63/163,072 UNITED STATES | | N/A | UNKNOWN |
| 60.62. | PATENT - SERIAL NO.: 63/163,084 UNITED STATES | | N/A | UNKNOWN |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | |
| 60.63. PATENT - SERIAL NO.: 63/163,477 UNITED STATES | | N/A | UNKNOWN |
| 60.64. PATENT - SERIAL NO.: 63/226,869 UNITED STATES | | N/A | UNKNOWN |
| 60.65. PATENT - SERIAL NO.: 63/235,370 UNITED STATES | | N/A | UNKNOWN |
| 60.66. PATENT - SERIAL NO.: 63/323,048 UNITED STATES | | N/A | UNKNOWN |
| 60.67. PATENT - SERIAL NO.: 63/358,426 UNITED STATES | | N/A | UNKNOWN |
| 60.68. PATENT - SERIAL NO.: 63/371,295 UNITED STATES | | N/A | UNKNOWN |
| 60.69. PATENT - SERIAL NO.: 63/404,684 UNITED STATES | | N/A | UNKNOWN |
| 60.70. PATENT - SERIAL NO.: BR112021017281 5 BRAZIL | | N/A | UNKNOWN |
| 60.71. PATENT - SERIAL NO.: MX/A/2019/001971 MEXICO | | N/A | UNKNOWN |
| 60.72. PATENT - SERIAL NO.: MX/A/2019/011999 MEXICO | | N/A | UNKNOWN |
| 60.73. PATENT - SERIAL NO.: MX/A/2021/010327 MEXICO | | N/A | UNKNOWN |
| 60.74. PATENT - SERIAL NO.: MX/A/2021/016017 MEXICO | | N/A | UNKNOWN |
| 60.75. PATENT - SERIAL NO.: MX/A/2021/016018 MEXICO | | N/A | UNKNOWN |
| 60.76. PATENT - SERIAL NO.: P2021-0182 DOMINICAN REPUBLIC | | N/A | UNKNOWN |
| 60.77. PATENT - SERIAL NO.: PCT/CA2017/050984 WIPO | | N/A | UNKNOWN |
| 60.78. PATENT - SERIAL NO.: PCT/CA2018/050431 WIPO | | N/A | UNKNOWN |
| 60.79. PATENT - SERIAL NO.: PCT/IB2019/055524 WIPO | | N/A | UNKNOWN |
| 60.80. PATENT - SERIAL NO.: PCT/IB2020/051764 WIPO | | N/A | UNKNOWN |
| 60.81. PATENT - SERIAL NO.: PCT/IB2020/056135 WIPO | | N/A | UNKNOWN |
| 60.82. PATENT - SERIAL NO.: PCT/IB2020/056137 WIPO | | N/A | UNKNOWN |
| 60.83. PATENT - SERIAL NO.: PCT/IB2020/061714 WIPO | | N/A | UNKNOWN |
| 60.84. PATENT - SERIAL NO.: PCT/IB2022/052064 WIPO | | N/A | UNKNOWN |
| 60.85. PATENT - SERIAL NO.: PCT/IB2022/052513 WIPO | | N/A | UNKNOWN |
| 60.86. PATENT - SERIAL NO.: TT/A/2021/00085 TRINIDAD & TOBAGO | | N/A | UNKNOWN |
| 60.87. TRADEMARK - EUNITE - APP. NO.:018164048 EUROPEAN UNION (COMMUNITY) | | N/A | UNKNOWN |
| 60.88. TRADEMARK - EUNITE - APP. NO.:2000365 CANADA | | N/A | UNKNOWN |
| 60.89. TRADEMARK - EUNITE - APP. NO.:46211987 CHINA (PEOPLE'S REPUBLIC) | | N/A | UNKNOWN |
| 60.90. TRADEMARK - EUNITE - APP. NO.:46211988 CHINA (PEOPLE'S REPUBLIC) | | N/A | UNKNOWN |
| 60.91. TRADEMARK - EUNITE - APP. NO.:46211989 CHINA (PEOPLE'S REPUBLIC) | | N/A | UNKNOWN |
| 60.92. TRADEMARK - EUNITE - APP. NO.:62340272 CHINA (PEOPLE'S REPUBLIC) | | N/A | UNKNOWN |
| 60.93. TRADEMARK - EUNITE - APP. NO.:62345983 CHINA (PEOPLE'S REPUBLIC) | | N/A | UNKNOWN |
| 60.94. TRADEMARK - EUNITE - APP. NO.:UK00918164048 UNITED KINGDOM | | N/A | UNKNOWN |
| 60.95. TRADEMARK - EUNITE LOGO - APP. NO.:018164051 EUROPEAN UNION (COMMUNITY) | | N/A | UNKNOWN |
| 60.96. TRADEMARK - EUNITE LOGO - APP. NO.:2000363 CANADA | | N/A | UNKNOWN |
| 60.97. TRADEMARK - EUNITE LOGO - APP. NO.:46211992 CHINA (PEOPLE'S REPUBLIC) | | N/A | UNKNOWN |

