# **<u>EXHIBIT 2</u>**

## Distribution Analysis (Chapter 11)

| | | | | |
|---|---|---|---|---|
| I. | Escrow Balance **[1]** | | | $9,194,461.66 |
| | DIP Account Balance | | | 179,587.58 |
| | | | | 9,374,049.24 |
| | | | | |
| II. | Ingredion Secured Claim | | 7,595,613.87 | |
| | Wise County Secured Claim | | 7,250.00 | |
| | | | 7,602,863.87 | |
| | | | Remaining Balance | 1,771,185.37 |
| | | | | |
| III. | Administrative (actuals and estimates) **[2]** | | | |
| | A.  Chapter 11 Debtors' Professionals | | | 496,556.79 |
| |     Porzio | - | | |
| |     Gibbons | 315,070.42 | | |
| |     Newpoint | 111,486.37 | | |
| |     Epiq | 70,000.00 | | |
| | | 496,556.79 | | |
| | B.  UCC Professionals | | | 283,562.90 |
| |     Brinkman | 193,817.80 | | |
| |     Rosner | - | | |
| |     Esbrook | 89,745.10 | | |
| | | 283,562.90 | | |
| | C.  US Trustee | | | 79,126.21 |
| | D.  Other Administrative Expenses | | | 100,852.63 |
| | | | | 960,098.53 |
| | | | Remaining Balance | 811,086.84 |
| | | | | |
| IV. | Other Priority Claims (estimate) | | Estimated Distribution | 5,000.00 |
| | | | | |
| V. | General Unsecured Claims | | Estimated Distribution | 806,086.84 |

**[1]** Escrow balance is net of the fees/expenses provided for in the Certification Of Counsel (ECF 479).

**[2]** Administrative expenses do not include the fees/expenses provided for in the Certification Of Counsel (ECF 479). The figures in the Administrative section presume the amounts in the Certification of Counsel have already been paid.

**Liquidation Analysis (Chapter 7)**

| | | | | |
|---|---|---|---|---|
| I. | Escrow Balance | | | $9,194,461.66 |
| | DIP Account Balance | | | 179,587.58 |
| | | | | 9,374,049.24 |
| | | | | |
| II. | Ingredion Secured Claim: | | | |
| | Principal, pre-petition secured claim | | 6,595,613.87 | |
| | Interest, remaining unpaid through 3/31/25 | | 979,989.04 | |
| | Interest, estimated for 4/1/25 through 6/30/25 | | 56,141.00 | |
| | Counsel to Ingredion: | | | |
| |   Hogan Lovells | 915,606.26 | | |
| |   Potter Anderson | 150,000.00 | | |
| |   Total Counsel to Ingredion | | 1,065,606.26 | |
| | Total Ingredion Secured Claim | | 8,697,350.17 | |
| | Wise County Secured Claim | | 7,250.00 | |
| | | | 8,704,600.17 | |
| | | Remaining Balance | | 489,861.49 |
| | | | | |
| III. | Administrative (actuals and estimates) | | | |
| | A. Chapter 7 Administration | | 150,000.00 | |
| | B. Chapter 11 Debtors' Professionals | | 496,556.79 | |
| | C. UCC Professionals | | 283,562.90 | |
| | D. US Trustee | | 79,126.21 | |
| | E. Other Administrative Expenses | | 100,852.63 | |
| | | | 1,110,098.53 | |
| | | Estimated Deficiency | | (620,237.04) |
| | | | | |
| IV. | Other Priority Claims (estimate) | Estimated Distribution | | 0.00 |
| | | | | |
| V. | General Unsecured Claims | Estimated Distribution | | 0.00 |

**[1]** Escrow balance is net of the fees/expenses provided for in the Certification Of Counsel (ECF 479).
**[2]** Administrative expenses do not include the fees/expenses provided for in the Certification Of Counsel (ECF 479). The figures in the Administrative section presume the amounts in the Certification of Counsel have already been paid.