# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SOLAR BIOTECH, INC., *et al.*,[1]<br><br>Debtors. | Case No. 24-11402 (LSS)<br><br>Chapter 11<br><br>Jointly Administered<br><br>**Re: D.I.** 483 |

## ORDER APPROVING THE CIAP SETTLEMENT
## BY AND AMONG THE COMMITTEE, INGREDION AND THE DEBTORS

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (together, the "Debtors") and the Official Committee of Unsecured Creditors (the "Committee"), for entry of an order, pursuant to section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, authorizing and approving the CIAP Settlement incorporated in the Term Sheet, a copy of which is attached hereto as **Exhibit 1**, entered into by and among the Debtors, (ii) Ingredion, Inc., and (iii) the Committee, as more fully described in the Motion; and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 1334 and 157, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware date February 29, 2012; and it appearing that this is a core proceeding pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 US.C. §157(b) and the Court may enter a final order consistent with Article III of the United States Constitution; and this Court having determined that the relief requested in motion is in the best interest of the Committee, Ingredion, the Debtors, and their estates, creditors and other parties in interest; and this Court having found that the relief requested in the Motion is justified by the facts and circumstances of these cases, as

---

[1] The Debtors in these Chapter 11 Cases are Solar Biotech, Inc. and Noblegen, Inc. The location of Debtor's principal place of business is 5516 Industrial Park Rd, Norton, VA 24273, Attn: Alex Berlin.

[2] All capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the Amended DS/Plan.

summarized in the Motion; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** as set forth herein.

2. The Settlement Agreement, attached hereto as **Exhibit 1**, is hereby authorized and approved in its entirety pursuant to section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019.

3. The Debtors, Ingredion and the Committee are authorized, but not directed, to take all actions as may be necessary to implement and effectuate the relief granted pursuant to this Order.

4. The terms and conditions of this Order shall be effective and enforceable upon the entry of an order confirming the Amended DS/Plan.

5. This Court shall retain exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: August 18th, 2025**
**Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**