**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>SOLAR BIOTECH, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11402 (LSS)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON SEPTEMBER 9, 2025 AT 10:00 A.M. (ET) BEFORE THE**
**HONORABLE LAURIE SELBER SILVERSTEIN, 824 N. MARKET STREET,**
**6TH FLOOR, COURTROOM NO. 2**

> This hearing will be conducted in-person, any exceptions must be approved by chambers.
>
> Parties may observe the hearing remotely by registering with the link below no later than September 8, 2025 at 4:00 p.m. (ET).  To attend a hearing remotely, please register using the eCourt Appearances tool (available here) or on the court's website at http://www.deb.uscourts.gov.
>
> *The deadline to register for remote attendance is 4:00 p.m. (ET) the business day before the hearing unless otherwise noticed.*
>
> After the deadline has passed, an electronic invitation with the relevant audio or video link will be emailed to you prior to the hearing.

**ADJOURNED MATTER**

1. Debtors' Objection to Arzeda Corp.'s Proof of Claim [Filed 07/23/2025; D.I. 494].

    **Objection Deadline:**  August 22, 2025 at 4:00 p.m. (ET).

    **Responses Received:**

    A. Informal comments from Arzeda Corp.

    **Status:**  This matter has been adjourned to a hearing date to be determined.

---

[1] The Debtors in these Chapter 11 Cases are Solar Biotech, Inc. and Noblegen Inc. The location of Debtors' principal place of business is 5516 Industrial Park Rd, Norton, VA 24273, Attn: Alex Berlin.

**MATTERS GOING FORWARD:**

2. First Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Solar Biotech, Inc. and its Debtor Affiliate [Filed 07/02/2025; D.I. 480].

   **Objection Deadline:** August 25, 2025 at 4:00 p.m. (ET).

   **Responses Received:**

   A. Informal comments from the Office of the United States Trustee.

   B. Informal comments from Ingredion Incorporated.

   **Related Documents:**

   A. Order (I) Approving the First Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation on an Interim Basis for Solicitation Purposes Only; (II) Establishing Solicitation and Tabulation Procedures; (III) Approving the Form of Ballot and Solicitation Materials; (IV) Establishing the Voting Record Date; (V) Fixing the Date, Time, and Place for the Combined Hearing and the Deadline for Filing Objections Related Thereto; and (VI) Granting Related Relief [Filed 07/26/2025; D.I. 503].

   B. [Solicitation Version] First Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Solar Biotech, Inc. and its Debtor Affiliate [Filed 07/28/2025; D.I. 506].

   C. Order Approving the CIAP Settlement by and Among the Committee, Ingredion and the Debtors [Entered 08/18/2025; D.I. 524].

   D. Notice of Filing of Plan Supplement for the First Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Solar Biotech, Inc. and its Debtor Affiliate [Filed 08/18/2025; D.I. 527].

   E. Notice of Filing of Confirmation Hearing Notice of (I) Approval of Combined Disclosure Statement and Plan on an Interim Basis for Solicitation Purposes Only, and (II) the Hearing to Consider (A) Final Approval of the Disclosure Statement, (B) Confirmation of the Chapter 11 Plan of Liquidation and (C) Administrative Claims Bar Date [Filed 08/29/2025; D.I. 533].

   F. Debtors' Memorandum of Law in Support of Entry of an Order Confirming the First Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Solar Biotech, Inc. and Its Debtor Affiliate [Filed 09/04/2025; D.I. 538].

   G. Declaration of Emily Young, on Behalf of Epiq Corporate Restructuring, LLC, Regarding Solicitation and Tabulation of Ballots Cast on First Amended Combined

Disclosure Statement and Chapter 11 Plan of Liquidation of Solar Biotech, Inc. and Its Debtor Affiliate [Filed 09/04/2025; D.I. 539].

H. Declaration of Ken Yager in Support of the Approval and Confirmation of the First Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Solar Biotech, Inc. and its Debtor Affiliate [Filed 09/04/2025; D.I. 540].

I. Notice of Filing of Proposed Confirmation Order [Filed 09/04/2025; D.I. 541].

**Status:** This matter will be going forward.

Dated: September 5, 2025

*/s/ Katharina Earle*
Katharina Earle (DE Bar No. 6348)
**Gibbons P.C.**
300 Delaware Avenue, Suite 1015
Wilmington, DE 19801
Telephone: (302) 518-6300
Facsimile: (302) 429-6294
Email: kearle@gibbonslaw.com

-and-

John S. Mairo, Esq. (admitted *pro hac vice*)
Kyle P. McEvilly, Esq. (admitted *pro hac vice*)
**Gibbons P.C.**
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
Email: jmairo@gibbonslaw.com
          kmcevilly@gibbonslaw.com

*Counsel for the Debtors and Debtors in Possession*