Debtor    Noblegen Inc.
_____
(Name)

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.98.  TRADEMARK - EUNITE LOGO - APP. NO.:46211993 CHINA (PEOPLE'S REPUBLIC) | | N/A | UNKNOWN |
| 60.99.  TRADEMARK - EUNITE LOGO - APP. NO.:46211994 CHINA (PEOPLE'S REPUBLIC) | | N/A | UNKNOWN |
| 60.100.  TRADEMARK - EUNITE LOGO - APP. NO.:62349933 CHINA (PEOPLE'S REPUBLIC) | | N/A | UNKNOWN |
| 60.101.  TRADEMARK - EUNITE LOGO - APP. NO.:62353304 CHINA (PEOPLE'S REPUBLIC) | | N/A | UNKNOWN |
| 60.102.  TRADEMARK - EUNITE LOGO - APP. NO.:UK00918164051 UNITED KINGDOM | | N/A | UNKNOWN |
| 60.103.  TRADEMARK - NOBLEGEN - APP. NO.:018164041 EUROPEAN UNION (COMMUNITY) | | N/A | UNKNOWN |
| 60.104.  TRADEMARK - NOBLEGEN - APP. NO.:46211981 CHINA (PEOPLE'S REPUBLIC) | | N/A | UNKNOWN |
| 60.105.  TRADEMARK - NOBLEGEN - APP. NO.:46211982 CHINA (PEOPLE'S REPUBLIC) | | N/A | UNKNOWN |
| 60.106.  TRADEMARK - NOBLEGEN - APP. NO.:UK00918164041 UNITED KINGDOM | | N/A | UNKNOWN |
| 60.107.  TRADEMARK - NOBLEGEN LOGO - APP. NO.:018164046 EUROPEAN UNION (COMMUNITY) | | N/A | UNKNOWN |
| 60.108.  TRADEMARK - NOBLEGEN LOGO - APP. NO.:2000364 CANADA | | N/A | UNKNOWN |
| 60.109.  TRADEMARK - NOBLEGEN LOGO - APP. NO.:2000366 CANADA | | N/A | UNKNOWN |
| 60.110.  TRADEMARK - NOBLEGEN LOGO - APP. NO.:46211983 CHINA (PEOPLE'S REPUBLIC) | | N/A | UNKNOWN |
| 60.111.  TRADEMARK - NOBLEGEN LOGO - APP. NO.:46211984 CHINA (PEOPLE'S REPUBLIC) | | N/A | UNKNOWN |
| 60.112.  TRADEMARK - NOBLEGEN LOGO - APP. NO.:UK00918164046 UNITED KINGDOM | | N/A | UNKNOWN |
| **61.** **INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| 61.1.  WWW.NOBLEGEN.CA | | N/A | UNKNOWN |
| 61.2.  WWW.NOBLEGEN.COM | | N/A | UNKNOWN |
| **62.** **LICENSES, FRANCHISES, AND ROYALTIES** | | | |
| **63.** **CUSTOMER LISTS, MAILING LISTS, OR OTHER COMPILATIONS** | | | |
| **64.** **OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY** | | | |
| **65.** **GOODWILL** | | | |
| **66** **Total of Part 10.** ADD LINES 60 THROUGH 65. COPY THE TOTAL TO LINE 89. | | | UNDETERMINED |

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☒ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

**69.**    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

## Part 11:    ALL OTHER ASSETS

**70.**    **DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM?**
INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM.

     ☐ No. Go to Part 12.
     ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **71.**   **NOTES RECEIVABLE** | |
| DESCRIPTION (INCLUDE NAME OF OBLIGOR) | |
| **NONE** | |
| **72.**   **TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)** | |
| DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL) | |
| 72.1.    CANADA SR&ED REIMBURSEMENT DUE WEEK OF JULY 8, 2024      Tax year | $72,283.76 |
| **73.**   **INTERESTS IN INSURANCE POLICIES OR ANNUITIES** | |
| **NONE** | |
| **74.**   **CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)** | |
| **NONE** | |
| **75.**   **OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS** | |
| **NONE** | |
| **76.**   **TRUSTS, EQUITABLE OR FUTURE INTERESTS IN PROPERTY** | |
| **NONE** | |
| **77.**   **OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED  EXAMPLES: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP** *EXAMPLES:* SEASON TICKETS, COUNTRY CLUB MEMBERSHIP | |
| **NONE** | |

| **78**   **Total of Part 11.** ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90. | $72,283.76 |
|---|---|

**79.**    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

## Part 12:    Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.**   **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $2,424.82 | |
| **81.**   **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| **82.**   **Accounts receivable.** *Copy line 12, Part 3.* | | |

Debtor    Noblegen Inc.

(Name)    Case number (if known)    24-11402

| | | | |
|---|---|---|---|
| 83. | **Investments.** *Copy line 17, Part 4.* | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $10,981,456.99 | |
| 88. | **Real property.** *Copy line 56, Part 9.* ....................................➔ | | N/A |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNDETERMINED | |
| 90. | **All other assets.** *Copy line 78, Part 11.* + | $72,283.76 | |
| 91. | **Total.** Add lines 80 through 90 for each column . . . . . . . . . 91a. | $11,056,165.57 + 91b. | N/A |
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $11,056,165.57 |

**Fill in this information to identify the case:**

Debtor: Noblegen Inc.

United States Bankruptcy Court for the: District of Delaware

Case number (if known): 24-11403

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

| Part 1: | List All Creditors with Secured Claims |
|---------|----------------------------------------|

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | Column A **Amount of claim** *Do not deduct the value of collateral.* | Column B **Value of collateral that supports this claim** |
|---|---|---|---|
| 2.1 | **Creditor's name** INGREDION INCORPORATED **Creditor's mailing address** 5 WESTBROOK CORPORATE CENTER WESTCHESTER, IL 60154 **Creditor's email address** **Date or dates debt was incurred** **Last 4 digits of account number:** **Do multiple creditors have an interest in the same property?** ☒ No ☐ Yes | **Describe debtor's property that is subject to a lien** LIEN ON INVENTORY, EQUIPMENT, ACCOUNTS, MOTOR VEHICLES AND OTHER ASSETS **Describe the lien** PPSA **Is the creditor an insider or related party?** ☒ No ☐ Yes **Is anyone else liable on this claim?** ☐ No ☒ Yes **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $10,000,000.00 | UNKNOWN |

| 3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $10,000,000.00 |
|---|---|

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and Address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for ths entity |
|---|---|---|
| INGREDION INC C/O HOGAN LOVELLS LLP<br>ATTN: CHRISTOPHER R. BRYANT<br>390 MADISON AVENUE<br>NEW YORK<br>NY, 10017 | Line 2.1 | |
| INGREDION INC C/O HOGAN LOVELLS LLP<br>ATTN: CHRISTOPHER R. DONOHO III<br>390 MADISON AVENUE<br>NEW YORK<br>NY, 10017 | Line 2.1 | |
| INGREDION INC C/O POTTER ANDERSON & CORROON LLP<br>ATTN: BLAKE CLEARY<br>HERCULES PLAZA, 1313 NORTH MARKET STREET<br>6TH FLOOR<br>WILMINGTON<br>DE, 19801 | Line 2.1 | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Noblegen Inc. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 24-11403 |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address**<br>ABHISHEK UDAWAT<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAGES - NOTICE ONLY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $0.00 | $0.00 |
| 2.2 | **Priority creditor's name and mailing address**<br>ALEX BERLIN<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAGES - NOTICE ONLY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $0.00 | $0.00 |
| 2.3 | **Priority creditor's name and mailing address**<br>JAMES AUBIN<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAGES - NOTICE ONLY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $0.00 | $0.00 |

| **Part 1:** | **Additional Page** | | |
| --- | --- | --- | --- |
| | | **Total claim** | **Priority amount** |

| 2.4 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |
| | KATHLEEN HORLOCK-ROBERTS ADDRESS REDACTED | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | **Date or dates debt was incurred** | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** WAGES - NOTICE ONLY | | |
| | | **Is the claim subject to offset?** ☒ No ☐ Yes | | |

| 2.5 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |
| | KEVIN RALPH ADDRESS REDACTED | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | **Date or dates debt was incurred** | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** WAGES - NOTICE ONLY | | |
| | | **Is the claim subject to offset?** ☒ No ☐ Yes | | |

| 2.6 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |
| | LUCAS BERENDSE ADDRESS REDACTED | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | **Date or dates debt was incurred** | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** WAGES - NOTICE ONLY | | |
| | | **Is the claim subject to offset?** ☒ No ☐ Yes | | |

| 2.7 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |
| | MAHFUZUR SHAH ADDRESS REDACTED | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | **Date or dates debt was incurred** | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** WAGES - NOTICE ONLY | | |
| | | **Is the claim subject to offset?** ☒ No ☐ Yes | | |

| 2.8 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |
| | MARK ILIOPOULOS ADDRESS REDACTED | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | **Date or dates debt was incurred** | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** WAGES - NOTICE ONLY | | |
| | | **Is the claim subject to offset?** ☒ No ☐ Yes | | |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.9** **Priority creditor's name and mailing address**

PHILLIP SIAMBI
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES - NOTICE ONLY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $0.00    Priority amount $0.00

---

**2.10** **Priority creditor's name and mailing address**

SCOTT FARROW
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES - NOTICE ONLY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $0.00    Priority amount $0.00

---

**2.11** **Priority creditor's name and mailing address**

SHAOJUN LI
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES - NOTICE ONLY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $0.00    Priority amount $0.00

---

**2.12** **Priority creditor's name and mailing address**

SOHIDUL ISLAM
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES - NOTICE ONLY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $0.00    Priority amount $0.00

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Do any creditors have nonpriority unsecured claims?** (See 11 U.S.C. § 507).

☐ No.
☒ Yes.

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| **Part 2:** | Additional Page |
|-------------|-----------------|

| | | Amount of claim |
|---|---|---|

**3.1**    **Nonpriority creditor's name and mailing address**

A.R.C. INTEGRATION INC
P.O. BOX 161
FOXBORO, ON  K0K 2B0
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$466.61

---

**3.2**    **Nonpriority creditor's name and mailing address**

ALEX BERLIN
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LOAN

**Is the claim subject to offset?**
☒ No
☐ Yes

$133,583.48

---

**3.3**    **Nonpriority creditor's name and mailing address**

B & H SOLUTIONS
15 HERITAGE RD #18
MARKHAM, ON  L3P 1M3
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$882.88

---

**3.4**    **Nonpriority creditor's name and mailing address**

BDO CANADA LLP
201 GEORGE STREET N
SUITE 202
P.O. BOX 1018
PETERBOROUGH, ON  K9J 7A5
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$22,072.12

---

**3.5**    **Nonpriority creditor's name and mailing address**

BERESKIN & PARR
SCOTIA PLAZA
40 KING ST W, 40TH FL
TORONTO, ON  M5H 3Y2
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,730.54

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.6 | **Nonpriority creditor's name and mailing address**<br><br>BIO-RAD LABORTORATORIES CANADA LTD<br>1000 ALFRED NOBEL DR<br>HERCULES, CA  94547<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,425.75 |
| 3.7 | **Nonpriority creditor's name and mailing address**<br><br>BORDEN LADNER GERVAIS LLP<br>BAY ADELAIDE CENTRE, EAST TWR<br>22 ADELAIDE ST W, STE 3400<br>TORONTO, ON  M5H 4E3<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,114.66 |
| 3.8 | **Nonpriority creditor's name and mailing address**<br><br>BRENDAN BRAZIER<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $91,653.16 |
| 3.9 | **Nonpriority creditor's name and mailing address**<br><br>CANTEEN CANADA LTD<br>2400 YORKMONT RD<br>CHARLOTTE, NC  28217<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $92.71 |
| 3.10 | **Nonpriority creditor's name and mailing address**<br><br>DLA PIPER<br>ONE LIBERTY PLACE, 1650 MARKET ST.<br>SUITE 5000<br>PHILADELPHIA, PA  19103-7301<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $323,024.60 |

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,481.41 |
| --- | --- | --- | --- |

ELLIS PROPERTIES, LLP
211 SAINT ANTHONY PKWY, STE 100A
MINNEAPOLIS, MN  55418-4675

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $36,940.94 |
| --- | --- | --- | --- |

FEDERAL ECONOMIC DEVELOPMENT AGENCY
101-139 NORTHFIELD DRIVE WEST
WATERLOO, ON  N2L 5A6
CANADA

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LOAN

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
| --- | --- | --- | --- |

FIL-TREK CORPORATION
55 STAFFORD COURT
CAMBRIDGE, ON  N1T 1B3
CANADA

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE - NOTICE ONLY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,022.65 |
| --- | --- | --- | --- |

FISHER SCIENTIFIC
C/O THERMO FISHER SCIENTIFIC
168 THIRD AVE
WALTHAM, MA  02451

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $142,590.27 |
| --- | --- | --- | --- |

FOOD 4 THOUGHT
4900 NARCISSUS LANE-N
PLYMOUTH, MN  55446

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.16  Nonpriority creditor's name and mailing address**

GIC MEDICAL DISPOSAL
2-243 QUEEN ST W
TORONTO, ON  M5V 1Z4
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$288.79

---

**3.17  Nonpriority creditor's name and mailing address**

GWYN MORGAN
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROMISSORY NOTE

**Is the claim subject to offset?**
☒ No
☐ Yes

$130,127.68

---

**3.18  Nonpriority creditor's name and mailing address**

HOSPITAL FOR SICK CHILDREN
555 UNIVERSITY AVE
TORONTO, ON  M5G 1X8
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$143.12

---

**3.19  Nonpriority creditor's name and mailing address**

HYDRO ONE
483 BAY ST (S TWR)
8TH FL RECEPTION
TORONTO, ON  M5G 2P5
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,224.43

---

**3.20  Nonpriority creditor's name and mailing address**

INTERTEK - USD
2233 ARGENTIA ROAD, SUITE 201
MISSISSAUGA, ON  L5N 2X7
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,756.48

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $22,690.14 |
| --- | --- | --- | --- |

JAMES RICHARDSON & SONS LIMITED
3000 ONE LOMBARD PLACE
WINNIPEG, MB  R3B OY1
CANADA

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,628.72 |
| --- | --- | --- | --- |

JOHN KNIGHT CONSULTING
3666 JEWELL ST
SAN DIEGO, CA  92109

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $87,127.75 |
| --- | --- | --- | --- |

KATHLEEN RAMSAY
ADDRESS REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PROMISSORY NOTE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14,395.68 |
| --- | --- | --- | --- |

KAWARTHA CREDIT UNION
4 HUNTER ST E
PETERBOROUGH, ON  K9H 7R8
CANADA

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $292.39 |
| --- | --- | --- | --- |

KAWARTHA LAKES LINEN
687 RYE ST
PETERBOROUGH, ON  K9J 6X1
CANADA

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
|-------------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

| 3.26 | **Nonpriority creditor's name and mailing address**<br>LINDE CANADA INC.<br>5015 SPECTRUM WAY, STE 500<br>MISSISSAUGA, ON  L4W 0E4<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,360.81 |

| 3.27 | **Nonpriority creditor's name and mailing address**<br>MCMASTER CARR USD<br>9630 NORWALK BLVD<br>SANTA FE SPRINGS, CA  90670-2932<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $135.33 |

| 3.28 | **Nonpriority creditor's name and mailing address**<br>MCWILLIAMS BROTHERS HOLDINGS INC.<br>712 THE KINGSWAY<br>PETERBOROUGH, ON  K9J 6W6<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $44,617.62 |

| 3.29 | **Nonpriority creditor's name and mailing address**<br>MK SERVICES AND CONSULTING<br>64 CAVAN ST<br>PORT HOPE, ON  L1A 3B6<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $480.22 |

| 3.30 | **Nonpriority creditor's name and mailing address**<br>MVP<br>323 WASHINGTON AVENUE N<br>SUITE 200<br>MINNEAPOLIS, MN  55401<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,971.25 |

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.31** **Nonpriority creditor's name and mailing address**

NET2PHONE CANADA
5424 CANOTEK RD
OTTAWA, ON  K1J 1E9
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$114.75

---

**3.32** **Nonpriority creditor's name and mailing address**

NUTRITION SUSTAINABILITY STRATEGIES LLC
7901 4TH ST. N
SUITE 13538
ST. PETERSBURG, FL  33702

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,862.68

---

**3.33** **Nonpriority creditor's name and mailing address**

PARTTIME CFO SERVICES
5115 OAK HILLS ROAD
HAMILTON TOWNSHIP, ON  K0L 1E0
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,482.82

---

**3.34** **Nonpriority creditor's name and mailing address**

PETERBOROUGH UTILITIES SERVICES
1867 ASHBURNHAM DR
PETERBOROUGH, ON  K9J 6Z5
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,364.38

---

**3.35** **Nonpriority creditor's name and mailing address**

RENT ALL CENTRE
30 ELGIN ST W
COBOURG, ON  K9A 5T4
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$906.45

**Part 2:** Additional Page

| | Amount of claim |
|---|---|

**3.36** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,252.91

RICHTER LLP
181 BAY ST, #3510
BAY WELLINGTON TWR
TORONTO, ON  M5J 2T3
CANADA

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,777.70

ROCHE DIAGNOSTICS, DIVISION OF HOFFMANN-LAROCHE
LTD
9115 HAGUE RD
INDIANAPOLIS, IN  46256-1025

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $54.28

ROCKY RIDGE
100 RUBIDGE ST
PETERBOROUGH, ON  K9J 7Y1
CANADA

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $542.47

SAP CONCUR TECHNOLOGIES INC.
601 108TH AVE NE, STE 1000
BELLEVUE, WA  98004

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,147.82

SASKATCHEWAN FOOD INDUSTRY DEVELOPMENT
CENTRE INC
2335 SCHUYLER ST
SASKATOON, SK  S7M 5V1
CANADA

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.41**    **Nonpriority creditor's name and mailing address**

SGS CANADA INC.
6755 MISSISSAUGA RD, STE 204
MISSISSAUGA, ON  L5N 7Y2
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,812.57

---

**3.42**    **Nonpriority creditor's name and mailing address**

SHIELDS O'DONNELL MACKILLOP LLP
65 QUEEN ST W, STE 1800
TORONTO, ON  M5H 2M5
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,317.48

---

**3.43**    **Nonpriority creditor's name and mailing address**

SIGMA-ALDRICH CANADA CO.
2149 WINSTON PARK DR
OAKVILLE, ON  L6H 6J8
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,606.53

---

**3.44**    **Nonpriority creditor's name and mailing address**

SILLIKER CANADA CO. LTD.
4-90 GOUGH RD
MARKHAM, ON  L3R 5V5
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,331.50

---

**3.45**    **Nonpriority creditor's name and mailing address**

STELLARIA
459 ALBERTUS AVENUE
PETERBOROUGH, ON  K9J 5Z9
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,255.00

(Name)

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.46** | **Nonpriority creditor's name and mailing address**
THOMPSON AHERN INTERNATIONAL
6299 AIRPORT RD, STE 305
MISSISSAUGA, ON  L4V 1N3
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$105.51

---

**3.47** | **Nonpriority creditor's name and mailing address**
TRENT SECURITY SYSTEMS LTD
480 THE PARKWAY
PETERBOROUGH, ON  K9J 7L9
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$277.24

---

**3.48** | **Nonpriority creditor's name and mailing address**
TRENT UNIVERSITY
1600 WEST BANK DRIVE
PETERBOROUGH, ON  K9J 7B8
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$51,151.28

---

**3.49** | **Nonpriority creditor's name and mailing address**
TRENT UNIVERSITY WATER QUALITY CENTRE
1600 WEST BANK DRIVE
PETERBOROUGH, ON  K9J 7B8
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$445.57

---

**3.50** | **Nonpriority creditor's name and mailing address**
TROUTMAN PEPPER
UNION TRUST BUILDING, 501 GRANT STREET
SUITE 300
PITTSBURGH, PA  15219-4429

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$106,666.78

---

| Part 2: | Additional Page |
| --- | --- |

|  | | Amount of claim |
| --- | --- | --- |

**3.51**    **Nonpriority creditor's name and mailing address**

ULINE CANADA CORP
3333 JAMES SNOW PKWY N
MILTON, ON  L9T 8L1
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$295.18

---

**3.52**    **Nonpriority creditor's name and mailing address**

UNIVERSITY OF GEORGIA
104 CALDWELL HALL
ATHENS, GA  30602-6113

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,917.60

---

**3.53**    **Nonpriority creditor's name and mailing address**

VWR INTERNATIONAL CO.
RADNOR CORPORATE CENTER
BLDG ONE, STE 200
100 MATSONFORD RD
RADNOR, PA  19087-8660

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$207.13

---

**3.54**    **Nonpriority creditor's name and mailing address**

WASTE CONNECTIONS OF CANADA INC
610 APPLEWOORD CRESCENT
VAUGHAN, ON  L4K 0E3
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$265.80

---

**3.55**    **Nonpriority creditor's name and mailing address**

WHITE CAP SUPPLY CANADA INC
2703-61 AVE SE
CALGARY, AB  T2C 4X3
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$59.07

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.56**

**Nonpriority creditor's name and mailing address**

WILDEBOER DELLELCE LLP IN TRUST
365 BAY STREET, SUITE 800
SUITE 800
TORONTO, ON  M5H 2V1
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$32,844.75

---

**3.57**

**Nonpriority creditor's name and mailing address**

XEROX
201 MERRITT 7
NORWALK, CT  06851

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE - NOTICE ONLY

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.58**

**Nonpriority creditor's name and mailing address**

YOUNG AMERICA CAPITAL
141 EAST BOSTON POST ROAD
MAMARONECK, NY  10543

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$29,725.35

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a.** | Total claims from Part 1 | **5a.** | $0.00 |
| **5b.** | Total claims from Part 2 | **5b.** + | $1,426,112.79 |
| **5c.** | **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | **5c.** | $1,426,112.79 |

**Fill in this information to identify the case:**

Debtor ___Noblegen Inc.___

United States Bankruptcy Court for the: ___District of Delaware___

Case number ___24-11403___
(if known)

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1.** **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules . There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2.** | **List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LEASE AGREEMENT (650 THE KINGSWAY, PETERBOROUGH, ON, CANADA) | MCWILLIAMS BROTHERS HOLDINGS LTD <br> 712 THE KINGSWAY <br> PETERBOROUGH, ON  K9J 6W6 <br> CANADA |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LEASE AGREEMENT (CERTAIN LAB SPACE AT 2140 EAST BANK DRIVE, PETERBOROUGH, ON, CANADA) | TRENT UNIVERSITY <br> 2140 E BANK DR <br> PETERBOROUGH, ON  K9L 1Z8 <br> CANADA |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | INSURANCE POLICY (POLICY NUMBER DM302112-2022-002) | TRINITY UNDERWRITING <br> 55 YORK ST, STE 400 <br> TORONTO, ON  M5J 1R7 <br> CANADA |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Noblegen Inc. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 24-11403 |

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

---

1. **Does the debtor have any codebtors?**

   ☐ No.  Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☒ Yes.

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.1  SOLAR BIOTECH, INC. | 5516 INDUSTRIAL PARK ROAD NORTON, VA  24273 | INGREDION INCORPORATED | ☒ D ☐ E/F ☐ G |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor | Noblegen Inc. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 24-11403 |

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Delcaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/29/2024          ✗ _____
MM / DD / YYYY                    Signature of individual signing on behalf of debtor

Alex Berlin
Printed name

Chief Executive Officer
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor    Noblegen Inc.

United States Bankruptcy Court for the:    District of Delaware

Case number    24-11403
(if known)

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

---

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☑ None

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected
   from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

---

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days
   before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted
   on 4/1/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None

   TO BE PROVIDED

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or
   guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than
   $7,575. (This amount may be adjusted on 4/1/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do
   not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives;
   general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of
   the debtor. 11 U.S.C. § 101(31).

   ☐ None

   TO BE PROVIDED

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor,
   sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an
   account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the
   debtor owed a debt.

   ☑ None

---

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was
   involved in any capacity-within 1 year before filing this case.

   ☑ None

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or |
|---|---|---|---|
| NEWPOINT ADVISORS CORPORATION<br>1320 TOWER RD<br>SCHAUMBURG, IL 60173<br><br>**Email or website address** | | 6/20/2024 | $10,000.00 |
| PORZIO, BROMBERG & NEWMAN, P.C.<br>100 SOUTHGATE PARKWAY<br>MORRISTOWN, NJ 07962<br><br>**Email or website address** | | 6/23/2024 | $125,000.00 |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.
Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|
| 2140 EAST BANK DRIVE<br>PETERBOROUGH, ON K9L 0G2<br>CANADA | From 2023    To CURRENT |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for :

—   diagnosing or treating injury, deformity, or disease, or

—   providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

---

| Part 9: | Personal Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

---

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name , or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

---

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

---

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

■   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

---

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No

☐ Yes.  Provide details below.

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes.  Provide details below.

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

**26. Books, records, and financial statements**

26a.    List all accountants and bookkeepers who maintained the debtor's books and records within  2 years before filing this case.

☐ None

| Name and address | Dates of service | |
|---|---|---|
| TIM MCLAREN<br>PART TIME CFO SERVICES LLP<br>C/O NOBLEGEN INC.<br>2140 EAST BANK DRIVE, DNA B 102<br>PETERBOROUGH, ON  K9L 0G2<br>CANADA | From  NA | To  CURRENT |

26b.    List all firms or individuals who have audited, compiled,  or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service | |
|---|---|---|
| BDO CANADA<br>201 GEORGE STREET NORTH, SUITE 202<br>P.O. BOX 1018<br>PETERBOROUGH, ON  K9J 7A5<br>CANADA | From  2023 | To  CURRENT |

26c.    List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed .

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| TIM MCLAREN<br>PART TIME CFO SERVICES LLP<br>C/O NOBLEGEN INC.<br>2140 EAST BANK DRIVE, DNA B 102<br>PETERBOROUGH, ON  K9L0G2<br>CANADA | |

26d.    List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

**27. Inventories**

Have any inventories of the debtor's property been taken within  2 years before filing this case?

☒ None

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

☐ None

Debtor    Noblegen Inc.
          (Name)

Case number (if known)    24-11402

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| SOLAR BIOTECH, INC. | 5516 INDUSTRIAL PARK ROAD NORTON, VA 24273 | OWNER | 100% |
| ALEX BERLIN | 5516 INDUSTRIAL PARK ROAD NORTON, VA 24273 | CHAIRMAN, CEO AND CTO | |
| ZSOLT POPSE | 5516 INDUSTRIAL PARK ROAD NORTON, VA 24273 | VICE-CHAIRMAN AND CHIEF ENGINEERING OFFICER | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ None

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| ADAM NOBLE | 5516 INDUSTRIAL PARK ROAD NORTON, VA 24273 | CHIEF EXECUTIVE OFFICER | From 2013  To 2023 |
| ADAM NOBLE | 5516 INDUSTRIAL PARK ROAD NORTON, VA 24273 | CHIEF VISIONARY OFFICER/DIRECTOR | From 2023  To 2023 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ None

SEE RESPONSE TO QUESTION 4

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ None

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ None

| Debtor | Noblegen Inc. | | Case number (if known) | 24-11403 |
|---|---|---|---|---|
| | (Name) | | | |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07/29/2024

✗ _____    Alex Berlin
Signature of individual signing on behalf of the debtor    Printed Name

Chief Executive Officer
Position or relationship to debtor

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☒ No
☐ Yes